# EXHIBIT B

# United States of America

## United States Patent and Trademark Office

# DARKOWL

**Reg. No. 5,793,807**

**Registered Jul. 02, 2019**

**Int. Cl.: 42**

**Service Mark**

**Principal Register**

DARKOWL, LLC  (COLORADO LIMITED LIABILITY COMPANY)
216 16th Street, Suite 700
Denver, COLORADO 80202

CLASS 42: Providing a database featuring information about internet security and computer security from the deep web and the darknet; computer security consultancy regarding data and information collected and obtained from the deep web and the darknet; software as a service (SaaS) services featuring software for retrieving from, adding to, and editing a database featuring information and data obtained from the deep web and the darknet; computer software consulting services in the field of cybersecurity utilizing deepweb and darknet information; electronic monitoring of information and data obtained from the deep web and the darknet for the purpose of internet and computer security by detecting compromised data; computer information security consulting services in the field of maintaining the security and integrity of computer information and data using information and data obtained from the deep web and the darknet; providing computer and internet security analysis of information obtained from the deep web and the darknet; providing cybersecurity threat analysis for protecting data using information obtained from the deep web and the darknet; cybersecurity services, namely, monitoring of computer systems for data security purposes utilizing deep web and darknet information

FIRST USE 7-00-2018; IN COMMERCE 7-00-2018

The mark consists of the word "DARKOWL" with the face of an owl replacing the letter "O" in the word "DARKOWL".

OWNER OF U.S. REG. NO. 5525738

SER. NO. 88-216,005, FILED 12-04-2018

Director of the United States
Patent and Trademark Office

---

**REQUIREMENTS TO MAINTAIN YOUR FEDERAL TRADEMARK REGISTRATION**

**WARNING: YOUR REGISTRATION WILL BE CANCELLED IF YOU DO NOT FILE THE DOCUMENTS BELOW DURING THE SPECIFIED TIME PERIODS.**

---

**Requirements in the First Ten  Years***
**What and When to File:**

- *First Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) between the 5th and 6th years after the registration date.  See 15 U.S.C. §§1058, 1141k.  If the declaration is accepted, the registration will continue in force for the remainder of the ten-year period, calculated from the registration date, unless cancelled by an order of the Commissioner for Trademarks or a federal court.

- *Second Filing Deadline:*  You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between the 9th and 10th years after the registration date.* See 15 U.S.C. §1059.

**Requirements in Successive Ten-Year Periods***
**What and When to File:**

- You must file a Declaration of Use (or Excusable Nonuse) and an Application for Renewal between every 9th and 10th-year period, calculated from the registration date.*

**Grace Period Filings***

The above documents will be accepted as timely if filed within six months after the deadlines listed above with the payment of an additional fee.

**\*ATTENTION MADRID PROTOCOL REGISTRANTS:**  The holder of an international registration with an extension of protection to the United States under the Madrid Protocol must timely file the Declarations of Use (or Excusable Nonuse) referenced above directly with the United States Patent and Trademark Office (USPTO). The time periods for filing are based on the U.S. registration date (not the international registration date).  The deadlines and grace periods for the Declarations of Use (or Excusable Nonuse) are identical to those for nationally issued registrations.  See 15 U.S.C. §§1058, 1141k.  However, owners of international registrations do not file renewal applications at the USPTO. Instead, the holder must file a renewal of the underlying international registration at the International Bureau of the  World Intellectual Property Organization, under Article 7 of the Madrid Protocol, before the expiration of each ten-year term of protection, calculated from the date of the international registration.  See 15 U.S.C. §1141j.  For more information and renewal forms for the international registration, see http://www.wipo.int/madrid/en/.

**NOTE:  Fees and requirements for maintaining registrations are subject to change.  Please check the USPTO website for further information.  With the exception of renewal applications for registered extensions of protection, you can file the registration maintenance documents referenced above online at** http://www.uspto.gov.

**NOTE:  A courtesy e-mail reminder of USPTO maintenance filing deadlines will be sent to trademark owners/holders who authorize e-mail communication and maintain a current e-mail address with the USPTO. To ensure that e-mail is authorized and your address is current, please use the Trademark Electronic  Application System (TEAS) Correspondence  Address and Change of Owner  Address Forms available at** http://www.uspto.gov.



**Generated on:** This page was generated by TSDR on 2021-08-09 12:56:35 EDT

**Mark:** DARKOWL

| | | | |
|---|---|---|---|
| **US Serial Number:** | 88216005 | **Application Filing Date:** | Dec. 04, 2018 |
| **US Registration Number:** | 5793807 | **Registration Date:** | Jul. 02, 2019 |
| **Filed as TEAS RF:** | Yes | **Currently TEAS RF:** | Yes |
| **Register:** | Principal | | |
| **Mark Type:** | Service Mark | | |

**TM5 Common Status Descriptor:**

LIVE/REGISTRATION/Issued and Active

The trademark application has been registered with the Office.

