# EXHIBIT C

Case No. 1:21-cv-02163-KLM   Document 2-3   filed 08/10/21   USDC Colorado   pg 1 of 3



Lathrop GPM LLP
lathropgpm.com

80 South Eighth Street
500 IDS Center
Minneapolis, MN 55402
Main: 612.632.3000

**Ashley Bennett Ewald**
Partner
ashley.ewald@lathropgpm.com
612.632.3449

April 2, 2021

DarkOwl, LLC  
216 16th Street  
Suite 700  
Denver, CO 80202

**VIA FEDEX AND  
EMAIL: info@darkowl.com**

Re:     **Trademark Infringement**

To Whom it May Concern:

This firm represents ArkOwl Corporation ("Company") in connection with intellectual property matters. Company is the owner of the mark ARKOWL®, which it has used continuously in commerce in the U.S. since at least as early as 2011. Company uses its ARKOWL® mark in connection with software as a service (SAAS) services related to email and data verification in e-commerce, as well as search engine services for both dark web and whole internet searching. Company's highly distinctive and fanciful ARKOWL Mark is registered with the United States Patent and Trademark Office ("USPTO") (Reg. No. 6036746).

Company owns the domain and operates its website at <arkowl.com>. It also uses and owns the Design Mark below, which is registered with the USPTO as No. 6285973:



Additionally, Company owns and has offered its services under the design marks shown below:




Page 2
April 2, 2021

We are contacting you regarding your use of the confusingly similar marks DARKOWL, DARKOWL & Design (Reg. No. 5793807), and DARKOWL CYBERSECURITY & Design (Reg. No. 5525738) (collectively the "DARKOWL Marks") in connection with identical email verification and other search and verification services. The infringing design marks are shown below:

 

Your use of the confusingly similar DARKOWL Marks on services identical to Company's is likely to cause confusion among consumers and diminish the goodwill that Company has built in its ARKOWL® mark over the last decade. At a minimum, DarkOwl's use of the DARKOWL Marks on identical services is likely to create an association between DarkOwl and Company in the minds of consumers where no such relationship exists. Indeed, Company has already received reports of actual confusion regarding the DARKOWL Marks and a perceived affiliation between Darkowl and Company.

Accordingly, Company hereby demands that DarkOwl, LLC:

1) By **April 30, 2021**, permanently cease all use of the DARKOWL Marks, or any other mark confusingly similar to Company's ARKOWL marks, in connection with its services and in any and all advertising of the same in any form and in any medium, including on its website, on social media, in print and online advertising, in sponsored online advertisements, in emails, domains, and anywhere else it is using the mark;

2) Surrender its federal registrations in its DARKOWL Marks, including U.S. Reg. Nos. 5793807 and 5525738; and

3) Confirm to me in writing by no later than **April 16, 2021**, that DarkOwl, LLC will comply with Company's demands.

Company takes this issue seriously and is committed to the vigorous enforcement of its intellectual property rights. It is willing to amicably resolve this matter, but we must hear from you by **April 30, 2021**, as to your willingness to comply with its demands. Please contact me to discuss this matter at your earliest opportunity, or if you are represented by legal counsel, have your attorney call me. Company expressly reserves all of its rights and remedies.

Sincerely,

*Ashley Bennett Ewald*

Ashley Bennett Ewald
Partner