# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DARKOWL, LLC, § <br> § <br> Plaintiff, § <br> § <br> § <br> v. § <br> § <br> ARKOWL LLC and ARKOWL § <br> CORPORATION § <br> § <br> Defendants. § <br> § | Case No.: <br><br><br><br><br><br> JURY TRIAL DEMANDED |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff DarkOwl, LLC hereby discloses that DarkOwl, LLC has no parent corporation and that no publicly held corporation owns more than 10% of DarkOwl, LLC.

DATED this 9th day of August, 2021.

        Respectfully submitted,

        **PERKINS COIE LLP**

        By: *s/   Lindsey Dunn*
        Kourtney Mueller Merrill, CO Bar #36,662
        Sabrina J. Danielson, CO Bar #49,279
        Lindsey Dunn, CO Bar #50,438
        1900 Sixteenth Street, Suite 1400
        Denver, CO  80202
        P: (303) 291-2300
        F: (303) 291-2400
        KMerrill@perkinscoie.com
        SDanielson@perkinscoie.com
        LDunn@perkinscoie.com

        ***Attorneys for Plaintiff DarkOwl, LLC***