# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DARKOWL, LLC, <br><br> Plaintiff, <br><br> v. <br><br> ARKOWL LLC and ARKOWL CORPORATION <br><br> Defendants. | § § § § § § § § § § § § § § § § Case No.: 21-cv-02163 |

## NOTICE OF ENTRY OF APPEARANCE OF SABRINA J. DANIELSON

Sabrina J. Danielson hereby enters her appearance as counsel for Plaintiff DarkOwl, LLC in the above-captioned matter.

DATED this 11th day of August, 2021.

    Respectfully submitted,

    **PERKINS COIE LLP**

    By: _s/ Sabrina J. Danielson_
    Sabrina J. Danielson, CO Bar #49,279
    1900 Sixteenth Street, Suite 1400
    Denver, CO  80202
    P: (303) 291-2300
    F: (303) 291-2400
    SDanielson@perkinscoie.com

    ***Attorneys for Plaintiff DarkOwl, LLC***

153423684.1