# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| DARKOWL, LLC, | § Case No.: 21-cv-02163 |
| Plaintiff, | § |
| v. | § |
| ARKOWL LLC and ARKOWL CORPORATION | § |
| Defendants. | § |

## NOTICE OF ENTRY OF APPEARANCE OF KOURTNEY MUELLER MERRILL

Kourtney Mueller Merrill hereby enters her appearance as counsel for Plaintiff DarkOwl, LLC in the above-captioned matter.

DATED this 11th day of August, 2021.

    Respectfully submitted,

    **PERKINS COIE LLP**

    By: *s/ Kourtney Mueller Merrill*
    Kourtney Mueller Merrill, CO Bar #36,662
    1900 Sixteenth Street, Suite 1400
    Denver, CO  80202
    P: (303) 291-2300
    F: (303) 291-2400
    KMerrill@perkinscoie.com

    *Attorneys for Plaintiff DarkOwl, LLC*