UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DARKOWL, LLC, | |
| Plaintiff, | Court File No. 21-cv-02163 |
| v. | |
| ARKOWL LLC and ARKOWL CORPORATION, | **NOTICE OF ENTRY OF APPEARANCE** |
| Defendants. | |

Michael H. Frasier, Rubric Legal LLC enters his appearance as counsel for Defendants ArkOwl LLC and ArkOwl Corporation in the above-captioned matter.

Dated: October 1, 2021

**RUBRIC LEGAL LLC**

/s/ Michael H Frasier
Michael H. Frasier (#387704)
111 Third Ave S, Ste 110
Minneapolis, MN 55401
612.465.0074
michael@rubriclegal.com

Attorneys for Defendants