IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

       Plaintiff,

v.

ARKOWL, LLC and
ARKOWL CORPORATION,

       Defendants.

---

**PLAINTIFF DARKOWL, LLC'S ANSWER AND AFFIRMATIVE DEFENSES TO DEFENDANTS AND COUNTERCLAIMANTS ARKOWL LLC AND ARKOWL CORPORATION'S COUNTERCLAIMS AND JURY TRIAL DEMAND**

---

Plaintiff DarkOwl, LLC ("DarkOwl"), by and through their undersigned counsel, hereby responds to Defendants and Counterclaimants Arkowl LLC and Arkowl Corporation's (collectively, "Arkowl") Counterclaims (ECF No. 17). Except as expressly admitted, each and every allegation in the Counterclaims is denied.

## ALLEGED COUNTERCLAIM

1. DarkOwl admits that Arkowl purports to allege an action against DarkOwl for purported infringement of trademark rights and purports to seek damages and an injunction. DarkOwl denies the allegations of infringement in this paragraph. To the extent further response is required, this paragraph calls for legal conclusions to which no response is required.

2. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

3. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

4. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

5. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

6. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

7. U.S. Registration No. 6,036,746 for the word mark ARKOWL speaks for itself. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore denies them.

8. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

9. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

10. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

11. U.S. Registration No. 6,285,973 for ARKOWL speaks for itself. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore denies them.

12. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

13. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

14. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

15. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

16. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

17. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

18. DarkOwl admits its website references the darknet, data, and a database of darknet content. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore denies them.

19. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

20. DarkOwl is a leading provider of open-source data collected from the darknet and offers the largest commercially available database of darknet content for the cybersecurity industry and law enforcement. DarkOwl's darknet platform provides a host of tools for its customers to search and analyze darknet data, including content searching, data monitoring, and filtering by types of data. Among these are the ability to search for email addresses or domains which have

been compromised or hacked. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the remaining allegations in this paragraph, and therefore denies them.

21. DarkOwl denies the allegations in this paragraph.

22. DarkOwl denies the allegations in this paragraph.

23. DarkOwl denies the allegations in this paragraph.

24. DarkOwl denies the allegations in this paragraph.

25. DarkOwl admits that its website is located at the <darkowl.com> domain (https://www.darkowl.com/). DarkOwl denies the remaining allegations in this paragraph.

26. DarkOwl denies the allegations in this paragraph.

27. DarkOwl denies the allegations in this paragraph.

28. DarkOwl denies the allegations in this paragraph.

29. DarkOwl denies the allegations in this paragraph.

30. DarkOwl denies the allegations in this paragraph.

31. DarkOwl denies the allegations in this paragraph.

32. DarkOwl denies the allegations in this paragraph.

33. DarkOwl denies the allegations in this paragraph.

### COUNT I
### ALLEGED TRADEMARK INFRINGEMENT
### 15 U.S.C. § 1125(A)

34. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

35. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

36. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

37. DarkOwl denies the allegations in this paragraph.

38. DarkOwl denies the allegations in this paragraph.

39. DarkOwl denies the allegations in this paragraph.

## COUNT II
## ALLEGED CYBERSQUATTING
## 15 U.S.C. § 1125(D)

40. DarkOwl admits it registered and uses the <darkowl.com> domain. DarkOwl denies the remaining allegations in this paragraph.

41. DarkOwl denies the allegations in this paragraph.

42. DarkOwl denies the allegations in this paragraph.

## COUNT III
## ALLEGED TRADEMARK CANCELLATION

43. DarkOwl admits that it registered and owns U.S. Reg. No. 5,793,807 for DARKOWL. DarkOwl denies the remaining allegations in this paragraph.

44. DarkOwl admits it registered and owns U.S. Reg. No. 5,525,738 for . DarkOwl denies the remaining allegations in this paragraph.

45. DarkOwl denies the allegations in this paragraph.

46. DarkOwl denies the allegations in this paragraph.

47. DarkOwl denies the allegations in this paragraph.

## COUNT IV
## ALLEGED COLORADO DECEPTIVE TRADE PRACTICES ACT
## COLO. REV. STAT. § 6-1-101 ET SEQ.

48. DarkOwl is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and therefore denies them.

49. DarkOwl denies the allegations in this paragraph.

50. DarkOwl denies the allegations in this paragraph.

51. DarkOwl denies the allegations in this paragraph.

52. DarkOwl denies the allegations in this paragraph.

53. DarkOwl denies the allegations in this paragraph.

54. DarkOwl denies the allegations in this paragraph.

55. DarkOwl denies the allegations in this paragraph.

56. DarkOwl denies the allegations in this paragraph.

### PRAYER FOR RELIEF

DarkOwl denies that Arkowl is entitled to any relief in this action as requested Paragraphs 1-7 of its prayer for relief or otherwise.

### JURY TRIAL DEMAND

DarkOwl respectfully demands a trial by jury on all claims and issues so triable.

### AFFIRMATIVE DEFENSES

DarkOwl asserts the following defenses, without assuming the burden of proof when such burden would otherwise be on Arkowl.  DarkOwl reserves the right to amend its defenses as additional information becomes available.

**First Defense**
**(Failure to State a Claim)**

57. One or more claims asserted by Arkowl fail to state a claim upon which relief may be granted.

**Second Defense**
**(Equitable Defenses)**

58. One or more claims asserted by Arkowl are barred by the doctrine of laches, estoppel, acquiescence, unclean hands, and/or waiver. DarkOwl has used its DARKOWL Marks in connection with its DarkOwl Services since at least as early as 2017, and DarkOwl's use of the DARKOWL Marks has been public since at least 2017. Arkowl knew or should have known of DarkOwl's use of the DARKOWL Marks since at least 2017. Arkowl's delay in taking action or alerting DarkOwl to its alleged rights was unreasonable, and DarkOwl is significantly prejudiced by Arkowl's unreasonable delay.

**Third Defense**
**(No Likelihood of Confusion)**

59. Arkowl cannot demonstrate a likelihood of confusion between DarkOwl's trademarks and Arkowl's trademarks.

**Fourth Defense**
**(No Injury)**

60. Arkowl has not been injured, and will not be injured, and is therefore note entitled to any relief.

### Fifth Defense
### (Ownership/Standing)

61. Arkowl has failed to allege adequate evidence of ownership of the asserted federal trademark registrations (U.S. Reg. Nos. 6,036,746 and 6,285,973) and lacks standing to bring a claim for alleged infringement of the asserted trademark registrations.

### Sixth Defense
### (No Injunctive Relief)

62. Arkowl is not entitled to injunctive relief because any alleged injury to Arkowl is not immediate or irreparable and Arkowl has an adequate remedy at law.

### Seventh Defense
### (Misuse of Trademark)

63. Arkowl misused the ARKOWL mark by, for example, alleging infringement of U.S. Reg. Nos. 6,036,746 and 6,285,973, which are registered to a nonexistent entity.

DATED this 21st day of October, 2021.

Respectfully submitted,

**PERKINS COIE LLP**

By: *s/ Kourtney Mueller Merrill*
Kourtney Mueller Merrill, CO Bar #36,662
Sabrina J. Danielson, CO Bar #49,279
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com
SDanielson@perkinscoie.com

***Attorneys for DarkOwl, LLC***

- 9 -

## CERTIFICATE OF SERVICE

I hereby certify under penalty of perjury that on October 21, 2021, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and which will send notification of the filing to all parties.

DATED:  October 21, 2021                             *s/ Kourtney Mueller Merrill*