IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC and
ARKOWL CORPORATION,

    Defendants.

---

**JOINT MOTION REQUESTING LEAVE TO APPEAR BY TELEPHONE AT SCHEDULING CONFERENCE**

---

    Plaintiff Darkowl, LLC and Defendants Arkowl, LLC and Arkowl Corporation jointly move for leave for counsel for all parties to appear at the Scheduling/Planning Conference set for November 23, 2021, at 9:30 am by telephone. Pursuant to the Court's Order Setting Scheduling/Planning Conference (ECF #15), the parties state as follows:

    1.    A Scheduling/Planning Conference pursuant to Federal Rule of Civil Procedure 16 is set in this action for November 23, 2021, at 9:30 am. (ECF #15, 1.)

    2.    As acknowledged by General Order 2021-10, issued on August 9, 2021, the continuing uncertainties and risks of the COVID pandemic warrant ongoing masking and social distancing requirements.

    3.    In addition, lead counsel for Defendants lives and works in Minneapolis, Minnesota, and has personal and professional commitments in Minnesota the week of the Scheduling/Planning Conference.

4.   Lead counsel for Plaintiff DarkOwl, LLC will be traveling out of state the week of November 23, 2021, and is amenable to appearing telephonically on November 23, 2021, or requests, in the alternative, that the Scheduling/Planning Conference be reset at the Court's convenience for a date before or after November 22-26, 2021.

5.   The parties are confident that the interests of the Court and the parties can be effectively represented by holding the Scheduling/Planning Conference by telephone.

Counsel for the parties therefore respectfully request leave to appear at the November 23, 2021 Scheduling/Planning Conference by telephone.

**CERTIFICATE OF CONFERENCE**

Pursuant to D.C.COLO.LCivR 7.1, counsel for Defendants contacted counsel for Plaintiff on October 19, 2021, to request the relief sought in this motion. The parties conferred via email and reached agreement to jointly file this motion.

DATED this 25th day of October, 2021.

Respectfully submitted,

| **Perkins Coie LLP** | **Rubric Legal LLC** |
|---|---|
| By: s/ *Sabrina J. Danielson* | By: s/ *Michael H. Frasier* |
| Kourtney Mueller Merrill, Bar No. 36662 | Michael H. Frasier |
| Sabrina J. Danielson, Bar No. 49279 | 111 Third Ave. S, Ste 110 |
| 1900 Sixteenth Street, Suite 1400 | Minneapolis, MN 55401 |
| Denver, Colorado 80202-5255 | Telephone: 612.465.0074 |
| Telephone: 303.291.2300 | michael@rubriclegal.com |
| Facsimile: 303.291.2400 | |
| KMerrill@perkinscoie.com | *Attorney for Defendants* |
| SDanielson@perkinscoie.com | |
| | |
| *Attorneys for Plaintiff DarkOwl, LLC* | |

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will effect service.

>
> *s/ Sabrina J. Danielson*
> Sabrina J. Danielson, Bar No. 49279
> PERKINS COIE LLP
> 1900 Sixteenth Street, Suite 1400
> Denver, Colorado 80202-5255
> Telephone: 303.291.2300
> Facsimile: 303.291.2400
> SDanielson@perkinscoie.com

-3-