## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC and
ARKOWL CORPORATION,

    Defendants.

## [PROPOSED] STIPULATED ORDER

    The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

    Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

DATED at Denver, Colorado, this ___ day of _____, 20___.

                                                          SO ORDERED:

                                                      _____
                                                      Hon. Kristen L. Mix
                                                      United States Magistrate Judge

Respectfully submitted,

**Perkins Coie LLP**

By: s/ *Sabrina J. Danielson*
    Kourtney Mueller Merrill, Bar No. 36662
    Sabrina J. Danielson, Bar No. 49279
    1900 Sixteenth Street, Suite 1400
    Denver, Colorado 80202-5255
    Telephone: 303.291.2300
    Facsimile: 303.291.2400
    KMerrill@perkinscoie.com
    SDanielson@perkinscoie.com

    *Attorneys for Plaintiff DarkOwl, LLC*

**Rubric Legal LLC**

By: s/ *Michael H. Frasier*
    Michael H. Frasier
    111 Third Ave. S, Ste 110
    Minneapolis, MN  55401
    Telephone: 612.465.0074
    michael@rubriclegal.com

    *Attorney for Defendants*