IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Stipulated Motion for Protective Order and F.R.E. 502(d) Order** [#23] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#23] is **GRANTED**. The Protective Order [#23-1] and Rule 502(d) Order [#23-2] supplied by the parties are **accepted** for filing and entered as Orders of the Court as of the date of this Minute Order.

Dated:  November 18, 2021