IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: November 23, 2021 | Alfred A. Arraj United States Courthouse |

Civil Action No. 21-cv-02163-KLM

<u>Parties</u>:

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL LLC, ET AL.,

    Defendants.

<u>Counsel</u>:

Sabrina Danielson
Kourtney Merrill

Michael Frasier

**COURTROOM MINUTES**

**TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 9:36 a.m.**
Court calls case. Appearances of counsel.

**The following will confirm the actions taken and dates set at the scheduling conference held this date:**
Deadline for Joinder of Parties**: December 31, 2021.**

Discovery Cut-off: **September 30, 2022.**

Dispositive Motions Deadline: **October 28, 2022.**

Parties shall designate affirmative experts **on or before July 30, 2022.**

Parties shall designate rebuttal experts **on or before August 30, 2022.**

Each party shall be limited to **two (2)** retained expert witnesses and no more than **one (1)** expert per area of subject matter expertise, absent further leave of Court.

Each side shall be limited to **ten (10)** depositions, **twenty-five (25)** interrogatories, **twenty-**

**five (25)** requests for production and **twenty-five (25)** requests for admissions, absent further leave of Court.

**Counsel shall call the Court by joint conference call for hearings regarding unresolved discovery disputes prior to filing any discovery motions.**

No **STATUS CONFERENCE** is set at this time. If the Court determines one is necessary, one will be set by Minute Order. The parties may request a status conference by contacting Chambers (303) 335-2770, preferably as a joint conference call, and request that one be set.

Counsel and the parties must notify chambers (303-335-2770) at least **3 business days in advance** of any hearing requiring presentation of documentary evidence, so that the courtroom can be equipped with the appropriate electronic technology.

**FINAL PRETRIAL/TRIAL PREPARATION AND JURY INSTRUCTIONS CONFERENCE** is set on **March 23, 2023 at 9:30 a.m.** before Magistrate Judge Kristen L. Mix. Final Pretrial Order is due **no later than seven (7) days** before the Final Pretrial Conference. (See the court's website **www.cod.uscourts.gov** for Instructions for Preparation and Submission). In accordance with FED.R.Civ.P. 16(d), the conference shall be attended by at least one of the attorneys who will conduct the trial for each of the parties and by any unrepresented parties.

**FIVE DAY JURY TRIAL** is set on **April 3, 2023 at 9:00 a.m.** before Magistrate Judge Kristen L. Mix.

Court discusses Magistrate Judge Mix's "Requirements of Practice" with counsel.

- Scheduling Order is signed and entered with interlineations on November 23, 2021.

HEARING CONCLUDED.
**Court in recess:     9:49 a.m.**
Total Time:     00:13


To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.