**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL LLC and
ARKOWL CORPORATION,

    Defendants.

---

**NOTICE OF CHANGE OF ADDRESS OF ATTORNEY SABRINA J. DANIELSON**

---

Effective February 23, 2022, Sabrina J. Danielson began employment at Holland & Hart LLP.

Pursuant to D.C.COLOLAttyR 5(b), Sabrina J. Danielson respectfully requests that the Court's records be updated to show the following change of firm address:

    Sabrina J. Danielson
    HOLLAND & HART LLP
    555 17th Street, Suite 3200
    Denver, Colorado 80202
    Phone: (303) 295-8565
    E-mail: sjdanielson@hollandhart.com

Ms. Danielson will update her contact information in CM/ECF pursuant to D.C.COLO.LAttyR 5(c).

Dated: March 9, 2022                     Respectfully submitted,

                                                    *s/Sabrina J. Danielson*
Sabrina J. Danielson, #49279
Holland & Hart LLP
555 17th Street, Suite 3200
Denver, CO 80202
Phone: (303) 295-8565
E-mail: sjdanielson@hollandhart.com

*Co-Counsel for Plaintiff DarkOwl, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing was filed using the Court's CM/ECF filing system, which automatically sends notice of filing to all attorneys of record, on March 9, 2022.

*s/ April Barrett*
April Barrett, Legal Assistant