IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Civil Action: 21-cv-02163-WJM-KLM | FTR - Reporter Deck - Courtroom A401 |
| Date: September 20, 2022 | Courtroom Deputy: Laura Galera |

*Parties:*                                                      *Counsel:*

ANDREW T. VANDERWAL,                         Pro Se

    Plaintiff,

v.

KENDRA TRUJILLO,                                    James Scherer

    Defendant.

## COURTROOM MINUTES

**STATUS CONFERENCE**
**Court in session:   9:39 a.m.**

Neither the pro se plaintiff nor defense counsel appear for the Status Conference.

Given the fact that neither party appeared and the Court had no specific issues to address, the Court VACATES the Status Conference and will reset in the future, if necessary.

HEARING CONCLUDED.
**Court in recess**:   **9:40 a.m.**
Total Time:   00:01

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.