IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

     Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

     Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

     This matter is before the Court on the **Joint Motion for Extension of Time** [#35] (the "Motion").

     IT IS HEREBY **ORDERED** that the Motion [#35] is **GRANTED**.  The case deadlines are extended for a period of two weeks, or 14 days.

     Dated:  September 28, 2022