IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

    Defendants.

**UNOPPOSED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS**

Pursuant to D.C.Colo.LCivR. 7.2, Plaintiff requests that public access to the Joint Motion for Extension of Time filed on September 26, 2022 (ECF #35) and the Joint Motion for Extension of Time filed on October 6, 2022 (ECF #37) (collectively, the "Joint Motions") be restricted. Pursuant to D.C.Colo.LCivR. 7.1, Plaintiff's counsel conferred with ArkOwl's counsel, who consented to the filing of this motion and to restricting access to the Joint Motions.

The Joint Motions include confidential and personal information that is not relevant to the merits of the suit, but that provides a basis for the requested extensions of case deadlines. Maintaining the privacy and confidentiality of this personal information in this circumstance outweighs the presumption of public access. *See Huddleson v. City of Pueblo*, 270 F.R.D. 635, 637 (D. Colo. 2010) *citing Seattle Times Co. v. Rhinehart*, 467 U.S. 20, 32-36 (1984); *see also McClenahan v. Metro. Life Ins. Co.*, 416 Fed.Appx. 693, n.2 (10th Cir. 2011) (granting Plaintiff's unopposed motion to seal documents containing personal information); *see also United States v. Gutierrez*, 2020 U.S. Dist. LEXIS 196432, at *1 n.1 (D.N.M. Oct. 22, 2020) (granting Plaintiff's motion to seal because exhibit attachments contained private information); *see also Ombe v. Cook*,

2017 U.S. Dist. LEXIS 126331, at*3-4 (D.N.M. August 9, 2017) (granting motion to seal documents containing personal information).  Leave to file restricted versions of the Joint Motions and publicly available redacted versions will adequately protect the interests of privacy as the confidential and personal information is referenced in only one section of each of the Joint Motions.  Plaintiff requests Level 2 restriction, allowing access to the filing party and the Court.  Redacted versions of the Joint Motions are being filed concurrently herewith as Exhibits A and B.

Wherefore, Plaintiff respectfully requests the Court restrict public access to the Joint Motions for Extension (ECF # 35, 37), and to permit the parties to file redacted versions of the Joint Motions.

DATED October 11, 2022

Respectfully submitted,

By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Kourtney Mueller Merrill, CO Bar #36,662
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

Thomas L Holt, IL Bar #6243134
(Admittance forthcoming)
Jeremy Buxbaum, IL Bar #6296010
(Admittance forthcoming)
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

***Attorneys for Plaintiff DarkOwl, LLC***

**CERTIFICATE OF SERVICE**

I hereby certify that on October 11, 2022, I served a true and complete copy of the foregoing document on the attorney of record for ArkOwl LLC and ArkOwl Corporation at the email address listed below:

Michael H. Frasier
Rubric Legal LLC
111 Third Avenue South
Suite 110
Minneapolis, MN 55401
612-465-0074
michael@rubriclegal.com

By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

4