# EXHIBIT A

# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

        Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

        Defendants.

## JOINT MOTION FOR EXTENSION OF TIME

    Pursuant to D.C.Colo.LCivR. 6.1, the parties jointly request a two-week extension of time for all case deadlines.

    There have been no prior extensions of time requested or granted.

    Good cause exists for the extension. ███████████████████

███████████████████████████████████████████████████

███████████████████████████████

    Wherefore, the parties jointly and respectfully request a two-week extension of all case deadlines.

158409539.1

DATED September 26, 2022

Respectfully submitted,

By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Kourtney Mueller Merrill, CO Bar #36,662
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

*Attorneys for Plaintiff DarkOwl, LLC*

By:  */s/ Michael H. Frasier*
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC
and ArkOwl Corporation*

2

158409539.1

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I served a true and complete copy of the foregoing document on the attorney of record for ArkOwl LLC and ArkOwl Corporation at the email address listed below:

    Michael H. Frasier
    Rubric Legal LLC
    111 Third Avenue South
    Suite 110
    Minneapolis, MN 55401
    612-465-0074
    michael@rubriclegal.com

By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

3

158409539.1