# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

        Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

        Defendants.

## JOINT MOTION FOR EXTENSION OF TIME

    Pursuant to D.C.Colo.LCivR. 6.1, the parties jointly request a 90-day extension of time for all case deadlines, including resetting trial.

    The parties previously filed a joint motion to extend the case deadlines for two weeks, which was granted by the Court on September 28, 2022.

    Good cause exists for the extension. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

    ▓▓▓▓ Plaintiff's counsel requires time to become familiar with the case, information exchanged in discovery, and outstanding issues.  While the case is nearing the close of discovery, there are a number of discovery tasks that need to be completed, and the parties have yet to file motions regarding experts or dispositive motions.

2

On October 3, 2022, the parties' counsel conferred regarding the case schedule and extenuating circumstances and agreed to a 90-day extension and resetting trial dates to allow Plaintiff's counsel to get up to speed and the parties to complete pre-trial work on the case.

Wherefore, the parties jointly and respectfully request a 90-day extension of all case deadlines, including setting new trial dates.

DATED October 6, 2022

Respectfully submitted,

By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Thomas L Holt, IL Bar #6243134
(PHV forthcoming)
Jeremy Buxbaum, IL Bar #6296010
(PHV forthcoming)
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

*Attorneys for Plaintiff DarkOwl, LLC*


By: /s/ *Michael Frasier*
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC and ArkOwl Corporation*