IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Extension of Time** [#37] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion [#37] is **GRANTED**. The case deadlines are extended for a period of **ninety (90) days**.

    IT IS FURTHER **ORDERED** that the Final Pretrial, Trial Preparation and Jury Instructions Conference set for March 23, 2023 at 9:30 a.m. and the five (5) day jury trial set to commence on April 3, 2023 are **VACATED**.

    IT IS FURTHER **ORDERED** that on or before **October 17, 2022**, the parties shall jointly contact Chambers at (303) 335-2770 to reset the trial and related deadlines.

    Dated:  October 11, 2022