IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

      Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

      This matter is before the Court on Plaintiff's **Unopposed Motion for Leave to Restrict Public Access** [#38] (the "Motion"). The Motion [#38] seeks to restrict public access to the Joint Motion for Extension of Time [#35] filed on September 26, 2022, and the Joint Motion for Extension of Time [#37] filed on October 6, 2022 (collectively, the "Joint Motions for Extension"). The Motion [#38] attaches as Exhibits A and B redacted versions of the Joint Motions to be filed on the public docket.

      In accordance with D.C.COLO.LCivR 7.2, the Motion [#38] was publicly posted to allow for any objections. No timely objections were filed. Plaintiff asserts as grounds for the Motion [#38] that the Joint Motions for Restriction include confidential and personal information that is not relevant to the merits of the suit, but that provides a basis for the requested extensions of case deadlines. *Id*. at 1. The Court finds pursuant to D.C.COLO.LCivR 7.2 that maintaining the privacy and confidentiality of this personal information in this circumstance outweighs the presumption of public access, particularly since redacted versions of the Joint Motions for Restriction that Plaintiff seek to restrict have been attached to the Motion [#38] for public access. Accordingly,

      IT IS HEREBY **ORDERED** that the Motion [#38] is **GRANTED**. The Clerk of Court is directed to **place** the Joint Motions for Extension [#35, #37] **UNDER RESTRICTION at LEVEL 2**.

      IT IS FURTHER **ORDERED** that the Clerk of Court shall file the redacted version of the Joint Motions for Extension attached as Exhibits A [#38-1] and B [#38-2] to the Motion [#38] for public access.

      Dated:  October 13, 2022