# EXHIBIT A

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

       Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

       Defendants.

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to D.C.Colo.LCivR. 6.1, the parties jointly request a two-week extension of time for all case deadlines.

There have been no prior extensions of time requested or granted.

Good cause exists for the extension. ▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬

Wherefore, the parties jointly and respectfully request a two-week extension of all case deadlines.

158409539.1

DATED September 26, 2022

        Respectfully submitted,

        By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Kourtney Mueller Merrill, CO Bar #36,662
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO 80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

*Attorneys for Plaintiff DarkOwl, LLC*


By:  /s/ *Michael H. Frasier*
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC and ArkOwl Corporation*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 26, 2022, I served a true and complete copy of the foregoing document on the attorney of record for ArkOwl LLC and ArkOwl Corporation at the email address listed below:

>Michael H. Frasier
>Rubric Legal LLC
>111 Third Avenue South
>Suite 110
>Minneapolis, MN 55401
>612-465-0074
>michael@rubriclegal.com

>By:/s/ *Sabrina J. Danielson*
>Sabrina J. Danielson, CO Bar #49,279
>**HOLLAND & HART LLP**
>P.O. Box 8749
>Denver, CO 80201
>P: (303) 295-8565
>F: (303) 265-9255
>SJDanielson@hollandhart.com

3

158409539.1