# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

       Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

       Defendants.

## JOINT MOTION FOR EXTENSION OF TIME

Pursuant to D.C.Colo.LCivR. 6.1, the parties jointly request a 90-day extension of time for all case deadlines, including resetting trial.

The parties previously filed a joint motion to extend the case deadlines for two weeks, which was granted by the Court on September 28, 2022.

Good cause exists for the extension. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

▓▓▓ Plaintiff's counsel requires time to become familiar with the case, information exchanged in discovery, and outstanding issues.  While the case is nearing the close of discovery, there are a number of discovery tasks that need to be completed, and the parties have yet to file motions regarding experts or dispositive motions.

On October 3, 2022, the parties' counsel conferred regarding the case schedule and extenuating circumstances and agreed to a 90-day extension and resetting trial dates to allow Plaintiff's counsel to get up to speed and the parties to complete pre-trial work on the case.

Wherefore, the parties jointly and respectfully request a 90-day extension of all case deadlines, including setting new trial dates.

DATED October 6, 2022

Respectfully submitted,

By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Thomas L Holt, IL Bar #6243134
(PHV forthcoming)
Jeremy Buxbaum, IL Bar #6296010
(PHV forthcoming)
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

*Attorneys for Plaintiff DarkOwl, LLC*


By: /s/ *Michael Frasier*
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC and ArkOwl Corporation*

3