IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court in connection with the resetting of the trial date and related deadlines.  In accordance with the dates agreed to in a telephone conference with the parties,

    IT IS HEREBY **ORDERED** that the five-day jury trial is reset to commence on **May 15, 2023**, at **9:00 a.m.**   The Final Pretrial, Trial Preparation and Jury Instructions Conference is reset to **April 14, 2023**, at **2:00 p.m.**

    Dated:  October 18, 2022