# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

       Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

       Defendants.

---

### NOTICE OF ENTRY OF APPEARANCE OF THOMAS L. HOLT

---

Thomas L. Holt. hereby enters his appearance as counsel for Plaintiff DarkOwl, LLC in the above-captioned matter.

DATED December 21, 2022

                                      Respectfully submitted,

                                      /s/ *Thomas L. Holt*
                                      Thomas Holt, IL Bar #6243134
                                      **PERKINS COIE LLP**
                                      110 North Wacker, Suite 3400
                                      Chicago, IL  60808-1511
                                      THolt@perkinscoie.com

                                      ***Attorneys for Plaintiff DarkOwl, LLC***