IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

        Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

        Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF JEREMY BUXBAUM

Jeremy Buxbaum hereby enters his appearance as counsel for Plaintiff DarkOwl, LLC in the above-captioned matter.

DATED December 21, 2022

        Respectfully submitted,

        /s/ *Jeremy Buxbaum*
        Jeremy Buxbaum, IL Bar #6296010
        **PERKINS COIE LLP**
        110 North Wacker, Suite 3400
        Chicago, IL  60808-1511
        JBuxbaum@perkinscoie.com

        ***Attorneys for Plaintiff DarkOwl, LLC***

159748016.1