# EXHIBIT

# B

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF COLORADO

3    ---------------------------------------------------

4    DarkOwl, LLC,

5                         Court File No.

6        Plaintiff,           21-cv-02163

7    vs.

8    ArkOwl LLC and ArkOwl Corporation,

9        Defendant.

10   ---------------------------------------------------

11

12

13           VIDEOTAPED DEPOSITION

14                OF

15             MARK KEEGAN

16       taken remotely via Zoom

17         August 26, 2022

18

19

20

21

22

23

24   Stenographically Reported by:  Amy L. Larson, RPR

25   Job No. 460299

1

2                        DATE:  August 26, 2022

3                        TIME:  9:30 A.M. CST

4

5

6    Remote videotaped deposition of MARK KEEGAN, taken

7    before Amy L. Larson, a Registered Professional

8    Reporter and Notary Public in the State of Minnesota,

9    Certified Court Reporter in the State of

10   Washington, Certified Shorthand Reporter in the

11   State of Oregon, and Certified Court Reporter in

12   the State of Utah.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1    APPEARANCES:

2        PERKINS COIE, LLP
         Attorneys for Plaintiff
3        1900 Sixteenth Street
         Suite 1400
4        Denver, CO 80202
         BY:  Kourtney Mueller Merrill, Esq.
5            KMerrill@perkinscoie.com

6        HOLLAND & HART, LLP
         Attorneys for Plaintiff
7        555 17th Street
         Suite 3200
8        Denver, CO  80202
         BY:  Sabrina Danielson, Esq.
9            sjdanielson@hollandhart.com

10       RUBRIC LEGAL LLC
         Attorneys for Defendant
11       The Barrel House
         111 3rd Avenue
12       Suite 110
         Minneapolis, MN  55041
13       BY:  Michael Fraiser, Esq.
             michael@rubriclegal.com

14

15       ALSO PRESENT:

16       Chester Wong, Videographer
         John Schmieg, Document Technician
17       David Mielcavek, Document Technician

18

19

20

21

22

23

24

25
```

```
1   INDEX:

2   EXAMINATION BY:                              PAGE

3   Ms. Merrill                                    7

4
    EXHIBITS MARKED FOR IDENTIFICATION:
5
    EXHIBIT   DESCRIPTION                        PAGE
6
         1   Expert Report of Mark Keegan         50
7
         2   Exhibit 6 to Keegan Expert
8            Report              Excel
             Spreadsheet - Untabulated Data       96
9
         3   2020 Paladin Vendor Report
10           Bates ARKOWL 000025 - ARKOWL
             000180                               96
11
         4   About-Fraud - Solution
12           Providers - Q4 2021
             ARKOWL 000445                       100
13
         5   ArkOwl Website
14           Bates DARKOWL_000946 -
             DARKOWL_000948                      127
15
         6   DarkOwl Website
16           Bates DARKOWL_004049 -
             DARKOWL_004053                      129
17
         7   Gemini Advisory Website
18           No Bates                            130

19       8   SpyCloud Website
             No Bates                            131
20
         9   Ekata Website
21           No Bates                            131

22      10   Owl Cyber Defense Website
             No Bates                            195
23
                        - - -
24

