# EXHIBIT C



**URL**

https://www.darkowl.com/use-cases/national-security-and-law-enforcement/

**Timestamp**

Fri Mar 18 2022 15:10:50 GMT-0700 (Pacific Daylight Time)

DARKOWL_004370



## National Security and Law Enforcement
## Darknet Intelligence Informs Law Enforcement Investigations

Due to the layer of anonymity it provides, the darknet is often a hub for illegal activity. However, investigating crime on the darknet and deep web poses technical challenges to law enforcement, including the fact that darknet sites are continually coming on and offline with pages vanishing from one minute to the next. The technology DarkOwl leverages to scrape and index hidden digital undergrounds are key to the mission of obtaining proactive situational awareness for protection of the nation's security initiatives.

## How Darknet Intelligence Informs Law Enforcement Investigations

Using our darknet search engine, investigators are able to collect intelligence without having to access the darknet directly, offering a layer of protection and improved case-building efficiency. Search and compile evidence about persons or subjects of interest, including usernames, aliases, chatroom activity and other potentially incriminating information, and use that data to compile evidence and solve complex crimes.

### Criminal Activity and Cybercrimes
Track illicit sales of drugs, human trafficking, and cyberweapons

### International and Domestic Terrorism
Detect potential threats and monitor persons of interest (POIs)

### National Security
Stay one step ahead of foreign Nation-State adversarial activity and attacks

**DID YOU KNOW?**
DarkOwl can assist in due diligence on evaluating historical cyber incidents, as documents indexed from the darknet and archived in DarkOwl's database meet legal admissibility requirements.

**URL**
https://www.darkowl.com/use-cases/national-security-and-law-enforcement/

**Timestamp**
Fri Mar 18 2022 15:10:50 GMT-0700 (Pacific Daylight Time)

DARKOWL_004371



    

DID YOU KNOW?

on evaluating historical cyber incidents, as documents indexed from the darknet and archived in DarkOwl's database meet legal admissibility requirements.

## Explore the Products

Vision App › Search API › Entity API › Score API › Datafeeds ›

## See why DarkOwl is Trusted by Law Enforcement Officials

GET A DEMO

**Products**

- OVERVIEW
- VISION APP
- SEARCH API
- ENTITY API
- SCORE API
- DATAFEEDS
- VISION RESOURCES
- API RESOURCES

**Use Cases**

- OVERVIEW
- CYBER INSURANCE UNDERWRITING
- THREAT INTELLIGENCE
- DIGITAL IDENTITY PROTECTION
- THIRD PARTY RISK
- FRAUD PROTECTION
- CRITICAL INFRASTRUCTURE
- NATIONAL SECURITY

**Company**

- ABOUT
- LEADERSHIP
- PRESS RELEASES
- CAREERS
- MAP THE DARK

Copyright © 2022 DarkOwl, LLC All rights reserved.

Privacy Policy

DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.

**URL**

https://www.darkowl.com/use-cases/national-security-and-law-enforcement/

**Timestamp**

Fri Mar 18 2022 15:10:50 GMT-0700 (Pacific Daylight Time)





Contact Us ×

Home Products Resources Company
In the News Demo Request Use Cases

LOGIN

← Back to All Events

## ISS World Asia

Tuesday, January 25, 2022, 9:00 AM – Thursday, January 27, 2022, 10:00 AM

Kuala Lumpur, MY (map)

Google Calendar · ICS

DarkOwl is pleased to share we will be exhibiting at ISS World Asia, the world's largest gathering of Regional Law Enforcement, Intelligence and Homeland Security Analysts, Telecoms as well as Financial Crime Investigators responsible for Cyber Crime Investigation, Electronic Surveillance and Intelligence Gathering. If eligible to register please visit their website.

December 7

‹ ISS World Europe

(303) 376-6265
info[at]darkowl.com

Linkedin
Twitter

DARKOWL

DENVER, CO SAN FRANCISCO, CA WASHINGTON, DC DUBAI, UAE

*Copyright © 2021 DarkOwl, LLC All rights reserved. DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.*

**URL**

https://www.darkowl.com/events/iss-world-asia

**Timestamp**

Fri Oct 29 2021 10:14:36 GMT-0700 (Pacific Daylight Time)





Contact Us ×

Home Products Resources Company
In the News Demo Request Use Cases

LOGIN

← Back to All Events

## ISS World Europe

Tuesday, December 7, 2021, 1:00 PM – Thursday, December 9, 2021, 2:00 PM

Prague, CZ (map)

Google Calendar · ICS

DarkOwl will have a booth at, ISS World Europe is the world's largest gathering of Regional Law Enforcement, Intelligence and Homeland Security Analysts, Telecoms as well as Financial Crime Investigators responsible for Cyber Crime Investigation, Electronic Surveillance and Intelligence Gathering. If eligible to register, please visit their website.

