# EXHIBIT E



**URL**

https://www.darkowl.com/

**Timestamp**

Fri Mar 18 2022 15:07:57 GMT-0700 (Pacific Daylight Time)

DARKOWL_004049



FinClusive ONTIC BABELSTREET RISKIQ COWBELL CYBER

# The Most Comprehensive Darknet Data Commercially Available

We are the industry's leading provider of darknet data, offering the largest commercially available database of darknet content in the world.

UNIQUE EMAIL ADDRESSES
8,172,693,311

EXPLORE OUR DARKNET DATA

## Quantify Risk Precisely with Tools that Uncover Darknet Data

DarkOwl offers a suite of data products designed to meet the needs of business looking to quantify risk and understand their threat attack surface by leveraging darknet intelligence. DarkOwl

**URL**
https://www.darkowl.com/

**Timestamp**
Fri Mar 18 2022 15:07:57 GMT-0700 (Pacific Daylight Time)

## that Uncover Darknet Data

DarkOwl offers a suite of data products designed to meet the needs of business looking to quantify risk and understand their threat attack surface by leveraging darknet intelligence. DarkOwl Vision app and API products make our data easy to access in your browser, native environment or customer-facing platform.



Vision App ›    Search API ›





### Darknet Data Designed for You
See how DarkOwl empowers the critical use cases and verticals

Threat Intelligence ›    Third Party Risk ›    Cyber Security Underwriting ›

**URL**
https://www.darkowl.com/

**Timestamp**
Fri Mar 18 2022 15:07:57 GMT-0700 (Pacific Daylight Time)



Threat Intelligence › Third Party Risk › Cyber Security Underwriting ›

Digital ID Protection › Fraud Protection › Critical Infrastructure › National Security ›

## Resources and Insights

RESEARCH

### Review of Ransomware Gang Activity Since Ukraine Invasion

DarkOwl analysts review activity across ransomware as a service (RaaS) gangs since the invasion of Ukraine.

Read More ›

RESEARCH

### [DEVELOPING] Impacts of Ukraine Invasion Felt Across the Darknet

The DarkOwl team is actively tracking the fallout from Russia's invasion of Ukraine as there are ripples across the global cyber space.

Read More ›

RESEARCH

### Analysis of Ukrainian Data Released on the Darknet in Lead-up to Russian Invasion[OBJ]

DarkOwl monitors the darknet as the conflict in Ukraine ripples through Europe impacting the global economy and international partnerships.

Read More ›

## Subscribe to get the latest DARKINT from DarkOwl

Sign up with your email address to receive news and updates.

Email*

Submit

**URL**

https://www.darkowl.com/

**Timestamp**

Fri Mar 18 2022 15:07:57 GMT-0700 (Pacific Daylight Time)







Email*

Submit

space.
Read More ›

partnerships.
Read More ›

## Subscribe to get the latest DARKINT from DarkOwl

Sign up with your email address to receive news and updates.

Email*

Submit

We respect your privacy.

See why DarkOwl is the Leader in Darknet Data

GET A DEMO

**Products**

- OVERVIEW
- VISION APP
- SEARCH API
- ENTITY API
- SCORE API
- DATAFEEDS
- VISION RESOURCES
- API RESOURCES

**Use Cases**

- OVERVIEW
- CYBER INSURANCE UNDERWRITING
- THREAT INTELLIGENCE
- DIGITAL IDENTITY PROTECTION
- THIRD PARTY RISK
- FRAUD PROTECTION
- CRITICAL INFRASTRUCTURE
- NATIONAL SECURITY

**Company**

- ABOUT
- LEADERSHIP
- PRESS RELEASES
- CAREERS
- MAP THE DARK

Copyright © 2022 DarkOwl, LLC All rights reserved.

Privacy Policy

DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.

