# EXHIBIT
# F



# ABOUT-FRAUD

## - SOLUTION PROVIDERS -

Q4 2021

Contact us by email at info@about-fraud.com

## CHARGEBACKS & DISPUTES

**Banking Focus**

Quavo

**Merchant Focus**

Chargeback, Chargeback Gurus, Chargebacks911, chargebackops, Midigator

## FRAUD & AML PLATFORM

**Banking Focus**

acuitytec, Bottomline, feedzai, Feature Space, Datavisor, FICO, Inform, LexisNexis, NICE Actimize, NOTO, sas

## FRAUD PLATFORM

**Banking Focus**

IDInsight, TigerGraph, iSoft, fcase, Fraudio, XTN, NetGuardians, ai, ThreatMark, Cleafy

**Merchant Focus**

4STOP, Accertify, Arkose Labs, clearsale, cybersource, Forter, FraudLabs Pro, Fraud.net, Fraugster, konduto, Kount, Nethone, NoFraud, nSure.ai, Radial, Ravelin, Risk Ident, riskified, rzero, SEON, Shield, sift, Signifyd, vesta, WebShield, FraudFix

**Insurance Focus**

FRISS

**Telecom Focus**

TOLLRING

## CRYPTO RISK

Crystal

## IDENTITY AND AUTHENTICATION

**3DS Focus**

cardinal

**Authentication Focus**

RSA, transmit security

**Behavioral Biometrics**

NuData Security, BioCatch, SecuredTouch, typingdna

**Call Center Focus**

nextcaller, Nuance, pindrop, semafone, smartnumbers

**Mobile Intelligence**

Zumigo, Phronesis, TeleSign, Prove

## IDENTITY AND VERIFICATION

**Onboarding Focus**

cifas, Point Predictive, SentiLink, Socure

**Geolocation**

digitalelement, MaxMind, WhoisXMLAPI

**Digital Doc Verification**

ARI, Mitek, scanovate, Validation, iDenfy, Trulioo

**Merchant Consortium**

Perseuss

**Dark Web**

SpyCloud, Gemini Advisory

**Compliance & AML**

everc, Thomson Reuters

**Peer-to-Peer Network**

identiq

**PII Verification**

emailHippo, IDology, IPQualityScore, ArkOwl, Ekata, pipl