**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

          Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

          Defendants.

---

**STIPULATION TO DISMISS CERTAIN OF DEFENDANTS' COUNTERCLAIMS**
**AND REQUESTS FOR RELIEF**

---

Pursuant to Federal Rule of Civil Procedure 41(c), the parties jointly stipulate to the dismissal of certain of Defendants' counterclaims and requests for relief.  Specifically, the parties stipulate as follows:

(1) Defendants' Counterclaims II (Cybersquatting) and IV (Colorado Deceptive Trade Practices Act) shall be dismissed with prejudice; and

(2) Defendants' requests for Plaintiff's profits, actual damages, statutory damages, legal fees, costs, and expenses as applied to all counterclaims, shall be waived and dismissed with prejudice.

Wherefore, the parties jointly stipulate to the above and request that the Court enter an appropriate order reflecting such stipulation.

160291456.1

DATED: January 25, 2023

Respectfully submitted,

By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Kourtney Mueller Merrill, CO Bar #36,662
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

Thomas L Holt, IL Bar #6243134
Jeremy Buxbaum, IL Bar #6296010
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

***Attorneys for Plaintiff DarkOwl, LLC***

By:  /s/*Michael Frasier*
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

***Attorney for Defendants ArkOwl LLC
and ArkOwl Corporation***

- 2 -