IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

        Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

        Defendants.

**JOINT SETTLEMENT STATUS REPORT**

        The parties provide this Joint Settlement Status Report. The parties are in active settlement negotiations at this time, although no resolution has been achieved. If the status of settlement discussions changes, the parties will update the Court.

DATED: January 25, 2023

Respectfully submitted,

By:/s/ *Sabrina J. Danielson*
Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Kourtney Mueller Merrill, CO Bar #36,662
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

Thomas L Holt, IL Bar #6243134
Jeremy Buxbaum, IL Bar #6296010
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

*Attorneys for Plaintiff DarkOwl, LLC*

By:  /s/  Michael Frasier
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC and ArkOwl Corporation*