IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

      Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the **Stipulated Motion to Dismiss Certain of Defendants' Counterclaims and Requests for Relief** [#48] pursuant to Fed. R. Civ. P. 41© (the "Motion").

IT IS HEREBY **ORDERED** that the Motion [#48] is **GRANTED**.  In accordance with the Motion [#48] and Stipulation,

IT IS **ORDERED** that Defendants' Counterclaims II (Cybersquatting) and IV (Colorado Deceptive Trade Practices Act) are **DISMISSED WITH PREJUDICE**.

IT IS FURTHER **ORDERED** that Defendants' requests for Plaintiff's profits, actual damages, statutory damages, legal fees, costs, and expenses as applied to all counterclaims, are **WAIVED** and **DISMISSED WITH PREJUDICE**.

.
Dated:   January 26, 2023