IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

      Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

      Defendants.

## JOINT MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS

Pursuant to D.C.Colo.LCivR. 7.2, Plaintiff and Defendants (collectively, the "Parties") jointly request that public access to Defendants ArkOwl LLC and ArkOwl Corporation's Memorandum in Opposition to Plaintiff's Motion to Exclude Evidence and Testimony from Mark Keegan ("Motion") and corresponding exhibits 1-7 ("Exhibits") filed on February 1, 2023 (ECF #51) be restricted. Pursuant to D.C.Colo.LCivR. 7.1, Plaintiff's counsel conferred with Defendants' counsel, who jointly files this motion, and consents to Plaintiff's motion for leave to restrict access to the Motion and Exhibits.

Certain elements of the Motion and the Exhibits include confidential and proprietary business information that were designated "Confidential" and "Highly Confidential – Attorney Eyes Only" pursuant to the Stipulated Protective Order (ECF #27), including, but not limited to, non-public business plans, business and sales strategies, competitive and strategic market plans, internal product development strategies and documents, customer lists, names, and financial information, and non-party email addresses, public disclosure of which would significantly damage the Parties, create a risk of serious competitive disadvantage for the Parties, and disclose

sensitive non-party information. *See All Plastic, Inc. v. SamDan LLC*, Civil Action No. 20-cv-01318-NYW, 2021 U.S. Dist. LEXIS 136211, at *3 (D. Colo. Apr. 6, 2021) (motion to restrict appropriate to protect "business information that might harm a litigant's competitive standing" and "information which 'could harm the competitive interests of third parties'") (quoting *Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 598 (1978) and *Hershey v. ExxonMobil Oil Corp.*, 550 F. App'x 566, 574 (10th Cir. 2013)). Maintaining the confidentiality of this proprietary business information in this circumstance outweighs the presumption of public access. *See All Plastic, Inc.*, Civil Action No. 20-cv-01318-NYW, 2021 U.S. Dist. LEXIS 136211, at *12 (granting motion to restrict where documents contained parties' sensitive commercial and proprietary information concerning nonpublic sales data); *Rickaby v. Hartford Life & Accident Ins. CO.*, No. 11-cv-00520-RM-BNB, 2016 U.S. Dist. LEXIS 53485, at *5 (D. Colo. Apr. 21, 2016) (granting motion to restrict where public disclosure of documents would reveal commercial and financial information of both a party and third party); *Hershey*, 550 F. App'x at 574 (granting motion to restrict information "which could harm the competitive interests of third parties"). Leave to maintain the restricted status of Exhibits 1-7 and the Motion (ECF #51) and to file a publicly available redacted version of the Motion will adequately protect the interests of privacy, as the confidential and proprietary business information is referenced in only certain sections of the Motion. The Parties request Level 1 restriction for Exhibits 1-7 and the Motion (ECF #51), allowing access to the Parties and the Court. A redacted version of the Motion is filed concurrently herewith as Exhibit A.

       Wherefore, the Parties respectfully request the Court restrict public access to Exhibits 1-7 and the Motion (ECF #51), and to permit the Parties to file a redacted version of the Motion in the form attached as Exhbit A.

DATED February 10, 2023

Respectfully submitted,

By: /s/ *Sabrina Danielson*

Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Kourtney Mueller Merrill, CO Bar #36,662
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

Thomas L Holt, IL Bar #6243134
Jeremy Buxbaum, IL Bar #6296010
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

*Attorneys for Plaintiff DarkOwl, LLC*

By:  /s/ *Michael Frasier*

Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC and ArkOwl Corporation*

3

**CERTIFICATE OF SERVICE**

   I hereby certify that on the XX day of February, 2023, the foregoing was electronically filed with the Clerk of Court using the Court's electronic filing system and that a copy of the foregoing was sent to all counsel of record via same in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

                 /s/    DRAFT

# Exhibit A