IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.
_____

**MINUTE ORDER**
_____
**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Leave to Restrict Public Access** [#53] (the "Motion").  The Motion [#53] seeks to restrict access to Defendants ArkOwl LLC and ArkOwl Corporation's Memorandum in Opposition to Plaintiff's Motion to Exclude Evidence and Testimony from Mark Keegan [#51] and corresponding exhibits 1-7 ("the Opposition to Motion to Exclude") filed on February 1, 2023.  The Motion [#53] attaches a redacted version of the Opposition to Motion to Exclude.

    Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to Court files is outweighed by the parties' interest in privacy.  The Motion [#53] explains that certain elements of the Motion and its exhibits include confidential and proprietary business information that were designated "Confidential" and "Highly Confidential – Attorney Eyes Only" pursuant to the Stipulated Protective Order [#27].  *Id.* at 1.  Public disclosure of this information would, according to the Motion [#53], significantly damage the Parties, create a risk of serious competitive disadvantage, and disclose sensitive non-party information.  *Id.*  Moreover, a redacted version of the document that the parties seek to restrict has been attached to the Motion [#53 for public access.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#53] is **GRANTED**.  The Clerk of the Court is directed to maintain the Opposition to Motion to Exclude [#51] and attached exhibits **UNDER RESTRICTION at LEVEL 1**.

      IT IS FURTHER **ORDERED** that the Clerk of Court shall file the redacted version of the Opposition to Motion to Exclude attached as Exhibit A to the Motion [#51-1] for public access.

      Dated:   February 10, 2023