UNITED STATES DISTRICT COURT
DISTRICT OF COLORADO

| | |
|---|---|
| DARKOWL, LLC, | |
| Plaintiff, | Court File No. 21-cv-02163-KLM |
| v. | |
| ARKOWL LLC and ARKOWL CORPORATION, | |
| Defendants. | |

### NOTICE OF ENTRY OF APPEARANCE OF MICHAEL FRASIER

Michael Frasier hereby enters his appearance as counsel for Defendants ArkOwl LLC and ArkOwl Corporation in the above-captioned matter.

| | |
|---|---|
| Dated: March 1, 2023 | **RUBRIC LEGAL LLC** |
| | /s/ *Michael H. Frasier* |
| | Michael H. Frasier (MN Bar #387704) |
| | 111 Third Ave S, Ste 110 |
| | Minneapolis, MN 55401 |
| | 612.465.0074 |
| | michael@rubriclegal.com |
| | |
| | Attorney for Defendants |