IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

    Defendants.

## STIPULATED WITHDRAWAL OF JURY DEMAND

Pursuant to Federal Rule of Civil Procedure 38(d), Plaintiff DarkOwl, LLC, with the consent of Defendants, hereby withdraws its jury demand. In support of such stipulation, DarkOwl states as follows:

The only jury demand in the case was made by DarkOwl in its Answer to Defendants' counterclaims. Dkt. 18. On January 26, 2023, the Court granted the Parties' Stipulated Motion to dismiss certain of Defendants' counterclaims along with its requests for monetary damages and attorneys' fees and costs, as applied to all claims. Dkt. 50. Thus, only equitable relief is at issue for trial, and no issues remain that are triable by jury. The Parties therefore agree that a jury trial is no longer appropriate.

Wherefore, the parties jointly stipulate to the above and request that the Court enter an appropriate order reflecting such stipulation, including by resetting the trial as a bench trial.

DATED: March 17, 2023

Respectfully submitted,

**PERKINS COIE LLP**

By: *s/ Jeremy L. Buxbaum*

Thomas L. Holt, IL Bar #6243134
Jeremy L. Buxbaum, IL Bar #6296010
110 North Wacker Drive, Suite 3400
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
Tholt@perkinscoie.com
JBuxbaum@perkinscoie.com

Kourtney Mueller Merrill, CO Bar #36,662
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

**HOLLAND & HART LLP**

Sabrina J. Danielson, CO Bar #49,279
555 17th Street, Suite 3200
Denver, CO 80202
P: (303) 295-8565
F: (303 265-9255
SJDanielson@hollandhart.com

*Attorneys for Plaintiff DarkOwl, LLC*

By:  */s/Michael Frasier*
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC and ArkOwl Corporation*