IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC,

    Defendants.
_____

**ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court in connection with Plaintiff DarkOwl LLC's Motion to Exclude Evidence and Testimony from Mark Keegan [#47] (the "Motion"). A five-day trial is set to commence on May 15, 2023. In order for the Court to be adequately informed as to the reliability of the survey conducted by Mark Keegan and whether it should be excluded as argued in the Motion [#47], it is

    IT IS HEREBY **ORDERED** that an evidentiary hearing is set for **March 31, 2023**, at **1:30 p.m.**

    IT IS FURTHER **ORDERED** that at the hearing the parties shall be prepared to present evidence on (1) whether the parties are competitors, i.e. to what extent DarkOwl and ArkOwl compete in the same sphere and to what extent their customer base may overlap; and (2) to what extent the appropriate universe was surveyed by Mark Keegan, i.e. whether the survey should be excluded because it was not specifically designed to

target the junior user's prospective customers, and if the survey is not excluded on that basis, whether the survey included enough of the junior user's prospective customers to survive exclusion. The Court has concluded that it would benefit the most from focused evidence as to the above two issues. However, as the inquiry into the reliability of the survey and whether it should be excluded examines the totality of the circumstances, the Court will consider limited arguments on the other survey flaws alleged in the Motion [#47].

Dated: March 20, 2023

BY THE COURT:

Kristen L. Mix
United States Magistrate Judge