**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 21-cv-02163 (KLM)

DARKOWL, LLC,

                Plaintiff,

v.

ARKOWL LLC and ARKOWL CORPORATION,

                Defendants.

---

## JOINT MOTION TO RESET EVIDENTIARY HEARING

The Parties jointly request that the evidentiary hearing set for March 31, 2023 be reset to a later date.  In support of such Motion, the Parties state as follows:

On March 20, 2023, the Court issued an Order (Dkt. 60) setting an evidentiary hearing for March 31, 2023, regarding certain issues that the Court deems pertinent in deciding DarkOwl's motion to exclude the report and testimony of Arkowl's expert, Mark Keegan.  For the reasons set forth below, the Parties jointly request that the hearing date be reset to a later date.

The Parties expect to call up to six live witnesses, including three expert witnesses, to testify on the issues set forth in the Court's Order (Dkt. 60).  Due to scheduling conflicts for a number of these witnesses as well as outside counsel, the Parties are unable to make the scheduled hearing date on March 31, 2023.  Without knowing the Court's availability, it is difficult to propose a specific date for rescheduling.[1]

---

[1] Certain witnesses for DarkOwl are not available on April 14, April 20-21, and April 24-28.

Wherefore, the Parties therefore propose a brief telephonic scheduling conference with the Court to reschedule the hearing.

DATED: March 21, 2023

Respectfully submitted,

**PERKINS COIE LLP**

By: *s/ Jeremy L. Buxbaum*_____

Thomas L. Holt, IL Bar #6243134
Jeremy L. Buxbaum, IL Bar #6296010
110 North Wacker Drive, Suite 3400
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
Tholt@perkinscoie.com
JBuxbaum@perkinscoie.com

Kourtney Mueller Merrill, CO Bar #36,662
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

**HOLLAND & HART LLP**

Sabrina J. Danielson, CO Bar #49,279
555 17th Street, Suite 3200
Denver, CO 80202
P: (303) 295-8565
F: (303 265-9255
SJDanielson@hollandhart.com

*Attorneys for Plaintiff DarkOwl, LLC*

By:  _/s/Michael Frasier_
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC
and ArkOwl Corporation*