IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion to Reset Evidentiary Hearing** [#61] (the "Motion").   The Motion [#61] requests that the evidentiary hearing set for March 31, 2023, at 1:30 p.m. be reset to facilitate the scheduling of expert witnesses expected to be called by the parties.   *Id.* at 1-2.   The parties request a brief telephonic scheduling conference with the Court to reschedule the hearing.   *Id.* at 2.

    IT IS HEREBY **ORDERED** that the Motion [#61] is **GRANTED**.   The evidentiary hearing set for March 31, 2023, at 1:30 p.m. is **CONTINUED**, to be reset after a telephonic scheduling conference as requested by the parties.

    IT IS FURTHER **ORDERED** that the telephonic scheduling conference is set for **Monday, March 27, 2023** at **10:00 a.m.**   Participating counsel shall call the Court at 888-363-4749, Access Code: 2115325#, at the time of the scheduling conference.

    Dated:   March 23, 2023