IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the Parties' **Stipulated Withdrawal of Jury Demand** [#59] ("Stipulation").  The Stipulation [#59] indicates that the only jury demand was made in the Counterclaims which have been dismissed.  *Id.* at 1.  Since only equitable relief is at issue for trial, and no issues remain that are triable by jury, the Parties agree that a jury trial is no longer appropriate.  *Id.*  The parties request that the Court enter an order reflecting the Stipulation, including by resetting the trial as a bench trial.  *Id.*  Based on the foregoing,

    IT IS HEREBY **ORDERED** that the jury request is **WITHDRAWN** and the five-day jury trial set to commence on May 15, 2023, at 9:00 a.m. is reset to a five-day bench trial.

    Dated:   March 24, 2023