IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Camden Pommenville | FTR - Reporter Deck - Courtroom A-401 |
| | Alfred A. Arraj United States Courthouse |
| Date: March 27, 2023 | |

Civil Action No. 21-cv-02163-KLM

| *Parties*: | *Counsel*: |
|---|---|
| DARKOWL, LLC, | Jeremy Buxbaum |
| | Thomas Holt, Jr. |
| Plaintiff, | |
| v. | |
| ARKOWL LLC, ET AL., | Michael Frasier |
| Defendants. | |

**COURTROOM MINUTES**

**TELEPHONIC SCHEDULING CONFERENCE**
**Court in session:   10:03 a.m.**
Court calls case. Appearances of counsel.

Counsel address the Court

**ORDERED:**  Parties are to confer and email chambers (Mix_Chambers@cod.uscourts.gov) with all dates that counsel and witnesses are available for the evidentiary hearing.

HEARING CONCLUDED.
**Court in recess:     10:30 a.m.**
Total Time:     00:27

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.

2