IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter came before the Court on a Telephonic Scheduling Conference this morning. In accordance with the Court's rulings at the Conference and counsel's later email as to availability of the parties and witnesses,

    IT IS HEREBY **ORDERED** that the evidentiary hearing on Plaintiff DarkOwl LLC's Motion to Exclude Evidence and Testimony from Mark Keegan is **reset** to **May 15, 2023**, at **1:30 p.m.**

    IT IS FURTHER **ORDERED** that the five-day bench trial set for May 15, 2023, at 9:00 a.m. and the Final Pretrial, Trial Preparation and Jury Instructions Conference set for April 14, 2023 at 2:00 p.m. are **VACATED**. The trial is **reset** to a four-day bench trial commencing on **June 26, 2023** at **9:00 a m**. The Final Pretrial, Trial Preparation and Jury Instructions Conference is **reset** to **June 22, 2023,** at **1:30 p.m.**

    Dated:   March 28, 2023