IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court sua sponte.   Due to a scheduling conflict,

    IT IS HEREBY **ORDERED** that the Final Pretrial, Trial Preparation and Jury Instructions Conference set for June 22, 2023, at 1:30 p.m. is **VACATED** and **RESET** to **June 20, 2023** at **2:30 p.m.**

    Dated:   April 26, 2023