IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | FTR - Reporter Deck - Courtroom A-401 |
| Date: May 15, 2023 | Alfred A. Arraj United States Courthouse |

Civil Action No. 21-cv-02163-KLM

<u>Parties</u>:

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL LLC, ET AL.,

    Defendants.

<u>Counsel</u>:

Jeremy Buxbaum
Thomas Holt, Jr.
Sabrina Danielson

Michael Frasier

**AMENDED COURTROOM MINUTES**

**EVIDENTIARY HEARING**
**Court in session:   1:27 p.m.**
Court calls case. Appearances of counsel.

Counsel address the Court regarding preliminary matters.

1:33 p.m.    Opening statement by Mr. Holt.

1:40 p.m.    Opening statement by Mr. Frasier.

Plaintiff's witness, Robert Daline, called and sworn.

Direct examination of Mr. Daline by Mr. Holt.

2:19 p.m.    Direct/cross examination of Mr. Daline by Mr. Frasier.

Defendants' Exhibits 2, 3, 4, 5 and 6 are ADMITTED.

2:58 p.m.    Redirect/cross examination of Mr. Daline by Mr. Holt.

Plaintiff's Exhibit 1 is ADMITTED.

3:02 p.m.     Court questions the witness.

Witness excused.

Plaintiff's witness, Mark Turnage, called and sworn.

3:06 p.m.     Direct examination of Mr. Turnage by Mr. Buxbaum.

Plaintiff's Exhibits 7, 8, 9, 10, 11, 12, 13, 14 and 15 are ADMITTED.

**Court in recess:     3:44 p.m.**
**Court in session:    4:05 p.m.**

Cross examination of Mr. Turnage by Mr. Frasier.

Defendants' Exhibits 16, 17, 18, 19 and 20 are ADMITTED.

Witness excused.

Counsel ask for a brief recess.

**Court in recess:     4:52 p.m.**
**Court in session:    5:01 p.m.**

Counsel address Court regarding witness schedule.

Defendants' witness, Russell Cohen, called and sworn.

5:08 p.m.     Direct examination of Mr. Cohen by Mr. Frasier.

Witness excused.

Plaintiff's witness, Hal Poret, called and sworn.

5:12 p.m.     Direct examination of Mr. Poret by Mr. Buxbaum.

Plaintiff's Exhibit 21 is ADMITTED.

5:35 p.m.     Cross examination of Mr. Poret by Mr. Frasier.

Witness excused.

**ORDERED:**  Motion Hearing continued to May 19, 2023 at 10:00 a.m. before

2

Magistrate Judge Mix. The remaining witness and counsel who wish to do so are allowed to appear by video conference. Those attorneys are instructed to get video conference instructions from the courtroom deputy prior to the hearing.

**ORDERED:** The Court requests a copy of the transcript of these proceedings.

**Court in recess:**    5:50 p.m.

Total Time:    4:02

To order transcripts of hearings, please contact either AB Litigation Services at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.