IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: C. Thompson | Court Reporter: Kevin Carlin |
| Date: May 19, 2023 | Alfred A. Arraj United States Courthouse |

Civil Action No. 21-cv-02163-KLM

<u>Parties</u>:

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL LLC, ET AL.,

    Defendants.

<u>Counsel</u>:

Jeremy Buxbaum
Thomas Holt, Jr.
Sabrina Danielson

Michael Frasier

## COURTROOM MINUTES

**EVIDENTIARY HEARING**
**Court in session:  10:02 a.m.**

**The Court has provided a Court Reporter for the continuation of the [ECF 67] Evidentiary Hearing held on May 15, 2023, and all transcript requests should by made through the Court and not a third party.**

Court calls case. Appearances of counsel by video .

10:03 a.m.    Defendants' witness by video, Mark Keegan, called and sworn, and Defendant proceeds with Direct Examination.

Due to a technical issue with the Defendants' exhibits, the Court will take a brief recess.

**Court in recess:  10:09 a.m.**
**Court in session:  10:14 a.m.**

10:14 a.m.    Defendant proceeds with Direct Examination of Witness Mark Keegan.

11:03 a.m.     Plaintiff Cross Examination of Witness Mark Keegan.

11:04 a.m.     Defendants' Exhibit 22 offered and admitted into evidence.
11:47 a.m.     Plaintiff Exhibit 23 offered and admitted into evidence.

11:50 a.m.     The Court questions the Witness, Mark Keegan.

11:50 a.m.     Witness Mark Keegan's expert report admitted as Exhibit 24.

11:53 a.m.     No Re-Direct Examination by Defendants and Mark Keegan is excused.

11:54 a.m.     Plaintiff's closing arguments.

12:01 p.m.     Defendants' closing arguments.

Court's closing remarks stated on the record and the matter is taken under advisement.

**Court in recess:**     **12:31 p.m.**
Total Time:             02:24