IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

      Plaintiff,

v.

ARKOWL, LLC and
ARKOWL CORPORATION,

      Defendants.

## STIPULATED MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO PORTIONS OF EVIDENTIARY HEARING TRANSCRIPT [DKT. 71]

Plaintiff DarkOwl, LLC ("DarkOwl"), through its counsel Holland & Hart LLP and Perkins Coie LLP, respectfully requests that the Court apply Level 2 restriction over portions of the Transcript of Evidentiary Hearing Held May 15, 2023 [Dkt. 71] (the "Transcript"). Pursuant to D.C.Colo.LCivR. 7.1, Plaintiff's counsel conferred with Defendant's counsel, who stipulates to Plaintiff's motion for leave to restrict access to portions of the Transcript.

Certain elements of the Transcript include confidential and proprietary business information that was designated as "Highly Confidential – Attorney Eyes Only" pursuant to the Stipulated Protective Order [Dkt. 27], including, but not limited to, customer names and potential customer names, the public disclosure of which would significantly damage Plaintiff, create a risk of serious competitive disadvantage for Plaintiff, or disclose sensitive non-party information. *See All Plastic, Inc. v. SamDan LLC*, No. 20-cv-01318, 2021 U.S. Dist. LEXIS 13611, at *3 (D. Colo. Apr. 6, 2021) (motion to restrict appropriate to protect "business information that might harm a litigant's competitive standing" and "information which 'could harm the competitive interests of

third parties'") (quoting *Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 598 (1978) and *Hershey v. ExxonMobil Oil Corp.*, 550 F. App'x 556, 574 (10th Cir. 2013)). Maintaining the confidentiality of this proprietary business information in this circumstance outweighs the presumption of public access. *See All Plastic, Inc.*, No. 20-cv-01318, 2021 U.S. Dist. LEXIS 136211, at *12 (granting motion for leave to restrict where documents contained parties' sensitive commercial and proprietary business information concerning nonpublic sales data); *Rickaby v. Hartford Life & Accident Ins. Co.*, No. 11-cv-00520, 2016 U.S. Dist. LEXIS 43485, at *5 (D. Colo. Apr. 21, 2016) (granting motion for leave to restrict where public disclosure of documents would reveal commercial and financial information of both a party and nonparty); *Hershey*, 550 F. App'x at 574 (granting motion for leave to restrict information "which could harm the competitive interests of third parties"). Moreover, Plaintiff is subject to non-disclosure agreements with certain of the customers mentioned in the Transcript, which require protection of the customers' names and identities.

Leave to apply Level 2 restriction for certain customer and future customer names in the Transcript and to file a publicly-available redacted version of the Transcript will adequately protect the interests of privacy, as the highly-confidential and proprietary business information is referenced in only certain sections of the Transcript. The Parties request Level 2 restriction for these portions of the Transcript to allow access only to the Plaintiff and the Court as this information is designated Highly Confidential–Attorneys Eyes Only pursuant to the Stipulated Protective Order [Dkt. 27]. A redacted version of the Transcript is filed concurrently herewith as Exhibit A.

Wherefore, Plaintiff respectfully requests the Court grant leave to restrict public access to portions of the Transcript, and to permit Plaintiff to file a redacted version of the Transcript in the form as attached as Exhibit A.

DATED June 6, 2023

By:/s/ *Jememy Buxbaum*

Thomas L Holt, IL Bar #6243134
Jeremy Buxbaum, IL Bar #6296010
**PERKINS COIE LLP**
110 North Wacker Drive, 34th Floor
Chicago, IL 60606
P: (312) 324-8400
F: (312) 324-9400
THolt@perkinscoie.com
JBuxbaum@perkinscoie.com

Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
P.O. Box 8749
Denver, CO 80201
P: (303) 295-8565
F: (303) 265-9255
SJDanielson@hollandhart.com

Kourtney Mueller Merrill, CO Bar #36,662
**PERKINS COIE LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO  80202
P: (303) 291-2300
F: (303) 291-2400
KMerrill@perkinscoie.com

**Attorneys for Plaintiff DarkOwl, LLC**

By: /s/ *Michael Frasier*

Michael Frasier
**RUBRIC LEGAL LLC**
111 Third Avenue South
Suite 110
Minneapolis, MN 55401
micahel@rubriclegal.com

***Attorney for Defendants ArkOwl LLC and ArkOwl Corporation***