IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court in connection with the Order [#73] on Plaintiff DarkOwl, LLC's Motion to Exclude Evidence and Testimony of Mark Keegan [#47] that was just filed on the record.

    IT IS HEREBY **ORDERED** that the parties shall file a notice within seven (7) days, or by **June 14, 2023,** advising if any portion(s) of the Order [#72] should be restricted to protect confidential information of the parties.

    Dated:   June 7, 2023