IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

      Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

      Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on Plaintiff's **Stipulated Motion for Leave to Restrict Public Access to Portions of Evidentiary Hearing** [#72] (the "Motion").   The Motion [#72] requests that the Court impose a Level 2 restriction over portions of the Transcript [#71] of the evidentiary hearing held on May 15, 2023.   *Id.* at 1.   Further, the Motion [#72] attaches a redacted version of the Transcript for public access.

Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to publicly filed documents is outweighed by the parties' interest in privacy.   The Motion [#72] states that certain elements of the Transcript [#71] include confidential and proprietary business information which was designated as "Highly Confidential – Attorney Eyes Only" pursuant to the Stipulated Protective Order [#27].   This information includes, but is not limited to, customer names and potential customer names, the public disclosure of which would significantly damage Plaintiff, create a risk of serious competitive disadvantage for Plaintiff, or disclose sensitive non-party information.   *Id.* at 2. Moreover, Plaintiff asserts that it is subject to non-disclosure agreements with certain of the customers mentioned in the Transcript, which require protection of the customers' names and identities.   Accordingly,

IT IS HEREBY **ORDERED** that the Motion [#72] is **GRANTED IN PART AND DENIED IN PART**.   Thus, while the Court finds that a restriction of the Transcript [#71] is appropriate, the Court does not find any reason to restrict the Transcript at Level 2 (which limits access to the filing party and the Court) and denies this request.   Instead, the Clerk of Court shall restrict the Transcript [#71] at **LEVEL 1**.

       IT IS FURTHER **ORDERED** that the Clerk of Court shall file the redacted version of the Transcript of the May 15, 2023 hearing attached as Exhibit A to the Motion [#72-1] for public access.

       Dated:   June 8, 2023