# Exhibit B

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _1_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | ArkOwl invoiced clients; ArkOwl 006210; AEO | | | | | | | |
| B | | ArkOwl 2022 finances; ArkOwl 006211; AEO | | | | | | | |
| C | | DarkOwl website; DarkOwl 000258 | | | | | | | |
| D | | DarkOwl website; DarkOwl 000399 | | | | | | | |
| E | | DarkOwl website; DarkOwl 000640 | | | | | | | |
| F | | DarkOwl website; DarkOwl 000668 | | | | | | | |
| G | | DarkOwl website; DarkOwl 000727 | | | | | | | |
| H | | DarkOwl website; DarkOwl 000731 | | | | | | | |
| I | | DarkOwl website; DarkOwl 000748 | | | | | | | |
| J | | DarkOwl website; DarkOwl 004168 | | | | | | | |
| K | | DarkOwl website; DarkOwl 004174 | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _2_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| L | | DarkOwl website; DarkOwl 004366 | | | | | | | |
| M | | 2021 email from Apruvd; ArkOwl 006092 | | | | | | | |
| N | | DarkOwl Q2 2021 briefing; DarkOwl 001264; AEO | | | | | | | |
| O | | Cybersource manual review manual; Cybs000001-10; AEO | | | | | | | |
| P | | 2012 email from Cabelas; ArkOwl 002363; Confidential | | | | | | | |
| Q | | 2012 email from Cleverbridge; ArkOwl 002366; Confidential | | | | | | | |
| R | | 2012 email from Frys; ArkOwl 002370; Confidential | | | | | | | |
| S | | 2012 email from Luckycomm; ArkOwl 002371; Confidential | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST _____ DEFENDANT'S LIST _<u>XX</u>_ THIRD PTY DEFTS. LIST ___

CASE CAPTION **<u>DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.</u>** PAGE NO. _3_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| T | | 2012 email from Raileurope; ArkOwl 002372; Confidential | | | | | | | |
| U | | 2012 email from Staples; ArkOwl 002376; Confidential | | | | | | | |
| V | | 2012 email from Tekserve; ArkOwl 002377; Confidential | | | | | | | |
| W | | 2012 email from tickets.com; ArkOwl 002379; Confidential | | | | | | | |
| X | | 2013 email from Sephora; ArkOwl 002382; Confidential | | | | | | | |
| Y | | 2014 email from betfair.com; ArkOwl 002384; Confidential | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _4_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Z | | 2015 email from Nieman Marcus; ArkOwl 002389; Confidential | | | | | | | |
| AA | | 2012 invoice Omaha Steaks; ArkOwl 006085; AEO | | | | | | | |
| BB | | 2012 invoice from Home Depot; ArkOwl 006087; AEO | | | | | | | |
| CC | | 2012 invoice from Louis Vuitton; ArkOwl 006088; AEO | | | | | | | |
| DD | | 2013 invoice from Cybersource; ArkOwl 006023; AEO | | | | | | | |
| EE | | 2013 invoice from Bose; ArkOwl 006024; AEO | | | | | | | |
| FF | | 2012 Apple Confidentiality Agreement; ArkOwl 002444; Confidential | | | | | | | |
| GG | | ArkOwl users by state; ArkOwl 006012; AEO | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _5_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| HH | | 2017 email from USPS; ArkOwl 002447; Confidential | | | | | | | |
| II | | 2012 GSI NDA; ArkOwl 002457; Confidential | | | | | | | |
| JJ | | 2015 Richemont invoice; ArkOwl 000768; AEO | | | | | | | |
| KK | | 2012 Western Union NDA; ArkOwl 002465; Confidential | | | | | | | |
| LL | | 2012 email from Jason Taylor; ArkOwl 002361; Confidential | | | | | | | |
| MM | | 2012 ArkOwl presentation; ArkOwl 002326 | | | | | | | |
| NN | | Ipqualityscore website; ArkOwl 006208 | | | | | | | |
| OO | | Ipqualityscore website; ArkOwl 006209 | | | | | | | |
| PP | | About-fraud Printout; ArkOwl 006172 | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _6_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| QQ | | Email from Corwin Cole; ArkOwl 000184 | | | | | | | |
| RR | | 2018 DarkOwl summary overview; DarkOwl 005433; AEO | | | | | | | |
| SS | | DarkOwl vision product training overview; DarkOwl 006936; AEO | | | | | | | |
| TT | | DarkOwl vision product history; DarkOwl 006918 | | | | | | | |
| UU | | July 2021 DarkOwl strategic positioning kickoff; DarkOwl 001310 | | | | | | | |
| VV | | DarkOwl website spreadsheet; DarkOwl 001342; AEO | | | | | | | |
| WW | | Emails to Signifyd; Signifyd 000134-137, 000144-151, 000158 | | | | | | | |
| XX | | Keegan expert report | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST _____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _7_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| YY | | Texts between Rob Daline and Mike Greiling; ArkOwl 000526-554; Confidential | | | | | | | |
| ZZ | | Texts between Rob Daline and Mike Greiling; ArkOwl 000576-584; Confidential | | | | | | | |
| AAA | | ArkOwl Articles of Organization; ArkOwl 000012 | | | | | | | |
| BBB | | ArkOwl Website screenshot; ArkOwl 000001 | | | | | | | |
| CCC | | ArkOwl Website screenshot; ArkOwl 000002 | | | | | | | |
| DDD | | 2016 ArkOwl Social Media Post; ArkOwl 000015 | | | | | | | |
| EEE | | 2016 CNP tweet; ArkOwl 000016 | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _8_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| FFF | | 2017 About-Fraud profile; ArkOwl 000017 | | | | | | | |
| GGG | | 2018 Accertify email; ArkOwl 000018 | | | | | | | |
| HHH | | 2019 Tech News tweet; ArkOwl 000019 | | | | | | | |
| III | | 2020 About-Fraud article; ArkOwl 000021 | | | | | | | |
| JJJ | | 2020 Airline Info tweet; ArkOwl 000020 | | | | | | | |
| KKK | | 2020 Paladin Vendor Report; ArkOwl 000025 | | | | | | | |
| LLL | | 2022 NICE tweet; ArkOwl 000181 | | | | | | | |
| MMM | | 2021 About-Fraud infographic; ArkOwl 000445 | | | | | | | |
| NNN | | 2019 Alite article; ArkOwl 000214 | | | | | | | |
| OOO | | ArkOwl all web inquiries; ArkOwl 001032; AEO | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST _____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _9_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| PPP | | ArkOwl trademark registration file; DarkOwl 000125-143 | | | | | | | |
| QQQ | | ArkOwl design mark file; DarkOwl 000144-178 | | | | | | | |
| RRR | | 2019 Benzinga article; ArkOwl 000523 | | | | | | | |
| SSS | | 2019 Bloomberg article; ArkOwl 000196 | | | | | | | |
| TTT | | Cyberource acronyms; ArkOwl 000450 | | | | | | | |
| UUU | | Financial Times article; ArkOwl 000212 | | | | | | | |
| VVV | | Fintec Buzz article; ArkOwl 000202 | | | | | | | |
| WWW | | Linkedin posts; ArkOwl 000413-432 | | | | | | | |
| XXX | | Merchant Fraud Jounral profile; ArkOwl 000189 | | | | | | | |
| YYY | | Newsakmi article; ArkOwl 000511 | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST _____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _10_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| ZZZ | | NICE press release; ArkOwl 000192 | | | | | | | |
| AAAA | | NICE ArkOwl profile; ArkOwl 000453 | | | | | | | |
| BBBB | | SEON article; ArkOwl 000433 | | | | | | | |
| CCCC | | The Fraud Practice article; ArkOwl 000448 | | | | | | | |
| DDDD | | Thepayers article; ArkOwl 000207 | | | | | | | |
| EEEE | | Notes from Briefing 2019; DarkOwl 005541; AEO | | | | | | | |
| FFFF | | DarkOwl website; DarkOwl 000471 | | | | | | | |
| GGGG | | DarkOwl website; DarkOwl 000407 | | | | | | | |
| HHHH | | DarkOwl website; DarkOwl 000473 | | | | | | | |
| IIII | | DarkOwl website; DarkOwl 000419 | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST _<u>XX</u>__ THIRD PTY DEFTS. LIST ___

