# EXHIBIT A

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST __XX__    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO. __1__    DATE: __6/13/2023__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | DarkOwl's 1st Set of Responses & Objections to ArkOwl's 1st Interrogatories<br>Turnage dep Ex 8 | | | | | | | |
| 2 | | Presentation slides titled, "DarkOwl Vision: Product History"<br>Turnage dep Ex 9<br>DARKOWL_006918-35 | | | | | | | |
| 3 | | Presentation slides titled, "DarkOwl Darknet Big Data Summary Overview 2018<br>Turnage Dep Ex 10<br>DARKOWL_005433-45 | | | | | | | |
| 4 | | Presentation slides titled, "DarkOwl Updated Strategic Positioning Kickoff, July 2021 v2"<br>Turnage Dep Ex 11<br>DARKOWL_001310-41 | | | | | | | |
| 5 | | Excel Document - Marketing outline<br>Turnage Dep Ex 12 | | | | | | | |
| 6 | | Presentation slides titled, "DarkOwl Darknet Intelligence"<br>Turnage Dep Ex 14<br>DARKOWL_000970-1006 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ___     THIRD PTY DEFTS. LIST ___

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**     PAGE NO. **2**     DATE: 6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 7 | | DarkOwl Marketing Literature Turnage Dep Ex 15 DARKOWL_001090-91 | | | | | | | |
| 8 | | Presentation slides titled, "DarkOwl Vision, Product Training - Overview" Turnage Dep Ex 16 DARKOWL_006936-49 | | | | | | | |
| 9 | | Presentation slides titled, "DarkOwl Sales Strategy Briefing Q1 2021" Turnage Dep Ex 17 DARKOWL_001264-77 | | | | | | | |
| 10 | | 8/12/2021 Email chain btwn C.Corwin and R.Daline; Subject: "Monitoring the darknet for Apruvd's clients" Turnage Dep Ex 18, Daline Dep Ex 38; ARKOWL_006092-93 | | | | | | | |
| 11 | | Notes from Russ's Sales Strategy Briefing - Q2 2019 Turnage Dep Ex 21 DARKOWL_005541-42 | | | | | | | |
| 12 | | DarkOwl Customer List Turnage Dep Ex 22 DARKOWL_000956-58 | | | | | | | |
| 13 | | Excel Document - DarkOwl financial data 2017 - 2022 Cohen Dep Ex 26 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST  **XX**     DEFENDANT'S LIST ___     THIRD PTY DEFTS. LIST ___

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**     PAGE NO.  **3**     DATE:  6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 14 | | DarkOwl Vision Subscription Agreement for ZeroFOX, Inc. Cohen Dep Ex 27 DARKOWL_001355-60 | | | | | | | |
| 15 | | Excel Document - financial data 2016-2021 Cohen Dep Ex 28 | | | | | | | |
| 16 | | Excel Document - financial data 2017-2021 Cohen Dep Ex 29 | | | | | | | |
| 17 | | 10/8/2021 Answer & Counterclaims Daline Dep Ex 30 | | | | | | | |
| 18 | | All Web Site Data Location Daline Dep Ex 31 ARKOWL_001702-06 | | | | | | | |
| 19 | | All Web Site Data Location Daline Dep Ex 32 ARKOWL_001707-09 | | | | | | | |
| 20 | | All Web Site Data Network Daline Dep Ex 33 ARKOWL_002223-323 | | | | | | | |
| 21 | | Excel Spreadsheet Daline Dep Ex 34 ARKOWL_005632 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ___     THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**     PAGE NO. **4**     DATE: **6/13/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 22 | | Screen capture of portion of text message chain with Andrea<br>Daline Dep Ex 35<br>ARKOWL_000183 | | | | | | | |
| 23 | | Email from Corwin Cole<br>Daline Dep Ex 36<br>ARKOWL_000184 | | | | | | | |
| 24 | | 8/12/2021 Portion of email chain among E.McNiff, C.Cole, and T.Sharp<br>Daline Dep Ex 37<br>ARKOWL_000185 | | | | | | | |
| 25 | | Email from S.Chiringa; Subject: I would like to work with you darkowl.com!<br>Daline dep Ex 39<br>ARKOWL_000186 | | | | | | | |
| 26 | | Document describing point at which customers hear of ArkOwl to point of sale<br>Daline dep Ex. 40<br>ARKOWL_002459 | | | | | | | |
| 27 | | 2012 - 2021 Account Requests, All Time, Cleaned<br>Daline dep Ex 41 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST _ **XX** _     DEFENDANT'S LIST ___     THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**     PAGE NO. _ **5** __   DATE: _ 6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 28 | | USPTO TESS report for serial number 88626162 - word mark "ARKOWL" Daline Dep Ex 42 DARKOWL_000125-43 | | | | | | | |
| 29 | | USPTO TESS report for serial number 88777943 - word mark "ARKOWL" Daline Dep Ex 43 DARKOWL_000144-78 | | | | | | | |
| 30 | | Purchase Additional Queries Daline Dep Ex 44 ARKOWL_003530 | | | | | | | |
| 31 | | All Website Data Location Greiling dep Ex 15 ARKOWL_001716-18 | | | | | | | |
| 32 | | Account Request Form Greiling dep Ex 16 | | | | | | | |
| 33 | | ArkOwl Overview, News, & Competitors, ZoomInfo.com Greiling dep Ex 17 ARKOWL_000520-22 | | | | | | | |
| 34 | | List of Potential ArkOwl Features Greiling Dep Ex 19 ARKOWL_006012 | | | | | | | |
| 35 | | Batch Query Greiling Dep Ex 20 ARKOWL_006013 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST  **XX**    DEFENDANT'S LIST ___    THIRD PTY DEFTS. LIST ___

