IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Camden Pommenville | FTR - Reporter Deck - Courtroom A-401 |
| | Alfred A. Arraj United States Courthouse |
| Date: June 20, 2023 | |

Civil Action No. 21-cv-02163-KLM

*Parties*:  *Counsel*:

DARKOWL, LLC,  Jeremy Buxbaum
  Thomas Holt, Jr.
 Plaintiff,  Sabrina Danielson

v.

ARKOWL LLC, ET AL.,
  Michael Frasier
 Defendants.

**COURTROOM MINUTES**

**TRIAL PREPARATION AND FINAL PRETRIAL CONFERENCE**
**Court in session:   2:32 p.m.**
Court calls case. Appearances of counsel.

Court confirms bench trial to begin at 9:00 AM Monday June 26, 2023. Parties should be ready at 8:30 AM to address any preliminary issues.

Discussion regarding witness and exhibit lists, and other logistical issues.

HEARING CONCLUDED.
**Court in recess:   2:45 p.m.**
Total Time:   00:13

To order transcripts of hearings, please contact either AB Court Reporting & Video, Inc. at (303) 629-8534 or Patterson Transcription Company at (303) 755-4536.