LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u>XX</u>  THIRD PTY DEFTS. LIST ___

CASE CAPTION <u>**DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.**</u> PAGE NO. _1_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 301 | | ArkOwl Articles of Organization; ArkOwl 000012 | | | | | | | |
| 302 | | ArkOwl Website screenshot; ArkOwl 000001 | | | | | | | |
| 303 | | 2012 ArkOwl presentation; ArkOwl 002326 | | | | | | | |
| 304 | | 2012 email from Jason Taylor; ArkOwl 002361; Confidential | | | | | | | |
| 305 | | 2020 Paladin Vendor Report; ArkOwl 000025 | | | | | | | |
| 306 | | 2012 Apple Confidentiality Agreement; ArkOwl 002444; Confidential | | | | | | | |
| 307 | | 2012 GSI NDA; ArkOwl 002457; Confidential | | | | | | | |
| 308 | | 2012 invoice from Home Depot; ArkOwl 006087; AEO | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u>XX</u> THIRD PTY DEFTS. LIST ____

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _2_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 309 | | 2012 invoice from Louis Vuitton; ArkOwl 006088; AEO | | | | | | | |
| 310 | | 2012 invoice Omaha Steaks; ArkOwl 006085; AEO | | | | | | | |
| 311 | | 2012 Western Union NDA; ArkOwl 002465; Confidential | | | | | | | |
| 312 | | 2012 email from Cabelas; ArkOwl 002363; Confidential | | | | | | | |
| 313 | | 2012 email from Cleverbridge; ArkOwl 002366; Confidential | | | | | | | |
| 314 | | 2012 email from Frys; ArkOwl 002370; Confidential | | | | | | | |
| 315 | | 2012 email from Luckycomm; ArkOwl 002371; Confidential | | | | | | | |
| 316 | | 2012 email from Raileurope; ArkOwl 002372; Confidential | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u>XX</u> THIRD PTY DEFTS. LIST ____

CASE CAPTION <u>**DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.**</u> PAGE NO. _3_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 317 | | 2012 email from Staples; ArkOwl 002376; Confidential | | | | | | | |
| 318 | | 2012 email from Tekserve; ArkOwl 002377; Confidential | | | | | | | |
| 319 | | 2012 email from tickets.com; ArkOwl 002379; Confidential | | | | | | | |
| 320 | | 2013 invoice from Bose; ArkOwl 006024; AEO | | | | | | | |
| 321 | | 2013 invoice from Cybersource; ArkOwl 006023; AEO | | | | | | | |
| 322 | | 2013 email from Sephora; ArkOwl 002382; Confidential | | | | | | | |
| 323 | | 2014 email from betfair.com; ArkOwl 002384; Confidential | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u>XX</u> THIRD PTY DEFTS. LIST ____

CASE CAPTION **<u>DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.</u>** PAGE NO. _4_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 324 | | 2015 Richemont invoice; ArkOwl 000768; AEO | | | | | | | |
| 325 | | 2015 email from Nieman Marcus; ArkOwl 002389; Confidential | | | | | | | |
| 326 | | 2017 email from UPS; ArkOwl 002447; Confidential | | | | | | | |
| 327 | | ArkOwl users by state; ArkOwl 006012; AEO | | | | | | | |
| 328 | | 2016 ArkOwl Social Media Post; ArkOwl 000015 | | | | | | | |
| 329 | | 2016 CNP tweet; ArkOwl 000016 | | | | | | | |
| 330 | | 2017 About-Fraud profile; ArkOwl 000017 | | | | | | | |
| 331 | | 2018 Accertify email; ArkOwl 000018 | | | | | | | |
| 332 | | 2019 Tech News tweet; ArkOwl 000019 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST  XX   THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _5_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 333 | | 2020 About-Fraud article; ArkOwl 000021 | | | | | | | |
| 334 | | Cyberource acronyms; ArkOwl 000450 | | | | | | | |
| 335 | | NICE press release; ArkOwl 000192 | | | | | | | |
| 336 | | NICE ArkOwl profile; ArkOwl 000453 | | | | | | | |
| 337 | | Thepayers article; ArkOwl 000207 | | | | | | | |
| 338 | | 2019 Benzinga article; ArkOwl 000523 | | | | | | | |
| 339 | | 2019 Bloomberg article; ArkOwl 000196 | | | | | | | |
| 340 | | Financial Times article; ArkOwl 000212 | | | | | | | |
| 341 | | Fintec Buzz article; ArkOwl 000202 | | | | | | | |
| 342 | | 2022 NICE tweet; ArkOwl 000181 | | | | | | | |
| 343 | | Newsakmi article; ArkOwl 000511 | | | | | | | |
| 344 | | Ipqualityscore website; ArkOwl 006208 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST  XX   THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _6_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 345 | | Ipqualityscore website; ArkOwl 006209 | | | | | | | |
| 346 | | About-fraud Printout; ArkOwl 006172 | | | | | | | |
| 347 | | 2021 About-Fraud infographic; ArkOwl 000445 | | | | | | | |
| 348 | | 2019 Alite article; ArkOwl 000214 | | | | | | | |
| 349 | | SEON article; ArkOwl 000433 | | | | | | | |
| 350 | | The Fraud Practice article; ArkOwl 000448 | | | | | | | |
| 351 | | Merchant Fraud Journal profile; ArkOwl 000189 | | | | | | | |
| 352 | | 2020 Airline Info tweet; ArkOwl 000020 | | | | | | | |
| 353 | | AI events attendees; ArkOwl 001525 AEO | | | | | | | |
| 354 | | LSA attendees; ArkOwl 001453 AEO | | | | | | | |
| 355 | | Linkedin posts; ArkOwl 000413 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST  XX  THIRD PTY DEFTS. LIST ____

