## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Kristen L. Mix

Case No.  <u>21-cv-02163-KLM</u>          Date  <u>    June 21, 2023   </u>

Case Title: <u>DarkOwl, LLC v. ArkOwl, LLC and ArkOwl Corporation</u>

DEFENDANT ARKOWL, LLC'S  FINAL WITNESS LIST

| **WITNESS** | **PROPOSED DATE(S) AND LENGTH OF TESTIMONY** |
|---|---|
| **Rob Daline (Will Call)** | _____ |
| **Mark Turnage (Will Call)** | _____ |
| **Russell Cohen (Will Call)** | _____ |

Dated: June 21, 2023

By: <u>/s/ Michael Frasier</u>
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC and ArkOwl Corporation*