**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**Magistrate Judge Kristen L. Mix**

Case No. 21-cv-02163-KLM                              Date:  June 22, 2023

Case Title:  DARKOWL, LLC vs. ARKOWL, LLC and ARKOWL CORPORATION

**PLAINTIFF DARKOWL LLC's FINAL WITNESS LIST**

|  | **TESTIMONY PROPOSED** |
| **WITNESS** | **DATE   and          LENGTH** |
| --- | --- |
| Mark Turnage (will call) | |
| Robert Daline (will call) | |
| Russell Cohen (may call) | |
| | |
| | |
| | |