IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

---

Courtroom Deputy: Laura Galera          Court Reporter - Terri Lindblom
Date: June 26, 2023

---

Civil Action No. 21-cv-02163-KLM

*Parties*:                                    *Counsel*:

DARKOWL, LLC,                                 Jeremy Buxbaum
                                              Thomas Holt, Jr.
     Plaintiff/Counter Defendant,          Sabrina Danielson

v.

ARKOWL LLC, ET AL.,                           Michael Frasier

     Defendants/Counter Claimants.

---

## AMENDED COURTROOM MINUTES

---

**BENCH TRIAL - DAY ONE**
**Court in session:   8:59 a.m.**
Court calls case. Appearances of counsel.

Counsel address the Court regarding demonstrative exhibits.

**Court in recess:     9:01 a.m.**
**Court in session:   9:06 a.m.**

Defendant does not object to Plaintiff's demonstrative exhibits.

**Plaintiff's Exhibit #133 is ADMITTED.**

Parties tender stipulated facts #1-#17.

**Court admits stipulated facts #1-#17.**

Defense counsel moves to admit Plaintiff's Exhibits #1-#133 and Defendants' Exhibits #301-#424.

**Plaintiff's Exhibits #1-#133 and Defendants' Exhibits #301-#424 are ADMITTED.**

9:09 a.m.        Opening statement by Mr. Fraiser.

9:16 a.m.        Opening statement by Mr. Holt.

Defendants' witness, Robert Daline, called and sworn.

9:41 a.m.        Direct examination of Mr. Daline by Mr. Frasier.

**Court in recess:     10:34 a.m.**
**Court in session:   10:53 a.m.**

Continued direct examination of Mr. Daline by Mr. Frasier.

12:04 p.m.      Court questions the witness.

**Court in recess:     12:11 p.m.**
**Court in session     1:16 p.m.**

Witness Robert Daline resumes the stand.

1:16 p.m.        Cross/direct examination of Mr. Daline by Mr. Holt.

**Court in recess:     2:25 p.m.**
**Court in session:   2:43 p.m.**

Continued cross/direct examination of Mr. Daline by Mr. Holt.

2:52 p.m.        Redirect/cross examination of Mr. Daline by Mr. Frasier.

3:04 p.m.        Court questions witness.

Witness excused.

Defendant's witness, Russell Cohen, called and sworn.

3:06 p.m.        Direct examination of Mr. Cohen by Mr. Frasier.

**Court in recess:     3:43 p.m.**
**Court in session:   3:55 p.m.**

Cross/direct examination of Mr. Cohen by Mr. Buxbaum.

Witness excused.

Parties address the Court regarding schedule.

Parties are instructed to return at 9:00 a.m. tomorrow.

**Court in recess:     4:01 p.m.**

Total Time:   4:57