IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE KRISTEN L. MIX**

| | |
|---|---|
| Courtroom Deputy: Laura Galera | Court Reporter - Terri Lindblom |
| Date: June 27, 2023 | |

Civil Action No. 21-cv-02163-KLM

*Parties*:                                                          *Counsel*:

DARKOWL, LLC,                                             Jeremy Buxbaum
                                                                        Thomas Holt, Jr.
   Plaintiff/Counter Defendant,                     Sabrina Danielson

v.

ARKOWL LLC, ET AL.,                                   Michael Frasier

   Defendants/Counter Claimants.

## COURTROOM MINUTES

**BENCH TRIAL - DAY TWO**
**Court in session:   9:13 a.m.**

Court calls case. Appearances of counsel.

Counsel address the Court regarding attorneys' eyes only exhibits.

Defendant's witness, Mark Turnage, called and sworn.

9:14 a.m.     Direct examination of Mr. Turnage by Mr. Frasier.

**Court in recess:     10:19 a.m.**
**Court in session:   10:38 a.m.**

Mr. Turnage resumes the stand.

10:39 a.m.     Direct/cross examination of Mr. Turnage by Mr. Buxbaum.

**Court in recess:     11:32 a.m.**
**Court in session:   11:45 a.m.**

Mr. Turnage resumes the stand.

Redirect/cross examination of Mr. Turnage by Mr. Frasier.

Witness excused.

Defendant rests.

Plaintiff rests.

Counsel to submit proposed findings of fact and conclusions of law that relates to the evidence presented **no later than July 19, 2023**.

**Court in recess:     11:59 a.m.**
**Court in session:   3:36 p.m.**

Closing argument by Mr. Frasier.

4:18 p.m.     Closing argument by Mr. Holt.

Clerk's Note: Exhibits and depositions have been returned to counsel.

Trial concluded.

**Court in recess:     4:55 p.m.**

Total Time:   3:33