IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

Case No. 21-cv-02163-KLM                                  Date: June 22, 2023

Case Title: DARKOWL, LLC vs. ARKOWL, LLC and ARKOWL CORPORATION

PLAINTIFF DARKOWL LLC's FINAL WITNESS LIST

| WITNESS | TESTIMONY PROPOSED DATE and LENGTH |
|---|---|
| Mark Turnage (will call) | 6-27-23 |
| Robert Daline (will call) | 6-26-23 |
| Russell Cohen (may call) | 6-26-23 |