IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Kristen L. Mix

Case No. 21-cv-02163-KLM                    Date     June 21, 2023

Case Title: DarkOwl, LLC v. ArkOwl, LLC and ArkOwl Corporation

DEFENDANT ARKOWL, LLC'S FINAL WITNESS LIST

| WITNESS | PROPOSED DATE(S) AND LENGTH OF TESTIMONY |
|---|---|
| **Rob Daline (Will Call)** | 6-26-23 |
| **Mark Turnage (Will Call)** | 6-27-23 |
| **Russell Cohen (Will Call)** | 6-26-23 |

Dated: June 21, 2023

By: /s/ Michael Frasier
Michael Frasier, MN Bar #387704
**RUBRIC LEGAL LLC**
111 Third Avenue South, Suite 110
Minneapolis, MN 55401
P: (612) 465.0074
F: (612) 605.1986
Michael@rubriclegal.com

*Attorney for Defendants ArkOwl LLC and ArkOwl Corporation*