LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**       PAGE NO. **1**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | DarkOwls 1st Set of Responses & Objections to ArkOwl's 1st Interrogatories Turnage Dep Ex 8 | | 6·26·23 | | 6·26·23 | | | |
| 2 | | Presentation slides titled, "DarkOwl Vision: Product History" Turnage Dep Ex 9 DARKOWL_006918 / 6935 | | | | | | | |
| 3 | | Presentation slides titled, "DarkOwl Darknet Big Data Summary Overview 2018 Turnage Dep Ex 10 DARKOWL_005433 / 5445 | | | | | | | |
| 4 | | Presentation slides titled, "DarkOwl Updated Strategic Positioning Kickoff, July 2021 v2" Turnage Dep Ex 11 DARKOWL_001310 / 1341 | | | | | | | |
| 5 | | Excel Document - Marketing outline Turnage Dep Ex 12 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**       PAGE NO. **2**___   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 6 | | Presentation slides titled, "DarkOwl Darknet Intelligence" Turnage Dep Ex 14 DARKOWL_000970 / 1006 | | 6-26-23 | | 6-26-23 | | | |
| 7 | | DarkOwl Marketing Literature Turnage Dep Ex 15 DARKOWL_001090 / 1091 | | | | | | | |
| 8 | | Presentation slides titled, "DarkOwl Vision, Product Training - Overview" Turnage Dep Ex 16 DARKOWL_006936 / 6949 | | | | | | | |
| 9 | | Presentation slides titled, "DarkOwl Sales Strategy Briefing Q1 2021" Turnage Dep Ex 17 DARKOWL_001264 / 1277 | | | | | | | |
| 10 | | 8/12/2021 Email chain btwn C.Corwin and R.Daline; Subject: "Monitoring the darknet for Apruvd's clients" Turnage Dep Ex 18, Daline Dep Ex 38; ARKOWL_006092 / 6093 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST __XX__    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**        PAGE NO. __3___    DATE: __6/22/2023__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 11 | | Notes from Russ's Sales Strategy Briefing - Q2 2019 Turnage Dep Ex 21 DARKOWL_005541 / 5542 | | 6-26-23 | | 6-26-23 | | | |
| 12 | | DarkOwl Customer List Turnage Dep Ex 22 DARKOWL_000956 / 0958 | | | | | | | |
| 13 | | Excel Document - Darkowl financial data 2017 - 2022 Cohen Dep Ex 26 | | | | | | | |
| 14 | | DarkOwl Vision Subscription Agreement for ZeroFOX, Inc. Cohen Dep Ex 27 DARKOWL_001355 / 1360 | | | | | | | |
| 15 | | Excel Document - financial data 2016-2021 Cohen Dep Ex 28 | | | | | | | |
| 16 | | Excel Document - financial data 2017-2021 Cohen Dep Ex 29 | | | | | | | |
| 17 | | 10/8/2021 Answer & Counterclaims Daline Dep Ex 30 | | | | | | | |
| 18 | | All Web Site Data Location Daline Dep Ex 31 ARKOWL_001702 / 1706 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**        PAGE NO. **4**    DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 19 | | All Web Site Data Location Daline Dep Ex 32 ARKOWL_001707 / 1709 | | 6·26·23 | | 6·26·23 | | | |
| 20 | | All Web Site Data Network Daline Dep Ex 33 ARKOWL_002223 / 2323 | | | | | | | |
| 21 | | Excel Spreadsheet Daline Dep Ex 34 ARKOWL_005632 | | | | | | | |
| 22 | | Screen capture of portion of text message chain with Andrea Daline Dep Ex 35 ARKOWL_000183 | | | | | | | |
| 23 | | Email from Corwin Cole Daline Dep Ex 36 ARKOWL_000184 | | | | | | | |
| 24 | | 8/12/2021 Portion of email chain among E.McNiff, C.Cole, and T.Sharp Daline Dep Ex 37 ARKOWL_000185 | | | | | | | |
| 25 | | Email from S.Chiringa; Subject: I would like to work with you darkowl.com! Daline Dep Ex 39 ARKOWL_000186 | | | | | | | |

## LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST __XX__     DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**     PAGE NO. __5__   DATE: __6/22/2023__

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 26 | | Document describing point at which customers hear of Arkowl to point of sale Daline Dep Ex. 40 ARKOWL_002459 | | 6-26-23 | | 6-26-23 | | | |
| 27 | | 2012 - 2021 Account Requests, All Time, Cleaned Daline Dep Ex 41 | | | | | | | |
| 28 | | USPTO TESS report for serial number 88626162 - word mark "ARKOWL" Daline Dep Ex 42 DARKOWL_000125 / 0143 | | | | | | | |
| 29 | | USPTO TESS report for serial number 88777943 - word mark "ARKOWL" Daline Dep Ex 43 DARKOWL_000144 / 0178 | | | | | | | |
| 30 | | Purchase Additional Queries Daline Dep Ex 44 ARKOWL_003530 | | | | | | | |
| 31 | | All Website Data Location Greiling Dep Ex 15 ARKOWL_001716 / 1718 | | | | | | | |
| 32 | | Account Request Form Greiling Dep Ex 16 | | ✓ | | ✓ | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**        PAGE NO. **6**    DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 33 | | Arkowl Overview, News, & Competitors, ZoomInfo.com Greiling Dep Ex 17 ARKOWL_000520 / 0522 | | 6·26·23 | | 6·26·23 | | | |
| 34 | | List of Potential ArkOwl Features Greiling Dep Ex 19 ARKOWL_006012 | | | | | | | |
| 35 | | Batch Query Greiling Dep Ex 20 ARKOWL_006013 | | | | | | | |
| 36 | | Known Data Breach Associations Greiling Dep Ex 21 ARKOWL_002349 | | | | | | | |
| 37 | | 11/12/2021 Defendant's Initial Disclosures Greiling Dep Ex 22 | | | | | | | |
| 38 | | Text Messages Greiling Dep Ex 23 ARKOWL_000526 / 0554 | | | | | | | |
| 39 | | Document Describing Business Greiling Dep Ex 24 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC** v. **ArkOwl, LLC et al**        PAGE NO. **7**     DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 40 | | Presentation slides titled, "ARKOWL: Your most accurate source for email verification" Greiling Dep Ex 25 ARKOWL_000555 / 0575 | | 6·26·23 | | 6·26·23 | | | |
| 41 | | ArkOwl Articles of Ownership Equity Greiling Dep Ex 26 ARKOWL_002454 | | | | | | | |
| 42 | | Text Messages Greiling Dep Ex 27 ARKOWL_000576 / 0584 | | | | | | | |
| 43 | | DarkOwl Customers List DARKOWL_004421 | | | | | | | |
| 44 | | [WITHDRAWN] | | | | | | | |
| 45 | | Graphic from About-Fraud.com ARKOWL_006172 | | | | | | | |
| 46 | | 1/21/2022 Arkowl responses to Requests for Production | | | | | | | |
| 47 | | 1/21/2022 Arkowl responses to Interrogatories | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**       PAGE NO. **8**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 48 | | 2/9/2022 Darkowl responses to 1st Interrogatories | | 6-26-23 | | 6-26-23 | | | |
| 49 | | 2/9/2022 Darkowl responses to 1st Requests for Production | | | | | | | |
| 50 | | 5/26/2022 Arkowl supplemental responses to Requests for Production | | | | | | | |
| 51 | | 5/26/2022 Arkowl supplemental responses to Interrogatories | | | | | | | |
| 52 | | 8/4/2022 Arkowl 2nd supplemental responses to Interrogatories | | | | | | | |
| 53 | | 9/23/2022 Arkowl responses to 2nd Interrogatories | | | | | | | |
| 54 | | 9/23/2022 Arkowl responses to 2nd Requests for Production | | | | | | | |
| 55 | | Arkowl corrected trademark registration with logo ARKOWL_006018 / 6019 | | | | | | | |
| 56 | | 5/15/2023 Screen capture of webpage: https://arkowl.com/ | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**     PAGE NO. **9**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 57 | | Portion of LinkedIn profile for Stephanie Hou ARKOWL_000427 | | 6·26·23 | | 6·26·23 | | | |
| 58 | | Portion of LinkedIn profile for Julia Cederblad ARKOWL_000420 | | | | | | | |
