IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Case No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL LLC,

    Defendant.

---

**FINAL JUDGMENT**

---

THIS MATTER was tried on June 26-27, 2023 before the Honorable Kristen L. Mix, United States Magistrate Judge, on named Plaintiff DarkOwl's declaratory judgment claims that DarkOwl has not infringed ArkOwl's trademark rights, and that DarkOwl's federal trademark registrations are valid.  Trial was further held on Counter-Claimant ArkOwl's counterclaims for trademark infringement by DarkOwl and for cancellation of DarkOwl's trademarks.

Pursuant to and in accordance with the Findings of Fact, Conclusions of Law, and Order of Judgment [ECF 97] entered by United States Magistrate Judge Kristen L. Mix on August 1, 2023, and incorporated herein by reference, it is

HEREBY ORDERED that the Court finds in favor of DarkOwl on its declaratory judgment claims that DarkOwl has not infringed ArkOwl's trademark rights, and that its federal trademark registrations are valid.

IT IS FURTHER ORDERED that the Court finds against ArkOwl as to its counterclaims of infringement by DarkOwl and for cancellation of DarkOwl's trademarks.

IT IS FURTHER ORDERED that judgment shall enter in favor of DarkOwl on its claims and against ArkOwl.

IT IS FURTHER ORDERED that judgment shall also enter in favor of DarkOwl on ArkOwl's counterclaims and against ArkOwl.

Dated August 2, 2023, at Denver, Colorado.

FOR THE COURT:
Jeffrey P. Colwell, Clerk

By:  s/L. Galera
     Deputy Clerk