IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

       Plaintiff,

v.

ARKOWL, LLC and
ARKOWL CORPORATION,

       Defendants.

**JOINT MOTION FOR LEAVE TO RESTRICT PUBLIC ACCESS TO PORTIONS OF TRANSCRIPT OF BENCH TRIAL (DKTS. 92 AND 93)**

Pursuant to D.C.Colo.LCivR. 7.2, Plaintiff and Defendants (collectively, the "Parties") jointly request that public access to the Transcript of the Trial to Court Days 1 and 2 (collectively, the "Trial Transcript") [Dkts. 92 and 93] remain restricted. Pursuant to D.C.Colo.LCivR. 7.1, Plaintiff's counsel conferred with Defendants' counsel, who jointly files this motion, and each party consents to the motion for leave to restrict access to the Trial Transcript.

Certain elements of the Trial Transcript include confidential and proprietary business information that was designated as "Highly Confidential – Attorney Eyes Only" pursuant to the Parties' Stipulated Protective Order [Dkt. 27], including, but not limited to, non-public business plans, business and sales strategies, competitive and strategic market plans, internal product development strategies and documents, customer lists, names, and financial information, and potential customer names, the public disclosure of which would significantly damage the Parties, create a risk of serious competitive disadvantage for the Parties, and disclose sensitive non-party information. *See All Plastic, Inc. v. SamDan LLC*, No. 20-cv-01318, 2021 U.S. Dist. LEXIS 13611,

at \*3 (D. Colo. Apr. 6, 2021) (motion to restrict appropriate to protect "business information that might harm a litigant's competitive standing" and "information which 'could harm the competitive interests of third parties'") (quoting *Nixon v. Warner Comm'ns, Inc.*, 435 U.S. 589, 598 (1978) and *Hershey v. ExxonMobil Oil Corp.*, 550 F. App'x 556, 574 (10th Cir. 2013)). Maintaining the confidentiality of this proprietary business information in this circumstance outweighs the presumption of public access. *See All Plastic, Inc.*, No. 20-cv-01318, 2021 U.S. Dist. LEXIS 136211, at \*12 (granting motion for leave to restrict where documents contained parties' sensitive commercial and proprietary business information concerning nonpublic sales data); *Rickaby v. Hartford Life & Accident Ins. Co.*, No. 11-cv-00520, 2016 U.S. Dist. LEXIS 43485, at \*5 (D. Colo. Apr. 21, 2016) (granting motion for leave to restrict where public disclosure of documents would reveal commercial and financial information of both a party and nonparty); *Hershey*, 550 F. App'x at 574 (granting motion for leave to restrict information "which could harm the competitive interests of third parties"). Leave to maintain the restricted status portions of the Trial Transcript, and to file a publicly available redacted version of the Trial Transcript, will adequately protect the interests of privacy, as the confidential and proprietary business information is referenced in only certain sections of the Trial Transcript. The Parties request Level 1 restriction for the Trial Transcript, allowing access to the Parties and the Court. A redacted version of the Trial Transcript is filed concurrently herewith as Exhibit A.

      Wherefore, the Parties respectfully request the Court grant leave to restrict public access to the Trial Transcript, and to permit the Parties to file a redacted version of the Trial Transcript in the form as attached as Exhibit A.

DATED August 3, 2023

Respectfully submitted,

By: *s/* Jeremy L. Buxbaum
Thomas L Holt, IL Bar #6243134
Jeremy Buxbaum, IL Bar #6296010
**PERKINS COIE LLP**
110 North Wacker Drive, Suite 3400
Chicago, IL 60606
P: (312) 324-8646
F: (312) 324-9646
THolt@perksincoie.com
JBuxbaum@perkinscoie.com

Sabrina J. Danielson, CO Bar #49,279
**HOLLAND & HART LLP**
555 17th Street, Suite 3200
Denver, CO 80202
P: (303) 295-8565
F: (303 265-9255
SJDanielson@hollandhart.com

By: *s/* Michael H. Frasier

Michael H. Frasier
**RUBRIC LEGAL LLC**
111 Third Avenue South
Suite 110
Minneapolis, MN 55401
612-465-0074
Email: michael@rubriclegal.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 3, 2023, the foregoing was electronically filed with the Clerk of Court using the Court's electronic filing system and that a copy of the foregoing was sent to all counsel of record via same in compliance with the Federal Rules of Civil Procedure and the Local Rules of this Court.

DATED:  August 3, 2023

*s/* Jeremy L. Buxbaum
Attorney for Plaintiff