IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 21-cv-02163-KLM

DARKOWL, LLC,

    Plaintiff,

v.

ARKOWL, LLC, and
ARKOWL CORPORATION,

    Defendants.

_____

**MINUTE ORDER**
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the **Joint Motion for Leave to Restrict Public Access to Portions of Transcript of Bench Trial (Dkts. 92 and 93)** [#99] (the "Motion"). The Motion [#99] requests that the Transcripts [#92, #93] of the trial remain restricted, and that the redacted versions of the Transcripts attached as Exhibit A to the Motion [#99] be filed for public access.

    Pursuant to D.C.COLO.LCivR 7.2, the Court finds that the presumption of public access to publicly filed documents is outweighed by the parties' interest in privacy. The Motion [#99] states that certain portions of the Transcripts [#91, #92] include confidential and proprietary business information which was designated as "Highly Confidential – Attorney Eyes Only" pursuant to the Stipulated Protective Order in this case. *Id.* at 1. This information includes, but is not limited to, non-public business plans and strategies, competitive and strategic market plans, internal product development strategies and documents, financial information, and customer and potential customer names, the public disclosure of which would significantly damage the parties, create a risk of serious competitive disadvantage, and disclose sensitive non-party information. *Id* The Court further finds that maintaining the restricted status portions of the Transcripts, and the filing of a publicly available redacted version of Transcript, will adequately protect the interests of privacy, as the confidential and proprietary business information is referenced in only certain sections of the Transcripts. Accordingly,

    IT IS HEREBY **ORDERED** that the Motion [#99] is **GRANTED**. The Clerk of Court shall maintain the Transcripts [#91, #92] of the trial under **Level 1 RESTRICTION**, and

shall file the redacted version of the Transcripts, attached as Exhibit A to the Motion [#99], for public access.

Dated: August 4, 2023