**Status:** Registered. The registration date is used to determine when post-registration maintenance documents are due.

**Status Date:** Jul. 02, 2019

**Publication Date:** Apr. 16, 2019

# Mark Information

**Mark Literal Elements:** DARKOWL

**Standard Character Claim:** No

**Mark Drawing Type:** 3 - AN ILLUSTRATION DRAWING WHICH INCLUDES WORD(S)/ LETTER(S)/NUMBER(S)

**Description of Mark:** The mark consists of the word "DARKOWL" with the face of an owl replacing the letter "O" in the word "DARKOWL".

**Color(s) Claimed:** Color is not claimed as a feature of the mark.

**Design Search Code(s):** 03.15.07 - Owls
03.15.24 - Stylized birds and bats
03.17.16 - Heads of birds

# Related Properties Information

**Claimed Ownership of US Registrations:** 5525738

# Goods and Services

**Note:**
The following symbols indicate that the registrant/owner has amended the goods/services:
- Brackets [..] indicate deleted goods/services;
- Double parenthesis ((..)) identify any goods/services not claimed in a Section 15 affidavit of incontestability; and
- Asterisks *..* identify additional (new) wording in the goods/services.

**For:** Providing a database featuring information about internet security and computer security from the deep web and the darknet; computer security consultancy regarding data and information collected and obtained from the deep web and the darknet; software as a service (SaaS) services featuring software for retrieving from, adding to, and editing a database featuring information and data obtained from the deep web and the darknet; computer software consulting services in the field of cybersecurity utilizing deepweb and darknet information; electronic monitoring of information and data obtained from the deep web and the darknet for the purpose of internet and computer security by detecting compromised data; computer information security consulting services in the field of maintaining the security and integrity of computer information and data using information and data obtained from the deep web and the darknet; providing computer and internet security analysis of information obtained from the deep web and the darknet; providing cybersecurity threat analysis for protecting data using information obtained from the deep web and the darknet; cybersecurity services, namely, monitoring of computer systems for data security purposes utilizing deep web and darknet information

**International** 042 - Primary Class                    **U.S Class(es):** 100, 101

|  |  |
|---|---|
| **Class(es):** |  |
| **Class Status:** | ACTIVE |
| **Basis:** | 1(a) |
| **First Use:** | Jul. 2018 |

**Use in Commerce:** Jul. 2018

## Basis Information (Case Level)

| | | | |
|---|---|---|---|
| **Filed Use:** | Yes | **Currently Use:** | Yes |
| **Filed ITU:** | No | **Currently ITU:** | No |
| **Filed 44D:** | No | **Currently 44E:** | No |
| **Filed 44E:** | No | **Currently 66A:** | No |
| **Filed 66A:** | No | **Currently No Basis:** | No |
| **Filed No Basis:** | No | | |

## Current Owner(s) Information

| | |
|---|---|
| **Owner Name:** | DARKOWL, LLC |
| **Owner Address:** | 216 16th Street, Suite 700<br>Denver, COLORADO UNITED STATES 80202 |
| **Legal Entity Type:** | LIMITED LIABILITY COMPANY |

**State or Country Where Organized:** COLORADO

## Attorney/Correspondence Information

| **Attorney of Record** | |
|---|---|
| **Attorney Name:** Alexander J.A. Garcia | **Docket Number:** 123493-4000 |
| **Attorney Primary Email Address:** pctrademarks@perkinscoie.com | **Attorney Email Authorized:** Yes |

| **Correspondent** |
|---|
| **Correspondent Name/Address:** ALEXANDER J.A. GARCIA<br>PERKINS COIE LLP<br>1201 THIRD AVENUE, SUITE 4900<br>SEATTLE, WASHINGTON UNITED STATES 98101 |

| | | | |
|---|---|---|---|
| **Phone:** | 303-291-2300 | **Fax:** | 303-291-2400 |
| **Correspondent e-mail:** | pctrademarks@perkinscoie.com | **Correspondent e-mail Authorized:** | Yes |

**Domestic Representative - Not Found**

## Prosecution History

| Date | Description | Proceeding Number |
|---|---|---|
| Jul. 02, 2019 | REGISTERED-PRINCIPAL REGISTER | |
| Apr. 16, 2019 | OFFICIAL GAZETTE PUBLICATION CONFIRMATION E-MAILED | |
| Apr. 16, 2019 | PUBLISHED FOR OPPOSITION | |
| Mar. 27, 2019 | NOTIFICATION OF NOTICE OF PUBLICATION E-MAILED | |
| Mar. 05, 2019 | APPROVED FOR PUB - PRINCIPAL REGISTER | |
| Mar. 05, 2019 | ASSIGNED TO EXAMINER | 83184 |
| Mar. 04, 2019 | ASSIGNED TO LIE | 68123 |
| Feb. 28, 2019 | TEAS VOLUNTARY AMENDMENT RECEIVED | |
| Dec. 22, 2018 | NOTICE OF DESIGN SEARCH CODE E-MAILED | |
| Dec. 21, 2018 | NEW APPLICATION OFFICE SUPPLIED DATA ENTERED IN TRAM | |
| Dec. 07, 2018 | NEW APPLICATION ENTERED IN TRAM | |

## TM Staff and Location Information

**TM Staff Information - None**

**File Location**

**Current Location:**  PUBLICATION AND ISSUE SECTION          **Date in Location:**  Jul. 02, 2019