25
```

1                    MARK KEEGAN,

2          a witness in the above-entitled action,

3          after having been first duly sworn, was

4          deposed and says as follows:

5

6                    EXAMINATION                         09:36:41

7     BY MS. MERRILL:                                    09:36:41

8     Q.  Good morning, Mr. Keegan.  Could you please    09:36:44

9         state your name and address for the record.   09:36:47

10    A.  Mark Keegan, 31 Purchase Street in Rye,        09:36:49

11        R-Y-E, New York.                               09:36:53

12    Q.  And as we just discussed, are you testifying   09:36:54

13        remotely today?                                09:36:56

14    A.  I am.                                          09:36:58

15    Q.  And how would you characterize the location    09:36:59

16        you're testifying from today?                  09:37:01

17    A.  This is my office.                             09:37:03

18    Q.  Is this a home office?                         09:37:04

19    A.  No.                                            09:37:07

20    Q.  So are you at your -- the headquarters of      09:37:07

21        your -- the company you work for?              09:37:13

22    A.  Such as it is, yes.                            09:37:16

23    Q.  Could you explain what you mean by that?       09:37:17

24    A.  It's a small office.                           09:37:20

25    Q.  How many people work at your office?           09:37:23

| | | |
|---|---|---|
| 1 | that, yes, broadly I consider these companies | 10:17:01 |
| 2 | to be competitors, and that includes DarkOwl | 10:17:09 |
| 3 | providing some form of email verification to | 10:17:16 |
| 4 | its customers, that's something that can be | 10:17:24 |
| 5 | done through the DarkOwl service.  So I | 10:17:29 |
| 6 | relied on lots of things, but that was a | 10:17:34 |
| 7 | piece of it. | 10:17:37 |
| 8 | BY MS. MERRILL: | |
| 9 | Q.  I appreciate that you just got your lunch. | 10:17:38 |
| 10 | We'll -- are you wanting to take a break | 10:17:40 |
| 11 | fairly soon? | 10:17:44 |
| 12 | A.  Not at all.  This is early for me, so I'm -- | 10:17:44 |
| 13 | I'm good to go. | 10:17:47 |
| 14 | Q.  Okay.  And who just entered the room? | 10:17:49 |
| 15 | A.  That was my lunch delivery service that it's | 10:17:52 |
| 16 | free, all you have to do is marry her.  So | 10:17:55 |
| 17 | that was my wife, but she's came and gone. | 10:18:00 |
| 18 | Q.  She's left the room.  Will you let me know if | 10:18:07 |
| 19 | anyone else comes into the room? | 10:18:11 |
| 20 | A.  I will, yes. | 10:18:14 |
| 21 | Q.  Would your opinions in this matter change if | 10:18:15 |
| 22 | DarkOwl does not provide email or telephone | 10:18:18 |
| 23 | number verification services? | 10:18:23 |
| 24 | A.  It's hard to say.  I mean, my understanding | 10:18:35 |
| 25 | broadly is that these companies are | 10:18:37 |

| | |
|---|---|
| 1 | competitors and, hence, the basis for the | 10:18:40 |
| 2 | type of survey that I conducted. If somehow | 10:18:47 |
| 3 | these companies are not competitors, that | 10:18:54 |
| 4 | would certainly be news to me and would -- | 10:18:57 |
| 5 | would impact my evaluation of -- of the work | 10:19:01 |
| 6 | that I've done in this case. | 10:19:07 |
| 7 | Q. Is it fair to say that competitors compete | 10:19:10 |
| 8 | for the same business? | 10:19:14 |
| 9 | A. It is, yes. | 10:19:17 |
| 10 | Q. And how would you distinguish competitors | 10:19:19 |
| 11 | from direct competitors? | 10:19:24 |
| 12 | A. I hadn't thought about this, but I guess | 10:19:37 |