December 5
‹ DODIIS

January 25
ISS World Asia ›

(303) 376-6265
info[at]darkowl.com

Linkedin
Twitter

DARKOWL

DENVER, CO SAN FRANCISCO, CA WASHINGTON, DC DUBAI, UAE

*Copyright © 2021 DarkOwl, LLC All rights reserved. DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.*

**URL**

https://www.darkowl.com/events/iss-world-europe

**Timestamp**

Fri Oct 29 2021 10:14:24 GMT-0700 (Pacific Daylight Time)











Contact Us ×

Home Products Resources Company
In the News Demo Request Use Cases

LOGIN

# Come visit the DarkOwl team at the following upcoming events!

DEC 5 TO DEC 8

## DODIIS

The Phoenix Convention Center (map)
Google Calendar · ICS

DarkOwl is happy to share we will be partnering with Carahsoft at DODIIS. The DoDIIS Worldwide Conference is an immersive event designed to bring together a global consortium of IT professionals with shared interests, including the future of IT, information sharing, data and global security. Please visit their website in order to register for the event.

DEC 7 TO DEC 9

## ISS World Europe

Prague, CZ (map)
Google Calendar · ICS

DarkOwl will have a booth at, ISS World Europe is the world's largest gathering of Regional Law Enforcement, Intelligence and Homeland Security Analysts, Telecoms as well as Financial Crime Investigators responsible for Cyber Crime Investigation, Electronic Surveillance and Intelligence Gathering. If eligible to register, please visit their website.

JAN 25 TO JAN 27

## ISS World Asia

Kuala Lumpur, MY (map)
Google Calendar · ICS

DarkOwl is pleased to share we will be exhibiting at ISS World Asia, the world's largest gathering of Regional Law Enforcement, Intelligence and Homeland Security Analysts, Telecoms as well as Financial Crime Investigators responsible for Cyber Crime Investigation, Electronic Surveillance and Intelligence Gathering. If eligible to register please visit their website.

~~OCT 19~~

## Milipol Paris

Paris-Nord Villepinte Exhibition Centre (map)

**URL**

https://www.darkowl.com/events

**Timestamp**

Fri Oct 29 2021 10:11:03 GMT-0700 (Pacific Daylight Time)



Google Calendar · ICS

DarkOwl is pleased to share we will be exhibiting at ISS World Asia, the world's largest gathering of Regional Law Enforcement, Intelligence and Homeland Security Analysts, Telecoms as well as Financial Crime Investigators responsible for Cyber Crime Investigation, Electronic Surveillance and Intelligence Gathering.  If eligible to register please visit their website.

 Milipol Paris

Paris-Nord Villepinte Exhibition Centre (map)
Google Calendar · ICS

DarkOwl will be an exhibitor at Milipol Paris, you can visit us at **Booth 5 E 010**.  For many decades Milipol Paris has enjoyed a worldwide status as the leading event dedicated to the security profession. It provides the perfect forum for presenting the latest technological innovations in the area, effectively meeting the needs of the sector as a whole and also addressing current threats and dangers.  Security professionals should visit the Milipol Paris website to register.


View Event →

 OSMOSIScon

Bahia Resort Hotel (map)
Google Calendar · ICS

DarkOwl is excited to share we will be exhibiting at OSMOSIScon—the Open Source Skills-building Conference, The conference brings hundreds of cyber intelligence analysts together to learn, share, and network. Sessions dive into all open source techniques and skills related to exposing fraud, identifying geolocations, and cracking impenetrable leads.  Please visit their website to register.


View Event →

 InfoSec World

Disney's Contemporary Resort (map)
Google Calendar · ICS

DarkOwl will be an exhibitor with a booth at InfoSec World.  To manage today's threats, security practitioners must have the skills to be both a business partner and enabler, and have the technical expertise to prevent, detect and respond to security challenges. InfoSec World welcomes a community of information security professionals from every market and field of study, hailing from more than 100 nations around the world.  In order to register for the event, please visit their website.