**URL**

https://www.darkowl.com/

**Timestamp**

Fri Mar 18 2022 15:07:57 GMT-0700 (Pacific Daylight Time)



**URL**
https://www.darkowl.com/about/#leadership

**Timestamp**
Wed Mar 23 2022 08:06:33 GMT-0700 (Pacific Daylight Time)

DARKOWL_003188



ABOUT    LEADERSHIP



DarkOwl is the industry's leading provider of darknet data. We offer the world's largest commercially available database of information continuously collected from the darknet, allowing our customers the ability to turn this data into a powerful tool to identify risk at scale and drive better decision making. Our platform tools allow users to parse and analyze the data for specific use cases, and our database is updated from tens of thousands of sites across multiple darknets every day.

DarkOwl is unique not only in the depth and breadth of its darknet data, but also in the relevance and searchability of its data, its investigation tools, and its passionate customer service. As importantly, DarkOwl data is ethically and safely collected from the darknet, allowing users secure and anonymous access to information and threats relevant to their mission. Our passion, our focus, and our expertise is the darknet.

## Leadership

**Mark Turnage** — CEO
**Russ Cohen** — President and CFO
**Alison Halland** — Chief Revenue Officer
**Sarah Prime** — Director of Product Technology

**URL**
https://www.darkowl.com/about/#leadership

**Timestamp**
Wed Mar 23 2022 08:06:33 GMT-0700 (Pacific Daylight Time)










IBM HITACHI COWBELL CYBER BABELSTREET ONTIC

## See why DarkOwl is the Leader in Darknet Data

GET A DEMO

**Products**

- OVERVIEW
- VISION APP
- SEARCH API
- ENTITY API
- SCORE API
- DATAFEEDS
- VISION RESOURCES
- API RESOURCES

**Use Cases**

- OVERVIEW
- CYBER INSURANCE UNDERWRITING
- THREAT INTELLIGENCE
- DIGITAL IDENTITY PROTECTION
- THIRD PARTY RISK
- FRAUD PROTECTION
- CRITICAL INFRASTRUCTURE
- NATIONAL SECURITY

**Company**

- ABOUT
- LEADERSHIP
- PRESS RELEASES
- CAREERS
- MAP THE DARK

Copyright © 2022 DarkOwl, LLC All rights reserved.

Privacy Policy

DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.

**URL**

https://www.darkowl.com/about/#leadership

**Timestamp**

Wed Mar 23 2022 08:06:33 GMT-0700 (Pacific Daylight Time)









**[DEVELOPING] Impacts of Ukraine Invasion Felt Across the Darknet**
The DarkOwl team are actively tracking the fallout from Russia's invasion of Ukraine
Read Blog

DARKOWL

# PRODUCTS

OVERVIEW

With DarkOwl data products, end users can monitor, browse, and stream content in near real-time from the deep web, darknet, and authenticated chat platforms.

## Explore the Products

**Vision App ›**
Instantly analyze and research structured queries with our premiere darknet app.

**Search API ›**
Integrate the power of DarkOwl's data directly into your existing technology.

**Entity API ›**
Query particular threats to credit card, crypto, email, and IP addresses endpoints.

**Score API ›**
Calculate risk using darknet intelligence to determine exposure.

**Datafeeds ›**
Customize raw data that's relevant to you. Perfect for data scientists.

## Where Do We Get Our Data

**URL**

https://www.darkowl.com/products/

**Timestamp**

Fri Mar 18 2022 15:08:24 GMT-0700 (Pacific Daylight Time)



**Score API ›**
Calculate risk using darknet intelligence to determine exposure.



**Datafeeds ›**
Customize raw data that's relevant to you. Perfect for data scientists.

## Where Do We Get Our Data

DarkOwl provides the most prolific darknet dataset in the industry without enabling or perpetuating cybercrime. Data is not purchased or illegally obtained.