CASE CAPTION <u>**DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.**</u> PAGE NO. _11_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| JJJJ | | DarkOwl website; DarkOwl 000416 | | | | | | | |
| KKKK | | DarkOwl website; DarkOwl 000482 | | | | | | | |
| LLLL | | DarkOwl website; DarkOwl 000487 | | | | | | | |
| MMMM | | DarkOwl website; DarkOwl 000455 | | | | | | | |
| NNNN | | DarkOwl website; DarkOwl 000445 | | | | | | | |
| OOOO | | DarkOwl website; DarkOwl 000336 | | | | | | | |
| PPPP | | DarkOwl website; DarkOwl 004007 | | | | | | | |
| QQQQ | | DarkOwl website; DarkOwl 000422 | | | | | | | |
| RRRR | | DarkOwl website; DarkOwl 004091 | | | | | | | |
| SSSS | | DarkOwl website; DarkOwl 000402 | | | | | | | |
| TTTT | | DarkOwl website; DarkOwl 000458 | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST _____ DEFENDANT'S LIST _XX__ THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _12_ DATE: _6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| UUUU | | DarkOwl website; DarkOwl 004096 | | | | | | | |
| VVVV | | DarkOwl website; DarkOwl 000467 | | | | | | | |
| WWWW | | DarkOwl website; DarkOwl 000434 | | | | | | | |
| XXXX | | DarkOwl website; DarkOwl 000439 | | | | | | | |
| YYYY | | DarkOwl website; DarkOwl 000410 | | | | | | | |
| ZZZZ | | DarkOwl website; DarkOwl 000413 | | | | | | | |
| AAAAA | | DarkOwl website; DarkOwl 000429 | | | | | | | |
| BBBBB | | DarkOwl website; DarkOwl 000452 | | | | | | | |
| CCCCC | | DarkOwl website; DarkOwl 000490 | | | | | | | |
| DDDDD | | Loyalty Security Association Attendee Report; ArkOwl 001453; AEO | | | | | | | |
| EEEEE | | Airline Info Attendee Report; ArkOwl 001525; AEO | | | | | | | |

INITIAL DRAFT LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST \_\_\_\_ DEFENDANT'S LIST <u>XX</u> THIRD PTY DEFTS. LIST \_\_\_

CASE CAPTION **<u>DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.</u>** PAGE NO. \_13\_ DATE: \_6/6/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

Dated: June 6, 2023

By: \_/s/ Michael Frasier
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC*
*and ArkOwl Corporation*