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO.  **6**    DATE:  6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 36 | | Known Data Breach Associations<br>Greiling Dep Ex 21<br>ARKOWL_002349 | | | | | | | |
| 37 | | 11/12/2021 Defendant's Initial Disclosures<br>Greiling Dep Ex 22 | | | | | | | |
| 38 | | Text Messages<br>Greiling dep Ex 23<br>ARKOWL_000526-54 | | | | | | | |
| 39 | | Document Describing Business<br>Greiling Dep Ex 24 | | | | | | | |
| 40 | | Presentation slides titled, "ARKOWL: Your most accurate source for email verification"<br>Greiling Dep Ex 25<br>ARKOWL_000555-75 | | | | | | | |
| 41 | | ArkOwl Articles of Ownership Equity<br>Greiling Dep Ex 26<br>ARKOWL_002454 | | | | | | | |
| 42 | | Text Messages<br>Greiling dep Ex 27<br>ARKOWL_000576-84 | | | | | | | |
| 43 - 53 | | [withdrawn] | | | | | | | |
| 54 | | DarkOwl Customers List<br>DARKOWL_004421 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ___    THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO. **7**    DATE: **6/13/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 55 | | Expert Report of Samuel Small<br>Small Dep Ex 30 | | | | | | | |
| 56 | | Graphic from About-Fraud.com<br>Small Dep Ex 31<br>ARKOWL_006172 | | | | | | | |
| 57 | | 11/10/2022 deposition of Russell Cohen | | | | | | | |
| 58 | | 8/31/2022 deposition of Robert Daline | | | | | | | |
| 59 | | 9/1/2022 deposition of Robert Daline | | | | | | | |
| 60 | | 8/30/2022 deposition of Michael Greiling | | | | | | | |
| 61 | | [withdrawn] | | | | | | | |
| 62 | | [withdrawn] | | | | | | | |
| 63 | | 9/15/2022 Rule 30b6 deposition of Mark Turnage | | | | | | | |
| 64 | | 1/21/2022 ArkOwl responses to Requests for Production | | | | | | | |
| 65 | | 1/21/2022 ArkOwl responses to Interrogatories | | | | | | | |
| 66 | | 2/9/2022 DarkOwl responses to 1st Interrogatories | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST  **XX**    DEFENDANT'S LIST ___    THIRD PTY DEFTS. LIST ___