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _7_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 356 | | Linkedin posts; ArkOwl 000414 | | | | | | | |
| 357 | | Linkedin posts; ArkOwl 000415 | | | | | | | |
| 358 | | Linkedin posts; ArkOwl 000416 | | | | | | | |
| 359 | | Linkedin posts; ArkOwl 000417 | | | | | | | |
| 360 | | Linkedin posts; ArkOwl 000418 | | | | | | | |
| 361 | | Linkedin posts; ArkOwl 000419 | | | | | | | |
| 362 | | Linkedin posts; ArkOwl 000420 | | | | | | | |
| 363 | | Linkedin posts; ArkOwl 000421 | | | | | | | |
| 364 | | Linkedin posts; ArkOwl 000422 | | | | | | | |
| 365 | | Linkedin posts; ArkOwl 000423 | | | | | | | |
| 366 | | Linkedin posts; ArkOwl 000424 | | | | | | | |
| 367 | | Linkedin posts; ArkOwl 000425 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u>XX</u> THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _8_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 368 | | Linkedin posts; ArkOwl 000426 | | | | | | | |
| 369 | | Linkedin posts; ArkOwl 000427 | | | | | | | |
| 370 | | Linkedin posts; ArkOwl 000428 | | | | | | | |
| 371 | | Linkedin posts; ArkOwl 000429 | | | | | | | |
| 372 | | Linkedin posts; ArkOwl 000430 | | | | | | | |
| 373 | | Linkedin posts; ArkOwl 000431 | | | | | | | |
| 374 | | Linkedin posts; ArkOwl 000432 | | | | | | | |
| 375 | | ArkOwl all web inquiries; ArkOwl 001032; AEO | | | | | | | |
| 376 | | Texts between Rob Daline and Mike Greiling; ArkOwl 000526-554; Confidential | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u>XX</u>  THIRD PTY DEFTS. LIST ___

CASE CAPTION <u>**DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.**</u> PAGE NO. _9_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 377 | | Texts between Rob Daline and Mike Greiling; ArkOwl 000576-584; Confidential | | | | | | | |
| 378 | | ArkOwl trademark registration file; DarkOwl 000125-143 | | | | | | | |
| 379 | | ArkOwl design mark file; DarkOwl 000144-178 | | | | | | | |
| 380 | | Email from Corwin Cole; ArkOwl 000184 | | | | | | | |
| 381 | | 2021 email from Apruvd; ArkOwl 006092 | | | | | | | |
| 382 | | 2013 ArkOwl Finances; ArkOwl 002730 AEO | | | | | | | |
| 383 | | 2015 ArkOwl Finances; ArkOwl 003276 AEO | | | | | | | |
| 384 | | ArkOwl invoiced clients; ArkOwl 006210; AEO | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u>XX</u> THIRD PTY DEFTS. LIST ___