| 59 | | Portion of LinkedIn profile for Jackie Richards ARKOWL_000417 | | | | | | | |
| 60 | | Portion of LinkedIn profile for Bronte Davis ARKOWL_000413 | | | | | | | |
| 61 | | Portion of LinkedIn profile for Kevin Markowski ARKOWL_000421 | | | | | | | |
| 62 | | Portion of LinkedIn profile for Tammye Mims ARKOWL_000428 | | | | | | | |
| 63 | | Portion of LinkedIn profile for Tanya Baltazar ARKOWL_000429 | | | | | | | |
| 64 | | Portion of LinkedIn profile for Nosheen Khan ARKOWL_000425 | | ✓ | | ✓ | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ___   THIRD PTY DEFTS. LIST ___

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**        PAGE NO. **10**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 65 | | Portion of LinkedIn profile for Garnett Collins ARKOWL_000416 | | 6-26-23 | | 6-26-23 | | | |
| 66 | | Portion of LinkedIn profile for Matthew Dunn ARKOWL_000423 | | | | | | | |
| 67 | | Portion of LinkedIn profile for Jonathan Vega ARKOWL_000419 | | | | | | | |
| 68 | | Portion of LinkedIn profile for James Moriarty ARKOWL_000418 | | | | | | | |
| 69 | | Portion of LinkedIn profile for Callum Henson ARKOWL_000414 | | | | | | | |
| 70 | | Portion of LinkedIn profile for Patrycja Rojek-Wesolowska ARKOWL_000426 | | | | | | | |
| 71 | | Portion of LinkedIn profile for Eleni Meneve ARKOWL_000415 | | | | | | | |
| 72 | | Screen capture of portion of text message chain with Mike Greiling ARKOWL_000583 | | ✓ | | ✓ | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST _____   THIRD PTY DEFTS. LIST _____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**     PAGE NO. **11**     DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 73 | | 11/18/2021 Screen capture of the webpage: https://seon.io/resources/the-best-fraud-detection-and-prevention-software-tools/ ARKOWL_000433 / 0444 | | 6·26·23 | | 6·26·23 | | | |
| 74 | | Notes with heading, "Email Fraud Tool" | | | | | | | |
| 75 | | Arkowl ad titled, "Detecting fraud just got faster…and cheaper" ARKOWL_002344 | | | | | | | |
| 76 | | Arkowl presentation slides titled, "Your Most Accurate Source for Email Verification" ARKOWL_004580 / 4600 | | | | | | | |
| 77 | | Document titled, "Tiered Volume Pricing" ARKOWL_006123 / 6124 | | | | | | | |
| 78 | | 2/9/2021 Email chain btwn C.Corwin and R.Dale; Subject: "DarkOwl?" ARKOWL_006157 / 6158 | | | | | | | |
| 79 | | Presentation slide deck titled "2021 Annual Report: Arkowl" ARKOWL_006108 / 6122 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ____    THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**    PAGE NO. **12**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 80 | | Excel spreadsheet with financial data for years 2017 through 2021 DARKOWL_001363 | | 6-26-23 | | 6-26-23 | | | |
| 81 | | 2/1/2022Screen capture of webpage: https://www.darkowl.com/sample-use-cases DARKOWL_002582 / 2584 | | | | | | | |
| 82 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/category/uncategorized DARKOWL_004025 / 4027 | | | | | | | |
| 83 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/critical-infrastructure/ DARKOWL_004030 / 4032 | | | | | | | |
| 84 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/press-releases/cyberdefenses-team-to-enhance-cyber-intelligence-with-darkowl-darknet-data/ DARKOWL_004073 / 4075 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**      PLAINTIFF'S LIST **XX**      DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**      PAGE NO. **13**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 85 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/products/datafeeds/ DARKOWL_004168 / 4170 | | 6·26·23 | | 6·26·23 | | | |
| 86 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/products/ DARKOWL_004182 / 4185 | | | | | | | |
| 87 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/products/score-api/ DARKOWL_004186 / 4189 | | | | | | | |
| 88 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/products/score-api/ DARKOWL_004190 / 4193 | | | | | | | |
| 89 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/products/search-api/ DARKOWL_004194 / 4196 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____     THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**     PAGE NO. **14**     DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 90 | | 3/23/2022 Screen capture of webpage: https://www.darkowl.com/products/search-api/ DARKOWL_004197 / 4199 | | 6-26-23 | | 6-26-23 | | | |
| 91 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/cyber-insurance-underwriting/ DARKOWL_004361 / 4362 | | | | | | | |
| 92 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/digital-identity-protection/ DARKOWL_004363 / 4365 | | | | | | | |
| 93 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/fraud-protection/ DARKOWL_004366 / 4367 | | | | | | | |
| 94 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/ DARKOWL_004368 / 4369 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**    PAGE NO. **15**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 95 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/national-security-and-law-enforcement/ DARKOWL_004370 / 4372 | | 6·26·23 | | 6·26·23 | | | |
| 96 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/third-party-risk/ DARKOWL_004373 / 4375 | | | | | | | |
| 97 | | 3/18/2022 Screen capture of webpage: https://www.darkowl.com/use-cases/threat-intelligence/ DARKOWL_004376 / 4378 | | | | | | | |
| 98 | | Trademark registration for serial number 86838988 - ANALYTICOWL DARKOWL_004506 / 4508 | | | | | | | |
| 99 | | USPTO TESS report for serial number 86838988 - ANALYTICOWL DARKOWL_004509 / 4510 | | | | | | | |
| 100 | | Trademark registration for serial number 97217624 - OWL CYBER DEFENSE DARKOWL_004906 / 4907 | | ↓ | | ↓ | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**     PAGE NO. **16**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 101 | | USPTO TESS report for serial number 97217624 - OWL CYBER DEFENSE DARKOWL_004908 | | 6·26·23 | | 6·26·23 | | | |
| 102 | | Trademark registration for serial number 87446002 - OWL CYBER DEFENSE DARKOWL_004909 / 4912 | | | | | | | |
| 103 | | USPTO TESS report for serial number 87446002 - OWL CYBER DEFENSE DARKOWL_004913 / 4914 | | | | | | | |
| 104 | | Trademark registration for serial number 87445972 - OWL CYBER DEFENSE DARKOWL_004915 / 4917 | | | | | | | |
| 105 | | USPTO TESS report for serial number 87445972 - OWL CYBER DEFENSE DARKOWL_004918 / 4919 | | | | | | | |
| 106 | | Trademark registration for serial number 86136323 - OWL SCAN DARKOWL_005093 / 5095 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____     THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**     PAGE NO. **17**     DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 107 | | USPTO TESS report for serial number 86136323 - OWL SCAN DARKOWL_005096 / 5097 | | 6-26-23 | | 6-26-23 | | | |
| 108 | | Trademark registration for serial number 86860140 - REDOWL DARKOWL_005214 / 5217 | | | | | | | |
| 109 | | USPTO TESS report for serial number 86860140 - REDOWL DARKOWL_005218 / 5219 | | | | | | | |