| 13 | competitors to me in that context would be | 10:19:40 |
| 14 | broader than direct competitors. Direct | 10:19:44 |
| 15 | competitors would seem to imply a more | 10:19:52 |
| 16 | head-to-head level of competition, and | 10:19:57 |
| 17 | competitors would be broader than that to me. | 10:20:02 |
| 18 | That's how I would interpret it. | 10:20:07 |
| 19 | Q. So I understand from our discussion today, | 10:20:13 |
| 20 | but please let me know if I have this | 10:20:15 |
| 21 | incorrect, that you relied at least in part | 10:20:17 |
| 22 | on your discussions with Mr. Daline for your | 10:20:20 |
| 23 | understanding that ArkOwl and DarkOwl are | 10:20:22 |
| 24 | competitors; is that correct? | 10:20:24 |
| 25 | A. Yes. | 10:20:29 |

| | | | |
|---|---|---|---|
| 1 | | email verification service. | 12:14:29 |
| 2 | Q. | How did you select Ekata as a company to | 12:14:32 |
| 3 | | include in your survey? | 12:14:50 |
| 4 | A. | Well, in selecting controls, I'm looking to | 12:14:51 |
| 5 | | control for non-trademark attributes that -- | 12:14:58 |
| 6 | | that may, for some reason, result in -- in | 12:15:09 |
| 7 | | confusion between marks.  So in this case, | 12:15:17 |
| 8 | | that would be the similarity of the service | 12:15:21 |
| 9 | | that -- the category of the service here, the | 12:15:28 |
| 10 | | fact that it's a website, it's a software | 12:15:32 |
| 11 | | service, it's a cloud service.  Things along | 12:15:36 |
| 12 | | those lines is what I'm looking for to -- to | 12:15:44 |
| 13 | | control for.  And Ekata, among others, met | 12:15:48 |
| 14 | | those -- those control requirements that I | 12:15:54 |
| 15 | | was looking for. | 12:15:57 |
| 16 | Q. | And your goal is to actually come up with a | 12:15:59 |
| 17 | | control that is as close as possible, right, | 12:16:03 |
| 18 | | without being subject to an infringing claim? | 12:16:05 |
| 19 | | Is that a fair description of your goal when | 12:16:09 |
| 20 | | looking for a control to include in a survey? | 12:16:14 |
| 21 | A. | Yes. | 12:16:17 |
| 22 | Q. | Does Ekata look, sound, or otherwise include | 12:16:17 |
| 23 | | other similarities to ArkOwl? | 12:16:28 |
| 24 | A. | Does the name -- it's Ekata -- I -- it's | 12:16:31 |
| 25 | | E-K-A-T-A.  I'm -- again, it's small again. | 12:16:45 |

| | | |
|---|---|---|
| 1 | And I know it's my control, but I'm just | 12:16:48 |
| 2 | trying to remember. Ekata. Okay, right. I | 12:16:54 |
| 3 | thought I heard an N in there. | 12:16:56 |
| 4 | So does the name Ekata look or sound | 12:17:00 |
| 5 | like ArkOwl. I -- the answer for that for me | 12:17:08 |
| 6 | is, generally, no. It's a short name, but | 12:17:16 |
| 7 | I -- I wouldn't want it to -- to look or | 12:17:20 |
| 8 | sound like ArkOwl, that's the issue in this | 12:17:27 |
| 9 | case. | 12:17:30 |
| 10 | Q. Isn't the goal of choosing a control to find | 12:17:30 |
| 11 | one that comes as close as possible to the | 12:17:33 |
| 12 | test stimulus without itself being subject to | 12:17:36 |
| 13 | a claim that it is infringing or misleading? | 12:17:39 |
| 14 | A. It is. | 12:17:42 |
| 15 | Q. Did you, when selecting the companies that | 12:17:43 |
| 16 | you used as controls, look for the companies | 12:17:47 |
| 17 | that come as close as possible to the test | 12:17:50 |
| 18 | stimulus without itself or themselves being | 12:17:53 |
| 19 | subject to a claim that they are infringing | 12:17:57 |
| 20 | or misleading? | 12:17:59 |
| 21 | A. Yes. | 12:18:00 |
| 22 | MS. MERRILL: So let's -- let's | 12:18:06 |
| 23 | scroll up a little bit. | 12:18:07 |
| 24 | DOCUMENT TECHNICIAN: (Complies.) | 12:18:08 |
| 25 | BY MS. MERRILL: | 12:18:09 |