View Event →

 GSX - Global Security Exchange

Orange County Convention Center (West Building) (map)
Google Calendar · ICS

**URL**
https://www.darkowl.com/events

**Timestamp**
Fri Oct 29 2021 10:11:03 GMT-0700 (Pacific Daylight Time)








View Event →

SEP 27 SEP 29

## GSX - Global Security Exchange

Orange County Convention Center (West Building) (map)
Google Calendar · ICS

DarkOwl is excited to share we will be exhibiting at GSX, you will be able to visit us at **Booth #860**. GSX is where you'll share challenges, collaborate on solutions, and hear directly from experts addressing the biggest challenges in security, including return-to-workplace, global leadership, workplace violence, cybersecurity, business continuity, crisis management, and more. With options to engage in person in Orlando or access education sessions, live Q&As, and network from anywhere in the world, GSX will deliver the insight and expertise you need to attack threats and defend your most valuable assets. To register please visit the GSX website.

View Event →

SEP 8 SEP 10

## WiCys Conference 2021

Gaylord Rockies Resort and Convention Center (map)
Google Calendar · ICS

DarkOwl is excited to announce our sponsorship of the WiCys Conference 2021. This year will be the 8th annual WiCys Conference. Not only is this the flagship conference for women in cybersecurity, but regardless of gender, it the largest cybersecurity conference with equal representation of professionals and students. To register, please visit their website.

View Event →

AUG 2 AUG 5

## Black Hat

Mandalay Bay (map)
Google Calendar · ICS

DarkOwl executives will be in Las Vegas, NV during Black Hat USA 2021. Black Hat is an international conference dedicated to highly technical information security topics including the future of information security, new security trends and hands-on training. Please use this link to schedule a meeting with our executive team during Black Hat week.

View Event →

JUN 28 JUN 30

## ISS World Middle East and Africa

Dubai, UAE (map)
Google Calendar · ICS

DarkOwl will have a booth at ISS World Middle East and Africa is the world's largest gathering of Regional Law Enforcement, Intelligence and Homeland Security Analysts, Telecoms as well as Financial Crime Investigators responsible for Cyber Crime Investigation, Electronic Surveillance and Intelligence Gathering. If eligible to register please visit their website.

**URL**

https://www.darkowl.com/events

**Timestamp**

Fri Oct 29 2021 10:11:03 GMT-0700 (Pacific Daylight Time)






DarkOwl will have a booth at ISS World Middle East and Africa is the world's largest gathering of Regional Law Enforcement, Intelligence and Homeland Security Analysts, Telecoms as well as Financial Crime Investigators responsible for Cyber Crime Investigation, Electronic Surveillance and Intelligence Gathering. If eligible to register please visit their website.

View Event →

## GISEC

Dubai World Trade Centre (map)
Google Calendar · ICS

DarkOwl will be exhibiting in-person at GISEC, the Arab world's largest and most impactful cybersecurity exhibition and conference. You will be able to find us in the **Sheikh Saeed Halls 1-3, Stand No. SS1-D25**. To register, please visit their website.

View Event →

## RSA Conference 2021

DarkOwl (map)
Google Calendar · ICS

DarkOwl will be participating in the RSA Digital Marketplace 2021. For almost 30 years, RSA Conference has been a driving force behind the world's cybersecurity agenda. The central point where people from around the world gather to share, learn and grow. And the place that provides a forum for innovation and partnership. It's even more important today to have these points of connection, as cybersecurity has become more relevant across all aspects of our daily lives. To register please visit their website.

**We invite you to join us May 17-20 for live searches of our darknet data and talk with our experts about use cases for darknet intelligence.**

View Event →

## WiCys Job Fair

9:00 AM – 2:35 PM
DarkOwl (map)
Google Calendar · ICS

DarkOwl is excited to share we will be at the WiCys Job Fair on March 25th. Join us in our mission to be the world's leading darknet content and tools provider, empowering clients to continually improve their cybersecurity defenses. Click here to view DarkOwl open positions. For more information on times and registration, please visit the WiCys website.