### Collect

Automated AI and manual collections maximize data volume and quality

Sourced from darknet and deep web networks such as Tor, I2P, ZeroNet and Telegram

Comprised of darknet marketplaces, forums, authenticated chat rooms and more

### Process

Continuous processes from DarkOwl engines consume unstructured data in near-real time

Dataset is cleaned and stored in a secure environment

### Structure

Isolated entities such as email addresses, social security numbers, and cryptocurrencies allow users to quickly identify important data

Included metadata and source content provides contextual information

### Access

Vision app provides user-friendly interface for researchers

**URL**
https://www.darkowl.com/products/

**Timestamp**
Fri Mar 18 2022 15:08:24 GMT-0700 (Pacific Daylight Time)



### Access

Vision app provides user-friendly interface for researchers

API products enable enterprises to integrate DarkOwl data into their native environment

Datafeeds can be customized to deliver unfiltered data at scale

## The world's largest commercially available database of darknet content

**8,172,693,311**
Email Addresses

**13,282,248**
Credit Cards

**261,234,349**
Crypto Wallets

> "Through our partnership with DarkOwl, Ontic becomes the only protective intelligence platform to unite the largest dataset of dark web data that exists today with that from social media, news sites, public and criminal records, and company-proprietary records."
>
> **Lukas Quanstrom**, CEO of Ontic

## Competitive Differentiators

**Access to "deep darknet"**
While others claim to collect content from the darknet, many have limited access and crawl only the landing pages of most sites. Due to DarkOwl's combination of account-level access and advanced machine learning technology, 99% of all DarkOwl's coverage goes "deeper" than the landing page of the webites we collect from, across all sources. In fact, an estimated 60% of all DarkOwl data comes from sources that require some form of authenticated, or account-level access.

**Coverage of encrypted chats**
DarkOwl collects millions of documents each day from the darknet and darknet-adjacent networks, including encrypted chat platforms, hacker forums, FTP servers, marketplaces, as well as other authenticated chat services that DarkOwl may not divulge to protect uninterrupted collection.

**URL**

https://www.darkowl.com/products/

**Timestamp**

Fri Mar 18 2022 15:08:24 GMT-0700 (Pacific Daylight Time)



account-level access.

IBM HITACHI COWBELL CYBER BABELSTREET ONTIC

## Explore the Products

Vision App › Search API › Entity API › Score API › Datafeeds ›

## See why DarkOwl is the Leader in Darknet Data

GET A DEMO

**Products**

- OVERVIEW
- VISION APP
- SEARCH API
- ENTITY API
- SCORE API
- DATAFEEDS
- VISION RESOURCES
- API RESOURCES

**Use Cases**

- OVERVIEW
- CYBER INSURANCE UNDERWRITING
- THREAT INTELLIGENCE
- DIGITAL IDENTITY PROTECTION
- THIRD PARTY RISK
- FRAUD PROTECTION
- CRITICAL INFRASTRUCTURE
- NATIONAL SECURITY

**Company**

- ABOUT
- LEADERSHIP
- PRESS RELEASES
- CAREERS
- MAP THE DARK

in

Copyright © 2022 DarkOwl, LLC All rights res

Privacy Policy

DarkOwl is a Denver-based company that provides the world's largest in tools to efficiently find leaked or otherwise compromised sensitive data detection of compromised data on the darknet, empowering organizatio gaps and mitigate damage prior to misuse of their data.

Questions about our product offerings?

Let us find the best fit for you.

Get in Touch

×

**URL**

https://www.darkowl.com/products/

**Timestamp**

Fri Mar 18 2022 15:08:24 GMT-0700 (Pacific Daylight Time)



**[DEVELOPING] Impacts of Ukraine Invasion Felt Across the Darknet**
The DarkOwl team are actively tracking the fallout from Russia's invasion of Ukraine
**Read Blog**

DARKOWL

# USE CASES

OVERVIEW

Darknet data is a proven driver of business success for use cases spanning beyond threat intelligence and investigations. DarkOwl API products allow cyber insurance underwriters and third party risk assessors to utilize discrete data points from the darknet and incorporate them into scalable business models that accelerate revenue growth.