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO.  **8**    DATE:  6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 67 | | 2/9/2022 DarkOwl responses to 1st Requests for Production | | | | | | | |
| 68 | | 5/26/2022 ArkOwl supplemental responses to Requests for Production | | | | | | | |
| 69 | | 5/26/2022 ArkOwl supplemental responses to Interrogatories | | | | | | | |
| 70 | | 8/4/2022 ArkOwl 2nd supplemental responses to Interrogatories | | | | | | | |
| 71 | | 9/23/2022 ArkOwl responses to 2nd Interrogatories | | | | | | | |
| 72 | | 9/23/2022 ArkOwl responses to 2nd Requests for Production | | | | | | | |
| 73 | | ArkOwl corrected trademark registration with logo ARKOWL_006018-19 | | | | | | | |
| 74 | | 5/15/2023 Screen capture of webpage: https://arkowl.com/ | | | | | | | |
| 75 | | Portion of LinkedIn profile for Stephanie Hou ARKOWL_000427 | | | | | | | |
| 76 | | Portion of LinkedIn profile for Julia Cederblad ARKOWL_000420 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ___     THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**     PAGE NO. **9**     DATE: **6/13/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 77 | | Portion of LinkedIn profile for Jackie Richards ARKOWL_000417 | | | | | | | |
| 78 | | Portion of LinkedIn profile for Bronte Davis ARKOWL_000413 | | | | | | | |
| 79 | | Portion of LinkedIn profile for Kevin Markowski ARKOWL_000421 | | | | | | | |
| 80 | | Portion of LinkedIn profile for Tammye Mims ARKOWL_000428 | | | | | | | |
| 81 | | Portion of LinkedIn profile for Tanya Baltazar ARKOWL_000429 | | | | | | | |
| 82 | | Portion of LinkedIn profile for Nosheen Khan ARKOWL_000425 | | | | | | | |
| 83 | | Portion of LinkedIn profile for Garnett Collins ARKOWL_000416 | | | | | | | |
| 84 | | Portion of LinkedIn profile for Matthew Dunn ARKOWL_000423 | | | | | | | |
| 85 | | Portion of LinkedIn profile for Jonathan Vega ARKOWL_000419 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**   PLAINTIFF'S LIST **XX**   DEFENDANT'S LIST ___   THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**   PAGE NO. **10**   DATE: **6/13/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 86 | | Portion of LinkedIn profile for James Moriarty ARKOWL_000418 | | | | | | | |
| 87 | | Portion of LinkedIn profile for Callum Henson ARKOWL_000414 | | | | | | | |
| 88 | | Portion of LinkedIn profile for Patrycja Rojek-Wesolowska ARKOWL_000426 | | | | | | | |
| 89 | | Portion of LinkedIn profile for Eleni Meneve ARKOWL_000415 | | | | | | | |
| 90 | | Screen capture of portion of text message chain with Mike Greiling ARKOWL_000583 | | | | | | | |
| 91 | | 11/18/2021 Screen capture of the webpage: https://seon.io/resources/the-best-fraud-detection-and-prevention-software-tools/ ARKOWL_000433-44 | | | | | | | |
| 92 | | Notes with heading, "Email Fraud Tool" | | | | | | | |
| 93 | | ArkOwl ad titled, "Detecting fraud just got faster…and cheaper" ARKOWL_002344 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST  **XX**     DEFENDANT'S LIST ___     THIRD PTY DEFTS. LIST ___

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**     PAGE NO. **11**    DATE: 6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 94 | | ArkOwl presentation slides titled, "Your Most Accurate Source for Email Verification" ARKOWL_004580-600 | | | | | | | |
| 95 | | Document titled, "Tiered Volume Pricing" ARKOWL_006123-24 | | | | | | | |
| 96 | | 2/9/2021 Email chain btwn C.Corwin and R.Daline; Subject: "DarkOwl?" ARKOWL_006157-58 | | | | | | | |
| 97 | | Presentation slide deck titled "2021 Annual Report: ArkOwl" ARKOWL_006108-22 | | | | | | | |
| 98 | | Excel spreadsheet with financial data for years 2017 through 2021 DARKOWL_001363 | | | | | | | |
| 99 | | 2/1/2022 Screen capture of webpage: https://www.darkowl.com/sample-use-cases DARKOWL_002582-84 | | | | | | | |
| 100 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/category/uncategorized DARKOWL_004025-27 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ___    THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO. **12**    DATE: 6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 101 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/critical-infrastructure/ DARKOWL_004030-32 | | | | | | | |
| 102 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/press-releases/cyberdefenses-team-to-enhance-cyber-intelligence-with-darkowl-darknet-data/ DARKOWL_004073-75 | | | | | | | |
| 103 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/products/datafeeds/ DARKOWL_004168-70 | | | | | | | |
| 104 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/products/ DARKOWL_004182-85 | | | | | | | |
| 105 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/products/score-api/ DARKOWL_004186-89 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST _**XX**_     DEFENDANT'S LIST ___     THIRD PTY DEFTS. LIST ___

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**     PAGE NO. _**13**_     DATE: _6/13/2023_