CASE CAPTION **<u>DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.</u>** PAGE NO. _10_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 385 | | ArkOwl 2022 finances; ArkOwl 006211; AEO | | | | | | | |
| 386 | | Cybersource manual review manual; Cybs000001-10; AEO | | | | | | | |
| 387 | | Emails to Signifyd; Signifyd 000134-137, 000144-151, 000158 | | | | | | | |
| 388 | | DarkOwl website spreadsheet; DarkOwl 001342; AEO | | | | | | | |
| 389 | | DarkOwl website; DarkOwl 000258 | | | | | | | |
| 390 | | DarkOwl website; DarkOwl 000399 | | | | | | | |
| 391 | | DarkOwl website; DarkOwl 000640 | | | | | | | |
| 392 | | DarkOwl website; DarkOwl 000668 | | | | | | | |
| 393 | | DarkOwl website; DarkOwl 000727 | | | | | | | |
| 394 | | DarkOwl website; DarkOwl 000731 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u>XX</u> THIRD PTY DEFTS. LIST ___

CASE CAPTION <u>**DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.**</u> PAGE NO. _11_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 395 | | DarkOwl website; DarkOwl 000748 | | | | | | | |
| 396 | | DarkOwl website; DarkOwl 004168 | | | | | | | |
| 397 | | DarkOwl website; DarkOwl 004174 | | | | | | | |
| 398 | | DarkOwl website; DarkOwl 004366 | | | | | | | |
| 399 | | DarkOwl website; DarkOwl 000471 | | | | | | | |
| 400 | | DarkOwl website; DarkOwl 000407 | | | | | | | |
| 401 | | DarkOwl website; DarkOwl 000473 | | | | | | | |
| 402 | | DarkOwl website; DarkOwl 000419 | | | | | | | |
| 403 | | DarkOwl website; DarkOwl 000416 | | | | | | | |
| 404 | | DarkOwl website; DarkOwl 000482 | | | | | | | |
| 405 | | DarkOwl website; DarkOwl 000487 | | | | | | | |
| 406 | | DarkOwl website; DarkOwl 000455 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST  XX  THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _12_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 407 | | DarkOwl website; DarkOwl 000445 | | | | | | | |
| 408 | | DarkOwl website; DarkOwl 000336 | | | | | | | |
| 409 | | DarkOwl website; DarkOwl 004007 | | | | | | | |
| 410 | | DarkOwl website; DarkOwl 000422 | | | | | | | |
| 411 | | DarkOwl website; DarkOwl 004091 | | | | | | | |
| 412 | | DarkOwl website; DarkOwl 000402 | | | | | | | |
| 413 | | DarkOwl website; DarkOwl 000458 | | | | | | | |
| 414 | | DarkOwl website; DarkOwl 004096 | | | | | | | |
| 415 | | DarkOwl website; DarkOwl 000467 | | | | | | | |
| 416 | | DarkOwl website; DarkOwl 000434 | | | | | | | |
| 417 | | DarkOwl website; DarkOwl 000439 | | | | | | | |
| 418 | | DarkOwl website; DarkOwl 000490 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. 21-cv-02163-KLM PLAINTIFF'S LIST ____ DEFENDANT'S LIST  XX  THIRD PTY DEFTS. LIST ___

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _13_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| PRELIM. REF NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 419 | | DarkOwl website; DarkOwl 000413 | | | | | | | |
| 420 | | DarkOwl website; DarkOwl 000429 | | | | | | | |
| 421 | | DarkOwl website; DarkOwl 000410 | | | | | | | |
| 422 | | DarkOwl website; DarkOwl 000452 | | | | | | | |
| 423 | | ArkOwl Usage By State; ArkOwl 001691-1693 | | | | | | | |
| 424 | | ArkOwl Query Stats; ArkOwl 006171 Confidential | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. <u>21-cv-02163-KLM</u> PLAINTIFF'S LIST ____ DEFENDANT'S LIST <u> XX </u> THIRD PTY DEFTS. LIST ____

CASE CAPTION **DARKOWL, LLC vs. ARKOWL, LLC, & ARKOWL CORP.** PAGE NO. _14_ DATE: _6/21/2023

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

Dated: June 21, 2023

By: <u> /s/ Michael Frasier</u>
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC
and ArkOwl Corporation*