| 110 | | Trademark registration for serial number 88147596 - SECUREOWL DARKOWL_005244 / 5246 | | | | | | | |
| 111 | | USPTO TESS report for serial number 88147596 - SECUREOWL DARKOWL_005247 / 5248 | | | | | | | |
| 112 | | Trademark registration for serial number 88147607 - SECUREOWL DARKOWL_005249 / 5252 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**      PAGE NO. **18**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 113 | | USPTO TESS report for serial number 88147607 - SECUREOWL DARKOWL_005253 / 5254 | | 6-26-23 | | 6-26-23 | | | |
| 114 | | Trademark registration for serial number 85429713 - SPATIOWL DARKOWL_005278 / 5281 | | | | | | | |
| 115 | | USPTO TESS report for serial number 85429713 - SPATIOWL DARKOWL_005282 / 5283 | | | | | | | |
| 116 | | Trademark registration for serial number 86233366 - STREET OWL DARKOWL_005297 / 5300 | | | | | | | |
| 117 | | USPTO TESS report for serial number 86233366 - STREET OWL DARKOWL_005301 / 5302 | | | | | | | |
| 118 | | Trademark registration for serial number 87246515 - SURFACE OWL DARKOWL_005303 / 5305 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**   PLAINTIFF'S LIST **XX**   DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**   PAGE NO. **19**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 119 | | USPTO TESS report for serial number 87246515 - SURFACE OWL DARKOWL_005306 / 5307 | | 6-26-23 | | 6-26-23 | | | |
| 120 | | Trademark registration for serial number 86375555 - WATCHOWL DARKOWL_005325 / 5327 | | | | | | | |
| 121 | | USPTO TESS report for serial number 86375555 - WATCHOWL DARKOWL_005328 / 5329 | | | | | | | |
| 122 | | Presentation slides titled, "DARKOWL: Darknet Intelligence" DARKOWL_005390 / 5399 | | | | | | | |
| 123 | | Presentation slides titled, "DARKOWL VISION: Case Studies" DARKOWL_005503 / 5514 | | | | | | | |
| 124 | | 11/18/2021 Screen capture of webpage: https://web.archive.org/web/20210518170612/https://www.darkowl.com/darkint-scores DARKOWL_005847 / 5849 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**     PLAINTIFF'S LIST **XX**     DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**     PAGE NO. **20**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 125 | | 9/1/2022 Screen capture of webpage: https://www.about-fraud.com/wp-content/uploads/2015/01/Ark Owl-3.0-Datasheet-Linking-Email-and-Phones-to-Real-People.pdf DARKOWL_006630 / 6633 | | 6·26·23 | | 6·26·23 | | | |
| 126 | | 9/23/2022 ArkOwl responses to Requests for Admission | | | | | | | |
| 127 | | Trademark registration for serial number 88822504 – OwlCheck DARKOWL_004876 / 4878 | | | | | | | |
| 128 | | USPTO TESS report for serial number 88822504 – OwlCheck DARKOWL_004879 / 4880 | | | | | | | |
| 129 | | Trademark registration for serial number 97084174 – OwlPay DARKOWL_005071 / 5073 | | | | | | | |
| 130 | | USPTO TESS report for serial number 97084174 – OwlPay DARKOWL_005074 / 5075 | | | | | | | |

LIST OF PROPOSED EXHIBITS

Case No. **21-cv-02163-KLM**    PLAINTIFF'S LIST **XX**    DEFENDANT'S LIST ____   THIRD PTY DEFTS. LIST ____

CASE CAPTION **DarkOwl, LLC v. ArkOwl, LLC et al**    PAGE NO. **21**   DATE: **6/22/2023**

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO | WITNESS | DESCRIPTION | ADM-AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 131 | | USPTO TESS report and file for serial number 87384235 – DARKOWL DARKOWL_000001 / 0098 | | 62023 | | 62023 | | | |
| 132 | | USPTO TESS report and file for serial number 88216005 – DARKOWL DARKOWL_000099 / 0124 | | | | | | | |

133    Demonstrative for opening