| | | |
|---|---|---|
| 1 | Obviously, I'm sure there are other | 12:26:41 |
| 2 | companies, perhaps on this list or elsewhere, | 12:26:48 |
| 3 | that would be suitable controls in this case. | 12:26:52 |
| 4 | What I'm really controlling for is | 12:26:57 |
| 5 | companies in this space.  My -- my primary | 12:27:05 |
| 6 | concern here is do consumers believe that any | 12:27:10 |
| 7 | old cybersecurity company is related to any | 12:27:17 |
| 8 | other cybersecurity company.  And many do. | 12:27:20 |
| 9 | And that's a reasonable belief. | 12:27:24 |
| 10 | So I'm looking for companies that | 12:27:28 |
| 11 | have this web presence, that are offering | 12:27:33 |
| 12 | this type of service, they're controlling for | 12:27:35 |
| 13 | a lot, all of these issues related to the | 12:27:41 |
| 14 | space that these companies compete in, and | 12:27:45 |
| 15 | the three controls that I use -- used | 12:27:50 |
| 16 | certainly fit that bill. | 12:27:53 |
| 17 | Q.  Is it your opinion that consumers and | 12:27:57 |
| 18 | potential consumers of DarkOwl's services | 12:27:59 |
| 19 | believe that any cybersecurity company could | 12:28:02 |
| 20 | be related to any other cybersecurity | 12:28:04 |
| 21 | company? | 12:28:06 |
| 22 | A.  That's -- there is the potential for that, | 12:28:12 |
| 23 | certainly, and that's why that is accounted | 12:28:16 |
| 24 | for in -- in my survey, in any -- and I think | 12:28:21 |
| 25 | a survey that would be done on confusion, and | 12:28:27 |

| | | |
|---|---|---|
| 1 | A. Yes, certainly. | 12:36:08 |
| 2 | Q. And so is it your testimony today that | 12:36:10 |
| 3 | Gemini Advisory's website is more similar to | 12:36:13 |
| 4 | the ArkOwl website than the ARIKI website? | 12:36:16 |
| 5 | A. I don't know. | 12:36:25 |
| 6 | Q. Is it your testimony today that the | 12:36:26 |
| 7 | Gemini Advisory website is more similar to | 12:36:30 |
| 8 | the ArkOwl website than the ClearSale | 12:36:33 |
| 9 | website? | 12:36:37 |
| 10 | A. I don't know. | 12:36:38 |
| 11 | Q. But we do agree that it was -- it was | 12:36:42 |
| 12 | important to any survey to use a control that | 12:36:47 |
| 13 | is as close as possible to the test stimulus | 12:36:51 |
| 14 | without itself being subject to a claim that | 12:36:54 |
| 15 | is infringing or misleading, correct? | 12:36:56 |
| 16 | A. We do. | 12:36:58 |
| 17 | Q. Did you consider whether to modify either the | 12:36:59 |
| 18 | DarkOwl website or one of the control | 12:37:06 |
| 19 | websites to make them as close as possible to | 12:37:11 |
| 20 | the test stimulus without being itself | 12:37:14 |
| 21 | subject to a claim that is infringing or | 12:37:18 |
| 22 | misleading? | 12:37:21 |
| 23 | A. No, I saw no reason to do that. | 12:37:22 |
| 24 | Q. Because it's your opinion that they're | 12:37:29 |
| 25 | already so similar to the test stimulus? | 12:37:32 |

| | | |
|---|---|---|
| 1 | A. It's my opinion that they're appropriate | 12:37:37 |
| 2 | controls. | 12:37:41 |
| 3 | Q. Have you ever modified a test stimulus to | 12:37:42 |
| 4 | make it more similar to the -- excuse me. | 12:37:45 |
| 5 | Have you ever modified a control to | 12:37:49 |
| 6 | make it more similar to the test stimulus? | 12:37:51 |
| 7 | A. Yes. | 12:37:54 |
| 8 | Q. But you chose not to do that here? | 12:37:55 |
| 9 | A. Correct. | 12:37:58 |
| 10 | Q. Finally, I believe there's an entity on this | 12:37:59 |
| 11 | page called Cardinal. Cardinal invokes the | 12:38:07 |
| 12 | image of a bird, correct? | 12:38:10 |
| 13 | A. I'm sure there's varied interpretation of | 12:38:16 |
| 14 | Cardinal. | 12:38:23 |
| 15 | Q. Is it possible that a Cardinal could invoke a | 12:38:23 |
| 16 | bird -- | 12:38:28 |
| 17 | A. Yes. | 12:38:28 |
| 18 | Q. -- image? | 12:38:29 |
| 19 | A. Yes. | 12:38:30 |
| 20 | Q. And did you include Cardinal as a control for | 12:38:30 |
| 21 | your survey? | 12:38:33 |
| 22 | A. No. | 12:38:34 |
| 23 | Q. Did you investigate Cardinal as a potential | 12:38:35 |
| 24 | control for your survey? | 12:38:39 |
| 25 | A. I don't recall. | 12:38:40 |

| | | |
|---|---|---|
| 1 | single panel of respondents that are -- that | 14:02:17 |
| 2 | are available? | 14:02:20 |
| 3 | A. Yes. They have a number of products, I | 14:02:24 |
| 4 | believe. | 14:02:28 |
| 5 | Q. What do you mean Dynata has a number of | 14:02:30 |
| 6 | products? | 14:02:32 |
| 7 | A. They have, you know, a general consumer | 14:02:32 |
| 8 | panel, I believe they have some specialty | 14:02:37 |
| 9 | panels. | 14:02:40 |
| 10 | Q. And which panel did you use? | 14:02:41 |
| 11 | A. The general consumer panel. | 14:02:43 |
| 12 | Q. Is this the same consumer panel, going back | 14:02:45 |
| 13 | to your red bean paste example, that you | 14:02:51 |
| 14 | would use for a survey on red bean paste? | 14:02:56 |
| 15 | A. I don't think so in that particular case. | 14:02:59 |
| 16 | Those were people that shop at Chinese | 14:03:07 |
| 17 | grocery stores, essentially. So I think we | 14:03:16 |
| 18 | used a specialty panel in that case. | 14:03:18 |
| 19 | Q. What about for the bread example you gave, | 14:03:21 |
| 20 | would you use the general consumer panel for | 14:03:25 |
| 21 | a survey directed to bread products? | 14:03:27 |
| 22 | A. Yes. | 14:03:30 |
| 23 | Q. Are the specialty panels compensated | 14:03:31 |
| 24 | differently or rewarded differently? | 14:03:40 |
| 25 | A. I think usually, yes, that they -- that | 14:03:45 |

| | | |
|---|---|---|
| 1 | there's targeted recruiting where a vendor | 14:03:59 |
| 2 | like Dynata sees a need that -- that they'll | 14:04:02 |
| 3 | use and compensate differently if they're | 14:04:08 |
| 4 | targeting a specialized population, whatever | 14:04:17 |
| 5 | that might be. | 14:04:21 |
| 6 | Q. Turning to CatalystMR, does Catalyst -- | 14:04:21 |
| 7 | CatalystMR set up their panels similarly with | 14:04:30 |
| 8 | a general consumer panel and then separate | 14:04:32 |
| 9 | specialty panels? | 14:04:36 |
| 10 | A. I'm not actually sure with -- with Catalyst. | 14:04:43 |
| 11 | I, frankly, don't use them as often, so I'd | 14:04:50 |
| 12 | have to check. | 14:04:53 |
| 13 | Q. Which panel did you use from CatalystMR? | 14:04:54 |
| 14 | A. Their general consumer panel. | 14:04:58 |
| 15 | Q. Are you aware of whether Dynata or CatalystMR | 14:05:04 |
| 16 | has a consumer panel that specializes in high | 14:05:13 |
| 17 | technology products or services? | 14:05:17 |
| 18 | A. I'm not aware. | 14:05:21 |
| 19 | Q. Did you investigate? | 14:05:22 |
| 20 | A. I don't recall. | 14:05:26 |
| 21 | Q. Did you investigate whether either Dynata or | 14:05:31 |
| 22 | CatalystMR has a specialty panel directed to | 14:05:38 |
| 23 | SAAS -- | 14:05:40 |
| 24 | A. I don't -- | |
| 25 | Q. -- products? | 14:05:44 |

| | | |
|---|---|---|
| 1 | incidence population to me, so I would have | 14:11:39 |
| 2 | to imagine that their pricing reflected that. | 14:11:43 |
| 3 | Q. Are you able to provide Dynata or CatalystMR | 14:11:47 |
| 4 | with any consumer characteristics you want to | 14:11:59 |
| 5 | make sure are in the population? | 14:12:02 |
| 6 | A. Yes. | 14:12:05 |
| 7 | Q. Did you provide Dynata or CatalystMR with any | 14:12:07 |
| 8 | consumer characteristics that you wanted to | 14:12:12 |
| 9 | have included in the population? | 14:12:14 |
| 10 | A. No. | 14:12:15 |
| 11 | Q. Do you believe that 15 percent of consumers | 14:12:16 |
| 12 | are customers or potential customers of | 14:12:23 |
| 13 | DarkOwl? | 14:12:25 |
| 14 | A. Yes, I believe the data reflects that among | 14:12:35 |
| 15 | those solicited for this survey, that there's | 14:12:37 |
| 16 | a 15 percent qualification rate, and that | 14:12:43 |
| 17 | that would be reflective of potential | 14:12:52 |
| 18 | customers for these products. | 14:12:54 |
| 19 | Q. For these products, are you referring to | 14:12:55 |
| 20 | DarkOwl's services? | 14:12:57 |
| 21 | A. Yes, and ArkOwl. | 14:12:58 |
| 22 | Q. Are ArkOwl's customers or potential customers | 14:13:03 |
| 23 | the appropriate respondent base? | 14:13:08 |
| 24 | A. Technically, the appropriate respondent base | 14:13:11 |
| 25 | are customers and potential customers of | 14:13:19 |

| | | |
|---|---|---|
| 1 | Q. What investigation did you conduct into the | 14:46:37 |
| 2 | job titles of potential customers for DarkOwl | 14:46:48 |
| 3 | services? | 14:46:53 |
| 4 | A. Well, I reviewed them for appropriateness for | 14:46:54 |
| 5 | participation. | 14:47:02 |
| 6 | Q. I apologize, I think my question was unclear. | 14:47:05 |
| 7 | MS. MERRILL: Can we take down | 14:47:08 |
| 8 | Exhibit 2, please. | 14:47:10 |
| 9 | DOCUMENT TECHNICIAN: (Complies.) | 14:47:11 |
| 10 | BY MS. MERRILL: | 14:47:11 |
| 11 | Q. So taking a step back, what investigation did | 14:47:12 |
| 12 | you conduct to understand the job titles for | 14:47:14 |
| 13 | potential customers for DarkOwl's services? | 14:47:17 |
| 14 | A. Oh. Well, I reviewed a number of job titles | 14:47:22 |
| 15 | for ArkOwl, for customers and potential | 14:47:37 |
| 16 | customers for ArkOwl, and that informed me to | 14:47:43 |
| 17 | some degree as to the job titles for DarkOwl. | 14:47:51 |
| 18 | In addition, many of the job titles of the | 14:48:01 |
| 19 | respondents in my survey referenced things | 14:48:04 |
| 20 | like, you know, cybersecurity and so on, | 14:48:09 |
| 21 | things that using similar terminology that | 14:48:12 |
| 22 | DarkOwl uses in describing its services. | 14:48:17 |
| 23 | Q. So you don't have any information about | 14:48:23 |
| 24 | DarkOwl's current customers, do you? | 14:48:28 |
| 25 | A. I do not. | 14:48:32 |

| | | |
|---|---|---|
| 1 | Q. And you don't have any information about | 14:48:33 |
| 2 | the -- the job titles of potential customers | 14:48:37 |
| 3 | that DarkOwl is specifically targeting, do | 14:48:43 |
| 4 | you? | 14:48:48 |
| 5 | A. No. | 14:48:48 |
| 6 | Q. Did you attempt to research the job titles | 14:48:49 |
| 7 | for DarkOwl's customers specifically? | 14:48:56 |
| 8 | A. No. | 14:49:05 |
| 9 | Q. And approximately how many of the survey | 14:49:06 |
| 10 | recipients identified themselves through | 14:49:14 |
| 11 | their job title as being involved in | 14:49:16 |
| 12 | cybersecurity services? | 14:49:21 |
| 13 | A. Sorry, I didn't want to interrupt you. If I | 14:49:23 |
| 14 | could modify my last answer, just thinking | 14:49:25 |
| 15 | about it here while you were asking that | 14:49:27 |
| 16 | other question. | 14:49:29 |
| 17 | I think it's fair to say that -- I | 14:49:31 |
| 18 | mean, you asked about did I research. So, | 14:49:35 |
| 19 | obviously, I've done this research, which has | 14:49:37 |
| 20 | been very informative about job titles for | 14:49:43 |
| 21 | DarkOwl. | 14:49:48 |
| 22 | Q. What do you mean when you say you've done | 14:49:51 |
| 23 | "this research"? | 14:49:53 |
| 24 | A. The research that I produced in this case | 14:49:54 |
| 25 | where I asked people for their job titles, | 14:50:00 |

| | | |
|---|---|---|
| 1 | draft survey. | 14:57:17 |
| 2 | Q. And did he agree that individuals who use | 14:57:17 |
| 3 | information technology (IT) services, but | 14:57:22 |
| 4 | don't also select data services, are not | 14:57:25 |
| 5 | potential DarkOwl customers? | 14:57:28 |
| 6 | A. Well, I don't want to speak for him, but he | 14:57:33 |
| 7 | did approve this survey. | 14:57:35 |
| 8 | Q. Did you talk through which of, in particular, | 14:57:39 |
| 9 | these six services are relevant to -- would | 14:57:42 |
| 10 | identify potential DarkOwl customers? | 14:57:46 |
| 11 | A. I don't recall. | 14:57:52 |
| 12 | Q. Do you recall speaking with anyone else about | 14:57:52 |
| 13 | which of these six services are relevant -- | 14:57:54 |
| 14 | would identify a potential DarkOwl customer? | 14:57:57 |
| 15 | A. I don't. | 14:58:03 |
| 16 | MS. MERRILL: Would you jump ahead | 14:58:08 |
| 17 | to page underscore 64, please. | 14:58:11 |
| 18 | DOCUMENT TECHNICIAN: (Complies.) | 14:58:13 |
| 19 | BY MS. MERRILL: | 14:58:25 |
| 20 | Q. First -- | 14:58:25 |
| 21 | MR. FRAISER: It's going to be | 14:58:31 |
| 22 | page 93 of the PDF. | 14:58:33 |
| 23 | MS. MERRILL: Thank you. | 14:58:37 |
| 24 | BY MS. MERRILL: | 14:58:38 |
| 25 | Q. Looking at the top of the page for | 14:58:39 |

| | | |
|---|---|---|
| 1 | the DarkOwl services; is that correct? | 15:03:33 |
| 2 | A.  I think that's possible, yes. | 15:03:38 |
| 3 | Q.  Did you confirm that belief with Mr. Daline? | 15:03:40 |
| 4 | A.  Not that I recall. | 15:03:47 |
| 5 | MS. MERRILL:  Turning -- if you | 15:03:55 |
| 6 | could go ahead and jump up to page 21 of the | 15:03:58 |
| 7 | document.  I'd appreciate if you could flip | 15:04:11 |
| 8 | to paragraph 80? | 15:04:16 |
| 9 | DOCUMENT TECHNICIAN:  (Complies.) | 15:04:27 |
| 10 | MS. MERRILL:  Thank you. | 15:04:28 |
| 11 | BY MS. MERRILL: | 15:04:29 |
| 12 | Q.  So in paragraph 80 you refer to likely | 15:04:29 |
| 13 | purchasers of ice cream pint products.  I | 15:04:31 |
| 14 | wanted to confirm if this was an inadvertent | 15:04:34 |
| 15 | error from a previous report? | 15:04:39 |
| 16 | A.  Yes.  It's amazing, you know, I read this for | 15:04:40 |
| 17 | this deposition and I didn't even see that. | 15:04:42 |
| 18 | That's incredible. | 15:04:44 |
| 19 | Q.  The problem is that now I want ice cream, so | 15:04:45 |
| 20 | thank you, Mr. Keegan. | 15:04:47 |
| 21 | But the one thing I wanted to confirm | 15:04:49 |
| 22 | is paragraph 80 carries over to the next | 15:04:51 |
| 23 | page.  Is Table 1 reflecting the data you | 15:04:54 |
| 24 | acquired for this survey, not the ice cream | 15:04:57 |
| 25 | pint product survey? | 15:05:03 |

1          So this appears to be some type of                15:10:47

2     military or government specialized service              15:10:50

3     using something referred to as diode                    15:10:57

4     technology, not a term I'm familiar with or             15:11:02

5     that I've seen in my entirety of my review of           15:11:05

6     this case.  So I think we're a little far               15:11:08

7     afield here.                                            15:11:11

8  Q.  You -- I believe you testified earlier that           15:11:12

9     you reviewed the expert report of Samuel                15:11:14

10    Small, Ph.D.; is that correct?                          15:11:18

11 A.  I read it, yes.                                        15:11:20

12 Q.  And do you understand that DarkOwl's services         15:11:24

13    are directed towards intelligence agencies?             15:11:26

14 A.  I don't have that understanding.                       15:11:34

15 Q.  Do you understand that DarkOwl potential              15:11:35

16    customers include intelligence agencies?                15:11:36

17 A.  I understand DarkOwl has a -- a very wide              15:11:41

18    scope for their services that wouldn't                  15:11:49

19    surprise me if it include -- included                   15:11:54

20    intelligence agencies, along with virtually             15:11:57

21    anyone else.                                            15:12:03

22 Q.  Do you understand that DarkOwl potential              15:12:04

23    customers include law enforcement agencies?             15:12:05

24 A.  Again, I think they have a wide scope of              15:12:07

25    industries, and I don't have that particular           15:12:21

| | | |
|---|---|---|
| 1 | understanding.  I've seen nothing to say that | 15:12:24 |
| 2 | they target, for example, law enforcement | 15:12:27 |
| 3 | agencies or they have a specialty in law | 15:12:29 |
| 4 | enforcement agencies, but I'm sure they | 15:12:31 |
| 5 | wouldn't say no. | 15:12:34 |
| 6 | Q.  Do you recall Dr. Small discussing DarkOwl's | 15:12:35 |
| 7 | services being directed to law enforcement | 15:12:39 |
| 8 | agencies? | 15:12:42 |
| 9 | A.  I do not. | 15:12:45 |
| 10 | Q.  Do you recall Dr. Small testifying -- or | 15:12:46 |
| 11 | opining, I should say, that DarkOwl's | 15:12:48 |
| 12 | services are also directed to governmental | 15:12:52 |
| 13 | agencies? | 15:12:54 |
| 14 | A.  I don't recall that. | 15:12:59 |
| 15 | Q.  Do you have any reason to disagree that | 15:13:00 |
| 16 | DarkOwl's services are directed to | 15:13:01 |
| 17 | governmental agencies? | 15:13:06 |
| 18 | A.  Well, I've reviewed DarkOwl's site, | 15:13:13 |
| 19 | obviously.  I don't recall seeing anything | 15:13:17 |
| 20 | that showed a particular focus of government | 15:13:20 |
| 21 | agencies.  So, again, I think it's -- you | 15:13:25 |
| 22 | know, a government agency, you called them up | 15:13:28 |
| 23 | and wanted to use their services, they're not | 15:13:31 |
| 24 | going to hang up the phone. | 15:13:36 |
| 25 | But I didn't recognize that as a | 15:13:37 |

| | | |
|---|---|---|
| 1 | particular focus in terms of an industry of | 15:13:41 |
| 2 | their software. | 15:13:43 |
| 3 | Q. Do you recall DarkOwl discussing national | 15:13:44 |
| 4 | security as one of the use cases for its | 15:13:46 |
| 5 | services? | 15:13:48 |
| 6 | A. I don't. | 15:13:49 |
| 7 | Q. Do you recall the DarkOwl website discussing | 15:13:50 |
| 8 | law enforcement as one of the use cases for | 15:13:54 |
| 9 | its services? | 15:13:56 |
| 10 | A. I don't. | 15:13:57 |
| 11 | Q. So assuming, for purposes of our | 15:13:58 |
| 12 | conversation, that there are governmental | 15:14:05 |
| 13 | agency use cases for DarkOwl's services, | 15:14:08 |
| 14 | would Owl Cyber Defense be a suitable control | 15:14:15 |
| 15 | for the survey you conducted? | 15:14:19 |
| 16 | A. I don't believe so.  Based on this one PDF | 15:14:21 |
| 17 | that I've reviewed here, this appears to be a | 15:14:27 |
| 18 | highly specialized company targeting a sector | 15:14:31 |
| 19 | of the government with diode technology and | 15:14:38 |
| 20 | things I haven't heard of in my exposure in | 15:14:45 |
| 21 | this case.  So this, to me, would not make it | 15:14:49 |
| 22 | to the final cut.  In terms of considering | 15:14:57 |
| 23 | controls, I don't even think it would make it | 15:15:02 |
| 24 | in an earlier cut. | 15:15:07 |
| 25 | Q. Do you disagree that DarkOwl is a highly | 15:15:08 |