View Event →

## Middle East Banking Innovation Summit

**URL**

https://www.darkowl.com/events

**Timestamp**

Fri Oct 29 2021 10:11:03 GMT-0700 (Pacific Daylight Time)





### Middle East Banking Innovation Summit

Dubai (map)
Google Calendar · ICS

DarkOwl is pleased to announce our sponsorship of the largest banking technology & innovation event in the Middle East. To request an invitation to attend, please visit their website.





### InfoSecWorld (rescheduled for June 22-24)

Disney's Contemporary Resort, Lake Buena Vista, FL (map)
Google Calendar · ICS

Join us and our peers and experts at InfoSec World 2020 Conference & Expo on March 30 – April 1 to address the disruptive technologies and threats on the horizon, and create a plan for managing the people, processes and tools for how your organizations react and cope with these intrusive circumstances.





### Women in Cybersecurity (cancelled)

Gaylord Rockies Resort, Denver, CO (map)
Google Calendar · ICS

Women in CyberSecurity (WiCyS) is the premier organization with national reach dedicated to bringing together women in cybersecurity from academia, research and industry to share knowledge, experience, networking and mentoring.

**Come visit the DarkOwl table at The Career Fair at WiCyS!**





### RSA Conference 2020

Moscone Center, San Francisco, CA (map)
Google Calendar · ICS

Visit us at booth 3339 to search for yourself on the darknet.

What is the most powerful tool to prevent cyberattacks? It's you. Your ideas, your creativity and your knowledge play a huge role in protecting the digital world. That's why the theme of RSA Conference 2020 is Human Element.

RSA Conference 2020 is here to support you in your mission—by bringing you together with thousands of your peers, by offering hundreds of opportunities to learn from the industry's most respected experts, and by exposing you to the latest, most disruptive thinking and cutting-edge solutions.

**URL**
https://www.darkowl.com/events

**Timestamp**
Fri Oct 29 2021 10:11:03 GMT-0700 (Pacific Daylight Time)









digital world. That's why the theme of RSA Conference 2020 is Human Element.

RSA Conference 2020 is here to support you in your mission—by bringing you together with thousands of your peers, by offering hundreds of opportunities to learn from the industry's most respected experts, and by exposing you to the latest, most disruptive thinking and cutting-edge solutions.

View Event →

## Suits and Spooks

International Spy Museum, Washington, DC (map)
Google Calendar · ICS

**Featured Speaker:** Mark Turnage, DarkOwl President & CEO

**About:** The Suits and Spooks security conference brings together members from the U.S. Intelligence Community with innovators and executives from the private sector for two days of frank discussions, challenging perspectives, and collaborative problem solving in the complex domains of cyber security and information warfare.

Learn more here

View Event →

(303) 376-6265
info[at]darkowl.com

Linkedin
Twitter

DARKOWL

DENVER, CO SAN FRANCISCO, CA WASHINGTON, DC DUBAI, UAE

*Copyright © 2021 DarkOwl, LLC All rights reserved. DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.*

**URL**

https://www.darkowl.com/events

**Timestamp**

Fri Oct 29 2021 10:11:03 GMT-0700 (Pacific Daylight Time)



# All Signs Point to a Law Enforcement Takedown of KickAss Forum

> KICKASS PRIVATE
> Buy Membership INVITE
> we are a high skilled private community
> SHORT TIME DISCOUNT
> Membership Invite fee is once $600 $450 (payable in BTC)
> or a VIP Member vouch for you
> (access to Main / Market Forums)
> WE ARE THE #1 ENG FORUM
> ASK FOR THE WALLET
> (only you have the fee -> don't waste our time)
> ## JABBER CONTACT ##
> add us on jabber and use OTR
> ka_apps@jabber.calyxinstitute.org
> ## MEMBERLOGIN ##
> If you are Member ask for it ( Jabber )
> * KA *

On January 9, the KickAss Forum went offline. On Twitter, user @bitsdigit initially reported that the site was seized by law enforcement, but then said the seizure was not a legitimate notice (remarking that "something is very fishy") and warned others to stay clear. Though the URL in the initial @bitsdigit reporting correlates to an older KickAss hidden service URL, DarkOwl confirmed the two most recent onion v3 KickAss URLs are indeed down, but do not display the Seized Hidden Service Banner.

On January 7, KickAss moderators started the thread, "KICKASS TOR VERSION 3 URLS", announcing deactivation of the old v2 hidden service addresses and new v3 URLs would be circulating "for security reasons" - perhaps due to recent publicity relating to forum member TheDarkOverlord. Shortly after, the login page for KickAss changed to PRIVATE, with instructions for members to message a Jabber address using Off-The-Record (OTR) for continued access.

*Screenshots from DarkOwl Vision from January 2019, listing new KickAss URLs.*

*Screenshot from DarkOwl Vision from January 2019, with Jabber contact.*

**URL**

https://www.darkowl.com/blog-content/all-signs-point-to-a-law-enforcement-takedown-of-kickass-forum

**Timestamp**

Tue Feb 01 2022 10:57:19 GMT-0800 (Pacific Standard Time)



However, according to historical records of the forum in DarkOwl Vision, the ka_apps@jabber.calyxinstitute.org Jabber account from a few days ago does not match Jabber accounts KickAss moderators have ever mentioned. Additionally, an announcement thread from November 2018, captured by DarkOwl Vision, stated that KickAss staff only uses OMEMO for end-to-end encryption, as OTR is not "save" [sic] anymore.

*Screenshot from DarkOwl Vision from November 2018, mentioning that Kickass staff only use OMEMO, not OTR.*

Given the abrupt private state of the forum days before it disappeared and use of OTR instead of OMEMO, it seems likely Law Enforcement has seized the KickAss forum, and the Jabber account with OTR was a phishing attempt to garner information about its active members. In the past, Law Enforcement have taken over hidden services and impersonated its moderators in attempt to get information about the sites' members. Dutch police studied the logs of the real admins of Hansa for weeks and even operated the illegal marketplace, throwing the darknet community into chaos in 2017.

One thing that is consistent on the darknet is that hidden services come and go. On Thursday, members of Torum, another popular Tor-based cybersecurity forum, discuss the disappearance of KickAss and the importance of making the most of what's online while it's online.

*Screenshot of Torum discussion about the KickAss forum disappearance.*

DarkOwl will continue to follow this story and report updates as they are available.

‹ Russians on the Darknet Part II: Marketplaces & Forums

Daniel of the Darknet goes Dark ›

(303) 376-6265
info[at]darkowl.com

Linkedin
Twitter

DARKOWL

DENVER, CO    SAN FRANCISCO, CA    WASHINGTON, DC    DUBAI, UAE

*Copyright © 2021 DarkOwl, LLC All rights reserved. DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.*

**URL**

https://www.darkowl.com/blog-content/all-signs-point-to-a-law-enforcement-takedown-of-kickass-forum

**Timestamp**

Tue Feb 01 2022 10:57:19 GMT-0800 (Pacific Standard Time)

[DEVELOPING] Impacts of Ukraine Invasion Felt Across the Darknet
The DarkOwl team are actively tracking the fallout from Russia's invasion of Ukraine    Read Blog

DARKOWL

# Australia's OSINT Combine taps Darknet Data Giant DarkOwl to bolster its Intelligence Platform

*The OSINT Combine NexusXplore platform will leverage DarkOwl's vast darknet database*

DENVER (October 15, 2020) – OSINT Combine, the leading OSINT training and software provider in Australia and DarkOwl are proud to announce a strategic partnership that will bring OSINT Combine clients the power of DarkOwl's darknet data to its enduring open-source intelligence capability which supports complex operational requirements through training, software solutions and consulting.

OSINT Combine Founder and CEO, Chris Poulter, says, "The partnership with DarkOwl is of strategic significance. Their company mission to support time-sensitive activities as a leading dark web data provider is synergistic with our organization and allows us to grow our solution offerings in the fight against human trafficking, terrorism; and in support of law enforcement, corporate and personnel protection domains. We're excited to integrate the quality of their data into our NexusXplore platform"

OSINT Combine has successfully developed OSINT capabilities within strategic organizations, globally, through delivery of advanced OSINT training and software solutions to government organizations including national intelligence agencies, tri-service military, local and federal law enforcement as well as private sector organizations including Fortune 500 and ASX 200 companies

Mark Turnage, DarkOwl CEO comments, "OSINT Combine's work is outstanding. Their platform and instruction are designed and delivered by experts with years of experience in Special Operations, Military and Law Enforcement. And now, using DarkOwl's massive database of darknet data, they will be able to train their clients on how to leverage the darknet which can often provide pivotal information in investigations."

For additional information, please visit www.darkowl.com, and https://www.osintcombine.com/

### About OSINT Combine

OSINT Combine is an Australian veteran owned and operated business who specialize in open source intelligence (OSINT) training and software. Their Advanced Open Source Intelligence Course is a comprehensive training package aimed at researchers, investigators, law enforcement, government, military and decision support personnel. The training focuses on how to use advanced methods and techniques to collect, analyze and produce high quality open source intelligence and support your mission.

### About DarkOwl

DarkOwl was founded in 2016 with the mission of collecting the broadest dataset of darknet content available in the cyber-defense industry and making that data both accessible and valuable to its clients. By empowering its customers to have eyes on the darknet, DarkOwl enables cybersecurity organizations and governments to fully understand their security posture, detect potential breaches and violations of the law, mitigate them quickly, and investigate even the furthest and most obscure reaches of the internet. www.darkowl.com

**URL**
https://www.darkowl.com/press-releases/5bnvtux2m20kujjyn12lkb2qotqkrr/

**Timestamp**
Fri Mar 18 2022 09:35:22 GMT-0700 (Pacific Daylight Time)

intelligence (OSINT) training and software. Their Advanced Open Source Intelligence Course is a comprehensive training package aimed at researchers, investigators, law enforcement, government, military and decision support personnel. The training focuses on how to use advanced methods and techniques to collect, analyze and produce high quality open source intelligence and support your mission.

About DarkOwl

DarkOwl was founded in 2016 with the mission of collecting the broadest dataset of darknet content available in the cyber-defense industry and making that data both accessible and valuable to its clients. By empowering its customers to have eyes on the darknet, DarkOwl enables cybersecurity organizations and governments to fully understand their security posture, detect potential breaches and violations of the law, mitigate them quickly, and investigate even the furthest and most obscure reaches of the internet. www.darkowl.com

Media Contact

For DarkOwl:

Kim Ketchel

Director of Marketing, DarkOwl

marketing@darkowl.com

| Products | Use Cases | Company |
|---|---|---|
| OVERVIEW | OVERVIEW | ABOUT |
| VISION APP | CYBER INSURANCE UNDERWRITING | LEADERSHIP |
| SEARCH API | THREAT INTELLIGENCE | PRESS RELEASES |
| ENTITY API | DIGITAL IDENTITY PROTECTION | CAREERS |
| SCORE API | THIRD PARTY RISK | MAP THE DARK |
| DATAFEEDS | FRAUD PROTECTION | |
| VISION RESOURCES | CRITICAL INFRASTRUCTURE | |
| API RESOURCES | NATIONAL SECURITY | |

Copyright © 2022 DarkOwl, LLC All rights reserved.

Privacy Policy

DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.

**URL**

https://www.darkowl.com/press-releases/5bnvtux2m20kujjyn12lkb2qotqkrr/

**Timestamp**

Fri Mar 18 2022 09:35:22 GMT-0700 (Pacific Daylight Time)



https://www.darkowl.com/blog Go AUG JAN FEB
4 captures 08
12 Jul 2019 - 08 Jan 2020 2019 2020 2021
About this capture

HOME DARKINT SUITE RESOURCES ABOUT CAREERS CONTACT LOGIN

# Nation-State Actors on the Dark Web

November 21, 2019

## An introductory overview of Nation-State Actors on the dark web

One defining characteristic of the dark web is its association with criminal activity. In general, it is known as a haven for drug and gun dealers, hackers, pornographers, scam artists and other criminals. But, this stereotype may at times be oversimplified. While there are some objectively clear cut parameters of criminality, there also is a grey area comprised of politically motivated operatives who may or may not be committing crimes as commonly defined, but are nevertheless acting to influence and further an agenda of their own making. These groups, including Nation-State Actors – state-sponsored hackers with a cyber warfare mission – are worth examining in their own right.

### Why Nation-States turn to the dark web

The dark web provides an anonymous environment in which anyone can operate. Of importance and relevance to Nation-States, a number of key objectives can be carried out under this cloak of anonymity. Nation-State Cyber Actors will utilize the dark web to conduct intelligence collection and source development, government and corporate espionage, exploit development and testing, disinformation operations for geopolitical influence, infrastructure disruption, and financial gain.

- Intelligence and Espionage — The early beginnings of cyber-based information operations were conducted by the US government's National Security Agency (NSA) and China's People's Liberation Army (PLA). While the NSA used

**URL**

https://web.archive.org/web/20200108182057/https://www.darkowl.com/blog

**Timestamp**

Wed Nov 10 2021 10:29:44 GMT-0800 (Pacific Standard Time)

carried out under this cloak of anonymity. Nation-State Cyber Actors will utilize the dark web to conduct intelligence collection and source development, government and corporate espionage, exploit development and testing, disinformation operations for geopolitical influence, infrastructure disruption, and financial gain.

- Intelligence and Espionage — The early beginnings of cyber-based information operations were conducted by the US government's National Security Agency (NSA) and China's People's Liberation Army (PLA). While the NSA used information operations for covert intelligence collection from foreign adversaries, China is well known for its extensive espionage and intellectual property theft activities with much success. This includes surveillance of its own citizens and their use of the dark web to attempt to circumvent state controls.

- Infrastructure Disruption — Nation-State-funded cyber campaigns against other Nation-States has become wide-spread, principally targeting networks containing sensitive government or corporate information and strategic plans. In late 2015, Russia demonstrated how *kinetic* attacks conducted against critical infrastructure (e.g., telecommunications, utilities, etc.) and information outlets could cripple a Nation-State, with hacks against Ukraine during on-going conflicts over Crimea. Additional cyber-based attempts to infiltrate key US utilities infrastructure has been detected and reported by the US Department of Homeland Security and multiple cybersecurity researchers.

- Activism and Propaganda — Whether it is religious differences in the Middle East or ideological differences in the South China Sea, political activism and propaganda have been an effective weapon of Nation-States for decades. Given society's shift to persistent digital communications, cyber has become a preferred medium for this type of activity. Nation-States, both large and small, have used cyber activity to do everything from promoting their agendas, to propping up proxy states both in the dark web and across social media platforms.

- Exploit Acquisition and Development — Many blackhat exploits are discussed in dark web forums and encrypted chats, as frequently observed on DarkOwl Vision. System vulnerabilities are detailed and shared for all types of critical operating systems and unix distributions. The dark web provides a valuable resource for researching and testing source code anonymously.

- Profitability — Countries facing extreme US and UN economic sanctions are turning to the dark web for financial gain. In recent years, North Korea has been successful in launching nation-wide banking system hacks across east Asia.

### What Nation-State Actors are significant in the dark web

Over the past several years, DarkOwl researchers have noted that Nation-States are increasingly using the dark web as an information-based battlefield for a variety of key intelligence and cyber military campaigns. In the era of digital information operations, the United States, Russia and China are the primary Nation-State actors discussed in mass media and open source reporting. While it is true the United States, Russia and China still clearly lead in cyber-focused financial resources and manpower, there has been a significant rise of less well known Nation-States due to the release of advanced exploits leaked in recent years and available reverse engineering.

### Analysis: Estimating the most powerful Nation-State Actors on the dark web (by country)

**URL**
https://web.archive.org/web/20200108182057/https://www.darkowl.com/blog

**Timestamp**
Wed Nov 10 2021 10:30:15 GMT-0800 (Pacific Standard Time)





https://www.darkowl.com/blog?month=07-2017 Go AUG JAN FEB
2 captures 08
22 Aug 2019 - 8 Jan 2020 2019 2020 2021
About this capture

Next week will be a week full of fun, learning, networking, demoing and more ! We hope to see you at Black Hat USA 2017 or DEFCON 25. Until then, if you have any questions, please reach out!

LEARN MORE

# Dream Market: Another law enforcement takeover?

July 20, 2017

our team is currently seeing is chatter around the fact that Dream Market may also be compromised.

Read More →

# Rotten Apple on the darknet

July 13, 2017

Having just passed the 10 year anniversary of the release of the first iPhone, we decided to take a look at just how many iPhones you can find on the darknet.

Read More →

DARKOWL, 216 16TH STREET, SUITE 700, DENVER, CO 80202, USA 303-376-6265 INFO@DARKOWL.COM

216 16th Street, Suite 700, Denver, CO 80202 • 303.376.6265 • info[at]darkowl.com

**URL**

https://web.archive.org/web/20200108182054/https://www.darkowl.com/blog?month=07-2017

**Timestamp**

Tue Nov 16 2021 10:51:08 GMT-0800 (Pacific Standard Time)