## Explore the Use Cases

Threat Intelligence ›

Third Party Risk ›

Cyber Security Underwriting ›

Digital ID Protection ›

Fraud Protection ›

Critical Infrastructure ›

National Security ›

HITACHI

"Darknet intelligence has emerged as a critical factor for effective and thoroughly-executed security services. We are happy to team up with DarkOwl to gain timely and meaningful intelligence that is targeted to our customers to

**URL**

https://www.darkowl.com/use-cases/

**Timestamp**

Fri Mar 18 2022 15:08:12 GMT-0700 (Pacific Daylight Time)



HITACHI

"Darknet intelligence has emerged as a critical factor for effective and thoroughly-executed security services. We are happy to team up with DarkOwl to gain timely and meaningful intelligence that is targeted to our customers to help our global customer base strengthen their cybersecurity defenses."

**Fadi Albatal**, Chief Strategy Officer at Hitachi Systems Security

IBM HITACHI COWBELL CYBER BABELSTREET ONTIC

See why DarkOwl is the Leader in Darknet Data

GET A DEMO

Products

OVERVIEW
VISION APP
SEARCH API
ENTITY API
SCORE API
DATAFEEDS
VISION RESOURCES
API RESOURCES

Use Cases

OVERVIEW
CYBER INSURANCE UNDERWRITING
THREAT INTELLIGENCE
DIGITAL IDENTITY PROTECTION
THIRD PARTY RISK
FRAUD PROTECTION
CRITICAL INFRASTRUCTURE
NATIONAL SECURITY

Company

ABOUT
LEADERSHIP
PRESS RELEASES
CAREERS
MAP THE DARK

Copyright © 2022 DarkOwl, LLC All rights reserved.

Privacy Policy

DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.

**URL**

https://www.darkowl.com/use-cases/

**Timestamp**

Fri Mar 18 2022 15:08:12 GMT-0700 (Pacific Daylight Time)



Contact Us ×

Home Products Resources Company
In the News Demo Request Use Cases

LOGIN

# We are the darknet experts

## DarkOwl is led by a team of data enthusiasts whose backgrounds are rooted in dark web research and open source intelligence.

We are darknet experts. DarkOwl was founded in 2016, and we are the world's leading provider of DARKINT ™, darknet intelligence and offer the largest commercially available database of darknet content. DarkOwl enables cybersecurity organizations, law enforcement and government organizations to fully understand their security posture and detect potential breaches and violations of the law and mitigate them quickly. We offer a variety of options to access our data.

Our mission is to be the world's leading darknet intelligence data provider, and to provide the tools our clients need to effectively and efficiently use our data. Providing the tools needed to safely search the darknet empowers our clients to continually improve their cybersecurity defenses.

When data is compromised, every minute counts. Our SaaS, API, or Data Feed enables companies to pinpoint their information and set up monitors that alert them the moment their data is detected. When data is compromised, informed yet swift decisions on disclosure and mitigation strategies depend largely on the

**URL**

https://www.darkowl.com/about

**Timestamp**

Tue Feb 01 2022 11:24:10 GMT-0800 (Pacific Standard Time)

yet swift decisions on disclosure and mitigation strategies depend largely on the sensitivity of the lost data and discovery of the initial breach. By shortening the timeframe to detection with DarkOwl Vision, companies can make swift, effective, and educated decisions, placing them back in the drivers seat.

LEADERSHIP

(303) 376-6265    Linkedin
info[at]darkowl.com    Twitter

DARKOWL

DENVER, CO    SAN FRANCISCO, CA    WASHINGTON, DC    DUBAI, UAE

Copyright © 2021 DarkOwl, LLC All rights reserved. DarkOwl is a Denver-based company that provides the world's largest index of darknet content and the tools to efficiently find leaked or otherwise compromised sensitive data. We shorten the timeframe to detection of compromised data on the darknet, empowering organizations to swiftly detect security gaps and mitigate damage prior to misuse of their data.

**URL**

https://www.darkowl.com/about

**Timestamp**

Tue Feb 01 2022 11:24:10 GMT-0800 (Pacific Standard Time)