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 106 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/products/score-api/ DARKOWL_004190-93 | | | | | | | |
| 107 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/products/search-api/ DARKOWL_004194-96 | | | | | | | |
| 108 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/products/search-api/ DARKOWL_004197-99 | | | | | | | |
| 109 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/cyber-insurance-underwriting/ DARKOWL_004361-62 | | | | | | | |
| 110 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/digital-identity-protection/ DARKOWL_004363-65 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ___    THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO. **14**    DATE: 6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 111 |  | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/fraud-protection/ DARKOWL_004366-67 |  |  |  |  |  |  |  |
| 112 |  | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/ DARKOWL_004368-69 |  |  |  |  |  |  |  |
| 113 |  | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/national-security-and-law-enforcement/ DARKOWL_004370-72 |  |  |  |  |  |  |  |
| 114 |  | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/third-party-risk/ DARKOWL_004373-75 |  |  |  |  |  |  |  |
| 115 |  | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/threat-intelligence/ DARKOWL_004376-78 |  |  |  |  |  |  |  |
| 116 |  | Trademark registration for serial number 86838988 - ANALYTICOWL DARKOWL_004506-08 |  |  |  |  |  |  |  |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ___    THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO. **15**    DATE: **6/13/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 117 | | USPTO TESS report for serial number 86838988 - ANALYTICOWL DARKOWL_004509-10 | | | | | | | |
| 118 | | Trademark registration for serial number 97217624 - OWL CYBER DEFENSE DARKOWL_004906-07 | | | | | | | |
| 119 | | USPTO TESS report for serial number 97217624 - OWL CYBER DEFENSE DARKOWL_004908 | | | | | | | |
| 120 | | Trademark registration for serial number 87446002 - OWL CYBER DEFENSE DARKOWL_004909-12 | | | | | | | |
| 121 | | USPTO TESS report for serial number 87446002 - OWL CYBER DEFENSE DARKOWL_004913-14 | | | | | | | |
| 122 | | Trademark registration for serial number 87445972 - OWL CYBER DEFENSE DARKOWL_004915-17 | | | | | | | |
| 123 | | USPTO TESS report for serial number 87445972 - OWL CYBER DEFENSE DARKOWL_004918-19 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST __XX__    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO. __16__   DATE: _6/13/2023_

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 124 | | Trademark registration for serial number 86136323 - OWL SCAN DARKOWL_005093-95 | | | | | | | |
| 125 | | USPTO TESS report for serial number 86136323 - OWL SCAN DARKOWL_005096-97 | | | | | | | |
| 126 | | Trademark registration for serial number 86860140 - REDOWL DARKOWL_005214-17 | | | | | | | |
| 127 | | USPTO TESS report for serial number 86860140 - REDOWL DARKOWL_005218-19 | | | | | | | |
| 128 | | Trademark registration for serial number 88147596 - SECUREOWL DARKOWL_005244-46 | | | | | | | |
| 129 | | USPTO TESS report for serial number 88147596 - SECUREOWL DARKOWL_005247-48 | | | | | | | |
| 130 | | Trademark registration for serial number 88147607 - SECUREOWL DARKOWL_005249-52 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST  **XX**    DEFENDANT'S LIST ___    THIRD PTY DEFTS. LIST ___

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**    PAGE NO.  **17**    DATE:  **6/13/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 131 |  | USPTO TESS report for serial number 88147607 - SECUREOWL DARKOWL_005253-54 |  |  |  |  |  |  |  |
| 132 |  | Trademark registration for serial number 85429713 - SPATIOWL DARKOWL_005278-81 |  |  |  |  |  |  |  |
| 133 |  | USPTO TESS report for serial number 85429713 - SPATIOWL DARKOWL_005282-83 |  |  |  |  |  |  |  |
| 134 |  | Trademark registration for serial number 86233366 - STREET OWL DARKOWL_005297-300 |  |  |  |  |  |  |  |
| 135 |  | USPTO TESS report for serial number 86233366 - STREET OWL DARKOWL_005301-302 |  |  |  |  |  |  |  |
| 136 |  | Trademark registration for serial number 87246515 - SURFACE OWL DARKOWL_005303-305 |  |  |  |  |  |  |  |
| 137 |  | USPTO TESS report for serial number 87246515 - SURFACE OWL DARKOWL_005306-07 |  |  |  |  |  |  |  |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **_XX_**     DEFENDANT'S LIST ___     THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**     PAGE NO. _18_     DATE: _6/13/2023_

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 138 | | Trademark registration for serial number 86375555 - WATCHOWL DARKOWL_005325-27 | | | | | | | |
| 139 | | USPTO TESS report for serial number 86375555 - WATCHOWL DARKOWL_005328-29 | | | | | | | |
| 140 | | Presentation slides titled, "DARKOWL: Darknet Intelligence" DARKOWL_005390-99 | | | | | | | |
| 141 | | Presentation slides titled, "DARKOWL VISION: Case Studies" DARKOWL_005503-14 | | | | | | | |
| 142 | | 11/18/2021 Screen capture of webpage: https://web.archive.org/web/20210518170612/https://www.darkowl.com/darkint-scores DARKOWL_005847-49 | | | | | | | |
| 143 | | 9/1/2022 Screen capture of webpage: https://www.about-fraud.com/wp-content/uploads/2015/01/ArkOwl-3.0-Datasheet-Linking-Email-and-Phones-to-Real-People.pdf DARKOWL_006630-33 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST  **XX**     DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION  **DarkOwl, LLC** v. **ArkOwl, LLC et al**      PAGE NO.  **19**     DATE:  6/13/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |